UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSE MARIE CELESTIN, as
Next of Kin and Personal
Representative of the Estate of JEAN
SAMUEL CELESTIN, deceased,                     CASE NO.: _____

       Plaintiff,

v.

CITY OF OCOEE, Officer JOSHUA BODE,
individually, Officer CHRISTOPHER BONNER,
individually, Officer DOMINIC
CHIUCHIARELLI, individually, Officer
BRIAN HARRIS, individually, TOWN OF
WINDERMERE, and Officer GRIFFIN
HEBEL, individually,

       Defendants.
_____/

## DEFENDANT CITY OF OCOEE'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a) and Fed. R. Civ. P. 81(c), Defendant City of Ocoee files this Notice of Removal, and as grounds therefore states:

1. Plaintiff's Complaint contains allegations of violation of civil rights under 42 U.S.C. § 1983, 1988, 12132 and 29 U.S.C 794. (*See* Amended Complaint at ¶¶ 18, 183-191, 192-201, and 202-209.)

2. Original jurisdiction is conferred upon this Court by the fact that Plaintiff's claims of violations arise under the laws of the United States.

3. Venue is appropriate in the Orlando Division based on the fact that all actions giving rise to this cause of action occurred in Orange County, Florida.

4. Copies of all pleadings filed in the State Court are attached hereto as Composite Exhibit A.

5. Undersigned counsel is authorized to represent that all Defendants consent to this Removal and have attached consents as Composite Exhibit B.

6. A copy of this Notice is being filed in the State Court in which the claim was originally brought.

WHEREFORE, Defendants, having complied with 28 U.S.C. § 1446(a) and Rule 81(c) of the Federal Rules of Civil Procedure, file this Notice of Removal.

**I HEREBY CERTIFY** that on May 24, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to Jeremy Markman, Esquire and Clementine Uwabera, Esq., King and Markman, P.A., 941 Lake Baldwin Lane Suite 101, Orlando, FL  32814; Benjamin L. Bedard, Esq., Roberts, Reynolds, Bedard & Tuzzio, PLLC, 470 Columbia Drive Suite C101, West Palm Beach, FL 33409; Frank M. Mari, Esq., Bell & Roper, P.A., 2707 E. Jefferson Street, Orlando, FL  32803

          */s/ Gail C. Bradford*
GAIL C. BRADFORD, ESQ.
Florida Bar No. 0295980
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310    Fax: 407-648-0233
GBradford@drml-law.com
Suzanne@drml-law.com
Attorneys for Defendant City of Ocoee