5/21/2021    Case 6:21-cv-00896-RBD-EJK   Document 1-2   Filed 05/24/21   Page 1 of 3 PageID 58
Orange County Clerk of Courts Records Search

🖨 Print    2021-CA-003570-O : CELESTIN, ROSE MARIEvs.CITY OF OCOEE et al.

## Case Header ⌄

Case Type:     CA - Negligent Security
Date Filed:    4/6/2021
Location:      Div 40
UCN:           482021CA003570A001OX
Judge:         Reginald K Whitehead
Status:        Pending
Citation Number:
Compliance Date:

## Parties ⌄

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| CITY OF OCOEE | Defendant | | |
| ROSE MARIE CELESTIN<br>*AS NEXT OF KIN OF THE ESTATE OF JEAN SAMUEL CELESTIN, DECEASED PREP* | Plaintiff | JEREMY MARKMAN | 407-447-0848 |
| JOSHUA BODE | Defendant | | |
| CHRISTOPHER BONNER | Defendant | | |
| DOMINIC CHIUCHIARELLI | Defendant | | |
| BRIAN HARRIS | Defendant | | |
| TOWN OF WINDERMERE | Defendant | | |
| GRIFFIN S HEBEL | Defendant | | |

## Charge Details ⌄

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

## Docket Events ⌄

Document Status:  📄 = Public   🔒 = VOR   🗃 = Confidential   ✉ = Sealed   ⊘ = Request Pending.

| Date | Description | Pages | Doc | Request Doc |
|---|---|---|---|---|
| 5/11/2021 | Comments: ORDER APPOINTING PERSON REPRESENTATIVE | 4 | | |
| 5/11/2021 | | 53 | | |
| 4/13/2021 | Comments: emailed atty | 2 | | |

| Date | Description | Pages | Doc | Request Doc |
|---|---|---|---|---|
| 4/13/2021 | Comments: emailed atty | 2 | | |
| 4/13/2021 | Comments: emailed atty | 2 | | |
| 4/13/2021 | Comments: emailed atty | 2 | | |
| 4/13/2021 | Comments: emailed atty | 2 | | |
| 4/13/2021 | Comments: emailed atty | 2 | | |

## Hearings

| Date | Hearing | Time | Location | Pages | Doc |
|---|---|---|---|---|---|

## Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 4/6/2021 | Transaction Assessment | | 475.00 |
| 4/6/2021 | Payment | Jeremy K Markman | -475.00 |

## Bonds

| Description | Status Date | Bond Status | Image | Amount |
|---|---|---|---|---|

## Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|

| Date | Description | Pages | Doc | Request Doc |
|---|---|---|---|---|
| 5/11/2021 | Notice of Filing  Comments: ORDER APPOINTING PERSON REPRESENTATIVE | 4 | | |
| 5/11/2021 | Amended Complaint | 53 | | |
| 4/13/2021 | Summons Issued Electronically as to  Comments: emailed atty | 2 | | |
| 4/13/2021 | Summons Issued Electronically as to  Comments: emailed atty | 2 | | |
| 4/13/2021 | Summons Issued Electronically as to  Comments: emailed atty | 2 | | |
| 4/13/2021 | Summons Issued Electronically as to  Comments: emailed atty | 2 | | |
| 4/13/2021 | Summons Issued Electronically as to  Comments: emailed atty | 2 | | |
| 4/13/2021 | Summons Issued Electronically as to  Comments: emailed atty | 2 | | |
| 4/13/2021 | Summons Issued Electronically as to  Comments: emailed atty | 2 | | |
| 4/6/2021 | Complaint | 52 | | |
| 4/6/2021 | Civil Cover Sheet | 3 | | |
| 4/6/2021 | Case Initiated | | | |