IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

ROSE MARIE CELESTIN, as Next of Kin and Proposed Personal Representative of the Estate of JEAN SAMUEL CELESTIN, deceased,

    Plaintiff,

v.

CITY OF OCOEE, Officer JOSHUA BODE, Individually, Officer CHRISTOPHER BONNER, individually, Officer DOMINIC CHIUCHIARELLI, individually, Officer BRIAN HARRIS, individually, TOWN OF WINDERMERE, and Officer GRIFFIN HEBEL, individually,

    Defendants.
_____/

Case No. 2021-CA-003570-O

## CONSENT TO REMOVAL

Defendant Town of Windermere and Defendant Officer Griffin Hebel, through their undersigned attorney, hereby consent to removal of this civil action to the United States District Court for the Middle District of Florida.

/s/ Frank M. Mari
_____
Frank M. Mari, Esquire
Florida Bar No. 93243
Primary:  fmari@bellroperlaw.com
Secondary:  ihaines@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL  32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Defendant Town of Windermere and Defendant Officer Griffin Hebel

Exhibit B

1

DEFENDANT, OFFICER JOSHUA BODE'S NOTICE OF CONSENT TO REMOVAL

Defendant files this consent to removal under 28 U.S.C. §1446(b).

1. Plaintiff is ROSE MARIE CELESTIN, as Personal Representative for the Estate of JEAN SAMUEL CELESTIN. Defendant is OFFICER JOSHUA BODE.

2. On April 6, 2021, Plaintiff sued defendant for violations of constitutional rights, assault, and battery in state court, the Circuit Court of the Ninth Judicial Circuit, In and For Orange County, Florida.

3. Defendant was served with the suit on May 4, 2021.

4. Defendant, OFFICER JOSHUA BODE, agrees with the notice of removal and consents to removal of this action to federal court.

_____
Officer Joshua Bode

DEFENDANT, OFFICER JOSHUA BODE'S NOTICE OF CONSENT TO REMOVAL

Defendant files this consent to removal under 28 U.S.C. §1446(b).

1. Plaintiff is ROSE MARIE CELESTIN, as Personal Representative for the Estate of JEAN SAMUEL CELESTIN. Defendant is OFFICER JOSHUA BODE.

2. On April 6, 2021, Plaintiff sued defendant for violations of constitutional rights, assault, and battery in state court, the Circuit Court of the Ninth Judicial Circuit, In and For Orange County, Florida.

3. Defendant was served with the suit on May 4, 2021.

4. Defendant, OFFICER JOSHUA BODE, agrees with the notice of removal and consents to removal of this action to federal court.

_____
Officer Joshua Bode

## DEFENDANT, OFFICER JOSHUA BODE'S NOTICE OF CONSENT TO REMOVAL

Defendant files this consent to removal under 28 U.S.C. §1446(b).

1. Plaintiff is ROSE MARIE CELESTIN, as Personal Representative for the Estate of JEAN SAMUEL CELESTIN. Defendant is OFFICER JOSHUA BODE.

2. On April 6, 2021, Plaintiff sued defendant for violations of constitutional rights, assault, and battery in state court, the Circuit Court of the Ninth Judicial Circuit, In and For Orange County, Florida.

3. Defendant was served with the suit on May 4, 2021.

4. Defendant, OFFICER JOSHUA BODE, agrees with the notice of removal and consents to removal of this action to federal court.

_____
Officer Joshua Bode

WEST PALM BEACH, FL • FT. LAUDERDALE, FL • FT. MYERS, FL • JACKSONVILLE, FL

<u>DEFENDANT, OFFICER CHRISTOPHER BONNER'S NOTICE OF CONSENT TO REMOVAL</u>

Defendant files this consent to removal under 28 U.S.C. §1446(b).

1. Plaintiff is ROSE MARIE CELESTIN, as Personal Representative for the Estate of JEAN SAMUEL CELESTIN. Defendant is OFFICER CHRISTOPHER BONNER.

2. On April 6, 2021, Plaintiff sued defendant for violations of constitutional rights, assault, and battery in state court, the Circuit Court of the Ninth Judicial Circuit, In and For Orange County, Florida.

3. Defendant was served with the suit on May 4, 2021.

4. Defendant, OFFICER CHRISTOPHER BONNER, agrees with the notice of removal and consents to removal of this action to federal court.

_____
Officer Christopher Bonner

WEST PALM BEACH, FL • FT. LAUDERDALE, FL • FT. MYERS, FL • JACKSONVILLE, FL

## DEFENDANT, OFFICER DOMINIC CHIUCHIARELLI'S NOTICE OF CONSENT TO REMOVAL

Defendant files this consent to removal under 28 U.S.C. §1446(b).

1. Plaintiff is ROSE MARIE CELESTIN, as Personal Representative for the Estate of JEAN SAMUEL CELESTIN. Defendant is OFFICER DOMINIC CHIUCHIARELLI.

2. On April 6, 2021, Plaintiff sued defendant for violations of constitutional rights, assault, and battery in state court, the Circuit Court of the Ninth Judicial Circuit, In and For Orange County, Florida.

3. Defendant was served with the suit on May 4, 2021.

4. Defendant, OFFICER DOMINIC CHIUCHIARELLI, agrees with the notice of removal and consents to removal of this action to federal court.

_____
Officer Dominic Chiuchiarelli

<u>DEFENDANT, OFFICER BRIAN HARRIS'S NOTICE OF CONSENT TO REMOVAL</u>

Defendant files this consent to removal under 28 U.S.C. §1446(b).

1. Plaintiff is ROSE MARIE CELESTIN, as Personal Representative for the Estate of JEAN SAMUEL CELESTIN. Defendant is OFFICER BRIAN HARRIS.

2. On April 6, 2021, Plaintiff sued defendant for violations of constitutional rights, assault, and battery in state court, the Circuit Court of the Ninth Judicial Circuit, In and For Orange County, Florida.

3. Defendant was served with the suit on May 4, 2021.

4. Defendant, OFFICER BRIAN HARRIS, agrees with the notice of removal and consents to removal of this action to federal court.

_____
Officer Brian Harris