UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:21-cv-896-RBD-EJK

ROSE MARIE CELESTIN, as Next
of Kin of JEAN SAMUEL
CELESTIN, deceased,

    Petitioner,

vs.

CITY OF OCOEE, Officer JOSHUA BODE,
individually, Officer CHRISTOPHER
BONNER, individually, Officer DOMINIC
CHIUCHIARELLI, individually, Officer
BRIAN HARRIS, individually, TOWN OF
WINDERMERE, and Officer GRIFFIN
HEBEL, individually,

    Defendants.
_____/

## CITY OF OCOEE'S NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.07(c), I certify that the instant action:

**XX**  IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

    1.  <u>Rose Marie Celestin, as Next of Kin of Jean Samuel Celestin, deceased, Petitioner v. City of Ocoee, Officer Joshua Bode, individually, Officer Christopher Bonner, individually, Officer Dominic Chiuchiarelli, individually, Officer Brian Harris, individually, Town of Windermere, and Officer Griffin Hebel, individually, Respondents</u>, Case No. 2021-CA-003570-O, Circuit Court of the Ninth Judicial Circuit in and for

     Orange County, Florida (state court case from which this action was removed)

2. <u>Rose Marie Celestin, as Next of Kin of Jean Samuel Celestin, deceased, Petitioner v. City Of Ocoee and District Nine Medical Examiner's Office, Respondent</u>, Case No. 2019-CA-12661-0, Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida (Pure Bill of Discovery action filed in Orange County Circuit Court)

3. <u>In re Estate of Jean Samuel Celestin, deceased</u>, Case No. 2021-CP-001072-O, Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida

_____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 2, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

     /s/ Gail C. Bradford
     GAIL C. BRADFORD, ESQ.
     Florida Bar No. 0295980
     Dean, Ringers, Morgan & Lawton, P.A.
     Post Office Box 2928
     Orlando, Florida 32802-2928
     Tel:   407-422-4310 Fax:  407-648-0233
     GBradford@drml-law.com
     Attorneys for City of Ocoee