UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 6:21-cv-00896-RBD-EJK

ROSE MARIE CELESTIN, as
Next of Kin and Personal
Representative of the Estate of JEAN
SAMUEL CELESTIN, deceased,

    Plaintiff,

v.

CITY OF OCOEE, Officer JOSHUA BODE, individually, Officer CHRISTOPHER BONNER, individually, Officer DOMINIC CHIUCHIARELLI, individually, Officer BRIAN HARRIS, individually, TOWN OF WINDERMERE, and Officer GRIFFIN HEBEL, individually,

    Defendants.

_____/

## DECLARATION OF ANDREW G. CELLI, JR. IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER

ANDREW G. CELLI, JR., declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Partner in the firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiff in the above-captioned matter.

2. Attached as Exhibit 1 is a true and complete copy of Defendant City of Ocoee's First Request to Produce to Plaintiff, dated June 30, 2021.

3. Attached as Exhibit 2 is a true and complete copy of Defendant City of Ocoee's First Set of Interrogatories to Plaintiff, dated June 30, 2021.

4. Attached as Exhibit 3 is a true and complete copy of Defendant Town of Windermere's First Set of Interrogatories to Plaintiff, dated August 12, 2021.

5. Attached as Exhibit 4 is a true and complete copy of Defendant City of Ocoee's Notice of Production from Non-Party, dated September 7, 2021.

6. Attached as Exhibit 5 is a true and complete copy of Defendant Officer Joshua Bode's First Set of Interrogatories to Plaintiff, dated September 14, 2021.

7. Attached as Exhibit 6 is a true and complete copy of Defendant Town of Windermere's First Request to Produce to Plaintiff, dated September 20, 2021.

8. Attached as Exhibit 7 is a true and complete copy of Defendant Town of Windermere's Notice of Production from Non-Party, dated September 20, 2021

9. Attached as Exhibit 8 is a true and complete copy of an email exchange among counsel for all parties, from August 27, 2021 through October 27, 2021.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: November 1, 2021
New York, New York

/s/
Andrew G. Celli, Jr.