# Exhibit 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:21-cv-00896-RBD-EJK

ROSE MARIE CELESTIN, as
Next of Kin and Personal
Representative of the Estate of JEAN
SAMUEL CELESTIN, deceased,

    Plaintiff,

vs.

CITY OF OCOEE, Officer JOSHUA BODE,
individually, Officer CHRISTOPHER BONNER,
individually, Officer DOMINIC
CHIUCHIARELLI, individually, Officer
BRIAN HARRIS, individually, TOWN OF
WINDERMERE, and Officer GRIFFIN
HEBEL, individually,

    Defendants.
_____/

## DEFENDANT CITY OF OCOEE'S NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO PLAINTIFF

Defendant City of Ocoee, by and through undersigned counsel and pursuant to Rule 33(a), Federal Rules of Civil Procedure, hereby serves this Notice of Service of its First Set of Interrogatories to Plaintiff Rose Marie Celestin, as Next of Kin and Personal Representative of the Estate of Jean Samuel Celestin to be answered in writing, under oath, within the time and manner prescribed by law.

**I HEREBY CERTIFY** that on June 30, 2021, a true and correct copy of the foregoing was furnished via electronic mail to all counsel of record.

                                                  */s/ Gail C. Bradford*
                                                GAIL C. BRADFORD, ESQ.
                                                Florida Bar No. 0295980
                                                Dean, Ringers, Morgan & Lawton, P.A.

Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310    Fax: 407-648-0233
GBradford@drml-law.com
Attorneys for Defendant City of Ocoee

# DEFENDANT CITY OF OCOEE'S FIRST SET OF INTERROGATORIES
# TO PLAINTIFF

1. Please list all addresses at which the decedent, Jean Samuel Celestin, resided during the 10 years immediately preceding his death, including the length of residency and the dates of residency.

   **ANSWER:**

2. Please state the full name and residence address of each of the decedent's survivors, along with the relationship of each survivor to the decedent.

   **ANSWER:**

3. Please state the full name, business address and business telephone number of each of the decedent's employers for the 10 year period prior to his death, stating the dates of employment, the length of employment, the jobs performed by the decedent for each such employer, the pay received by the decedent from each such employer, whether or not decedent was the subject of any disciplinary proceedings from each such employer, and the reason or reasons for any termination of employment for each such employer.

   **ANSWER:**

4.  If decedent, Jean Samuel Celestin had any accidents, illnesses, or diseases or disabilities within the five years prior to the date of the incidents at issue in this action, please state the nature of each accident, illness, disease, or disability, when and where each was sustained or suffered, and if any accident, illness, or injury had any permanent effect on the decedent, state which accident, illness, injury, or disability had such permanent effect, describing how each was manifested.

    **ANSWER:**

5.  Please state the names, business addresses, and business telephone numbers of each and every health care provider, including mental health care, who provided care, treatment, or evaluation to the decedent, Jean Samuel Celestin within the 10 years immediately preceding his death, including but not limited to, the name and address of decedent's family physician.

    **ANSWER:**

6.  Please state the name and address of any hospital, sanitarium, clinic, or substance abuse center in which the decedent, Jean Samuel Celestin received medical or mental health care, advice, or treatment within the five years immediately preceding his death.

    **ANSWER:**

7. Describe the names and quantity of each type of drug, tranquilizer, sedative, or other medication taken or used by the decedent, Jean Samuel Celestin during the last five years of his life, specifying the frequency of use and the purpose of use.

   **ANSWER:**

8. Please state the full name, address, and telephone number of each school, college, junior college, community college, or university attended by decedent Jean Samuel Celestin , along with the dates of attendance of each such school, and whether or not the decedent received a diploma, degree, or certificate.

   **ANSWER:**

9. Please give an account, itemized as fully and carefully as you can, of all losses and expenses which you claim were incurred by you, or by or on behalf of the decedent's estate as a result of the incidents at issue in this action, stating in your answer those losses or expenses which are attributable to hospitals, doctors, nursing, medicines, medical appliances, ambulance, x-rays, funeral and burial expenses.

   **ANSWER:**

10. Please state the money and financial value of the Estate of Jean Samuel Celestin on the date of his death, along with the manner in which you have calculated such value.

   **ANSWER:**

11. Please state the amount of financial support which decedent Jean Samuel Celestin provided weekly, monthly, or annually, to each survivor during the five years prior to the death of Jean Samuel Celestin, describing with particularly support provided to each purported survivor.

   **ANSWER:**

# VERIFICATION

STATE OF FLORIDA
COUNTY OF _____

Under penalty of perjury, I, Rose Marie Celestin, being duly sworn, swear and affirm that the foregoing Answers to Interrogatories are true and correct.

DATED this _____ day of July, 2021.

_____
Rose Marie Celestin, as Next of Kin and Personal Representative of the Estate of Jean Samuel Celestin

The foregoing instrument was sworn to and signed before me by means of ___ physical presence or ___ online notarization, by _____ who is personally known to me or who produced _____ as identification, this _____ day of July, 2021.

_____
NOTARY PUBLIC
My Commission Expires:_____