# Exhibit 5

21-312/

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 6:21-cv-00896-RBD-EJK

ROSE MARIE CELESTIN, as
Next of Kin and Personal
Representative of the Estate of JEAN
SAMUEL CELESTIN, deceased,

      Plaintiff,

vs.

CITY OF OCOEE, OFFICER JOSHUA BODE,
Individually, OFFICER CHRISTOPHER BONNER,
Individually, OFFICER DOMINIC CHIUCHIARELLI,
Individually, OFFICER BRIAN HARRIS, individually,
TOWN OF WINDERMERE, and OFFICER GRIFFIN
HEBEL, individually,

      Defendant.
_____/

## **DEFENDANT, OFFICER JOSHUA BODE'S NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES TO PLAINTIFF**

Defendant, OFFICER JOSHUA BODE, by and through undersigned counsel, and pursuant to Rule 33 of the Federal Rules of Procedure, hereby serves this Notice of Service of its First Set of Interrogatories to Plaintiff, ROSE MARIE CELESTIN, as Next of Kin and Personal Representative of the Estate of JEAN SAMUEL CELESTIN, to be answered in writing, under oath, and in the time and manner prescribed by law.

(Certificate of service on the following page)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been furnished to: Jeremy Markman, Esq., ***Counsel for Plaintiff***, 941 Lake Baldwin, Ste 101, Orlando, FL 32814, markman@kingmarkman.com; Jonathan Abady, Esq., Andrew G. Celli, Jr, Esq., Earl S. Ward, Esq., Andrew K. Jondahl, Esq., ***Counsel for Plaintiff*** (Pro Hac Vice), 600 Fifth Ave, 10th Fl, NY, NY 10020, acelli@ecbawm.com; jabady@ecbawm.com; eward@ecbawm.com; ajondahl@ecbawm.com; Gail Bradford, Esq., Counsel for City, PO Box 2928, Orlando, FL 32802, Gail Bradford, Esq., ***Counsel for City of Ocoee***, PO Box 2928, Orlando, FL 32802, gcbservice@drml-law.com; gbradford@drml-law.com; Tammy@DRML-law.com; Frank Mari, Esq., ***Counsel for Town/Hebel***, 2707 E. Jefferson St, Orlando, FL 32803, fmari@bellroperlaw.com; by delivery via Electronic Mail on this 14th day of September, 2021.

      **ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
      470 Columbia Drive, Bldg. C101
      West Palm Beach, FL 33409
      Phone: 561/688-6560
      Fax: 561/688-2343
      Service Email: service_BLB@rrbpa.com
      Email: bbedard@rrbpa.com
      Email: skaufer@rrbpa.com
      Attorneys for Ofcrs Bode/Bonner/Chiuchiarelli/Harris

      _____
      BENJAMIN L. BEDARD
      Florida Bar No: 983772
      STEPHANIE W. KAUFER
      Florida Bar No: 71116

## OFFICER JOSHUA BODE'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

1. Have you (Rose Marie Celestin), the decedent (Jean Samuel Celestin), or any alleged survivor making a claim in this action ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of one year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction, the specific crime and the date and place of conviction.

2. For any alleged survivor making a claim, please state the name and addresses for any mental health providers, counselors, or therapists that each survivor has seen or treated with since the date of Jean Samuel Celestin's death, or during the 10 years prior to his death.

3. For any alleged survivor making a claim, please state any health or medical condition, disease, or illness for which any survivor has been examined or treated for during the past (10) years, as well as the name, address, and dates of examination or treatment.

4.  In the 10 years prior to his death, was the decedent, Jean Samuel Celestin, ever committed, assessed, evaluated, treated, hospitalized, provided with services of any kind, or subjected to legal proceedings pursuant to the Florida Baker Act or Marchman Act? If so, state as to each instance, the date, location, and nature of the Baker Act or Marchman Act proceeding.

5.  List the names and addresses of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit and specify the subject matter about which the witness has knowledge.

6.  State the name and address of every person known to you, your agents or attorneys who has knowledge about, or possession, custody or control of any model, plat, map, drawing, motion picture, video tape or photograph pertaining to any fact or issue involved in this controversy, and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

_____
ROSE MARIE CELESTIN as
Next of Kin and P.R. of the Estate of
Jean Samuel Celestin

STATE OF FLORIDA    )
                              ) SS:
COUNTY OF_____  )

Sworn to (or affirmed) and subscribed before me this ____ day of _____, 2021 by _____.

_____
Notary Public

_____
Printed Notary Signature

Personally Known ___ OR Produced Identification
Type of Identification Produced: _____