# Exhibit 6

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSE MARIE CELESTIN, as Next of Kin and Proposed Personal Representative of the Estate of JEAN SAMUEL CELESTIN, deceased,

    Plaintiff,

v.

CITY OF OCOEE, OFFICER JOSHUA BODE, OFFICER CHRISTOPHER BONNER, OFFICER DOMINIC CHIUCHIARELLI, OFFICER BRIAN HARRIS, TOWN OF WINDERMERE, AND OFFICER GRIFFIN HEBEL,

    Defendants.
_____/

Case No. 6:21-cv-896-RBD-EJK

**DEFENDANT TOWN OF WINDERMERE'S**
**FIRST REQUEST TO PRODUCE TO PLAINTIFF**

Defendant, Town of Windermere, pursuant to Rule 34, Federal Rules of Civil Procedure, requests that Plaintiff, Rose Marie Celestin, Personal Representative of the Estate of Jean Samuel Celestin, Deceased ("Plaintiff"), produce the following for inspection, copying, or photographing at the offices of Roper, P.A., within thirty (30) days from the date hereof:

1. Any and all documents related to Baker Act proceedings involving Jean Samuel Celestin.

1

2. All subpoenas served by you upon any individual or entity, concerning or related to the incident that is the subject of this action.

3. All documents received in response to the subpoenas covered by Request to Produce 2.

4. All requests made by you pursuant to any open records law, including without limitation the Freedom of Information Act and Florida's Public Records law, concerning or related to the incident that is the subject of this action.

5. All documents received in response to requests covered by Request to Produce 4.

6. All documents received by you in response to each and every pure bill of discovery filed seeking any documents regarding the incident that is the subject of this action.

Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
Primary: fmari@roperpa.com
Secondary: ihaines@roperpa.com
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Defendants Town of
Windermere and Officer Griffin Hebel

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email this 20th day of September, 2021, to:

| | |
|---|---|
| Jeremy K. Markman, Esquire<br>King & Markman, P.A.<br>941 Lake Baldwin Lane, Suite 101<br>Orlando, FL 32814<br>markman@kingmarkman.com;<br>ldancel@kingmarkman.com; | Andrew G. Celli, Jr., Esquire<br>Jonathan S. Abady, Esquire<br>Earl S. Ward, Esquire<br>Andrew K. Jondahl, Esquire<br>Emery Celli Brinckerhoff Abady Ward & Maazel, LLP<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>acelli@ecbawm.com;<br>jabady@ecbawm.com;<br>eward@ecbawm.com;<br>ajondahl@ecbawm.com;<br>dedwards@ecbawm.com;<br>docketing@ecbawm.com |
| Gail C. Bradford, Esquire<br>Dean, Ringers, Morgan & Lawton, P.A.<br>Post Office Box 2928<br>Orlando, FL 32802-2928<br>gbradford@drml-law.com;<br>gcbservice@drml-law.com; | Benjamin L. Bedard, Esquire<br>Roberts, Reynolds, Bedard & Tuzzio, PLLC<br>470 Columbia Drive, Bldg. C101<br>West Palm Beach, FL 33409<br>bbedard@rrbpa.com;<br>adujon@rrbpa.com;<br>kmonaco@rrbpa.com;<br>lbedard@rrbpa.com;<br>lsmith@rrbpa.com;<br>service_blb@rrbpa.com;<br>skaufer@rrbpa.com |

                                              */s/ Frank Mari*
                                              Frank M. Mari
                                              Florida Bar No. 93243
                                              Primary: fmari@roperpa.com
                                              Secondary: ihaines@roperpa.com
                                              Roper, P.A.
                                              2707 E. Jefferson Street

Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Defendants Town of
Windermere and Officer Griffin Hebel