# Exhibit 8

| From: | Frank Mari |
|---|---|
| To: | Gail Bradford; Andrew Jondahl |
| Cc: | Benjamin L. Bedard; Jocelyn Galvan; Tammy Pruett; Ilene Haines; Tiffanie T. Wallen; Andrew G. Celli; Earl Ward; Jonathan S. Abady; markman@kingmarkman.com; ldancel@kingmarkman.com; Stephanie W. Kaufer; Rachael A. Royack |
| Subject: | [EXTERNAL] RE: Celestin v. City of Ocoee, et al. |
| Date: | Wednesday, October 27, 2021 11:40:47 AM |
| Attachments: | image001.png |

**This Message originated outside your organization.**

I am also opposed to the protective order, as I understand it, and particularly for matters that Plaintiff has put at issue by filing this lawsuit.

**Please note our new firm name and my new email address below.**



www.roperpa.com

**FRANK MARI**
Partner

**Roper, P.A.**
2707 East Jefferson Street
Orlando, FL 32803
Tel: 407-897-5150
Fax: 407-897-3332
fmari@roperpa.com

This communication and any attachments constitute an "electronic communication" within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. § 2510, and disclosure is limited to the intended recipient(s). Unless expressly stated otherwise, this message and any accompanying documents are confidential and may be subject to the attorney-client privilege or deemed work product documents. The sender's expectation of privacy as to the content of this email and any accompanying documents is extremely high. This message is intended solely for the addressee(s). If you are not the intended recipient, you have received this email in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this email, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, destroy the message and inform the sender immediately at the telephone number, address, or email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements, and this email does not create an existing business relationship.

**From:** Gail Bradford <GBradford@DRML-Law.com>
**Sent:** Tuesday, October 26, 2021 8:23 PM
**To:** Andrew Jondahl <AJondahl@ecbawm.com>
**Cc:** Frank Mari <Fmari@Roperpa.com>; Benjamin L. Bedard <bbedard@rrbpa.com>; Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-law.com>; Ilene Haines <Ihaines@Roperpa.com>; Tiffanie T. Wallen <twallen@rrbpa.com>; Andrew G. Celli <acelli@ecbawm.com>; Earl Ward <eward@ecbawm.com>; Jonathan S. Abady <jabady@ecbawm.com>; markman@kingmarkman.com; ldancel@kingmarkman.com; Stephanie W. Kaufer <skaufer@rrbpa.com>; Rachael A. Royack <rroyack@rrbpa.com>
**Subject:** Re: Celestin v. City of Ocoee, et al.

I think we've been pretty consistent in objecting to a protective order.

On Oct 26, 2021, at 7:40 PM, Andrew Jondahl <AJondahl@ecbawm.com> wrote:

Counsel:

It has now been three weeks since we first asked whether you would be prepared to join a motion for a protective order governing the material described below, or to take no position on a motion we file? Please provide your position by COB tomorrow. If we do not receive a response, we will so inform the Court in our request for relief.

Best,
Andy

Andrew K. Jondahl
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001
[ajondahl@ecbawm.com](ajondahl@ecbawm.com)
[www.ecbawm.com](www.ecbawm.com)
Pronouns: He/Him

---

**From:** Andrew Jondahl
**Sent:** Monday, October 18, 2021 12:54 PM
**To:** Frank Mari <Fmari@Roperpa.com>; Gail Bradford <GBradford@DRML-Law.com>; Rachael A. Royack <rroyack@RRBPA.COM>
**Cc:** Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-law.com>; Ilene Haines <Ihaines@Roperpa.com>; Tiffanie T. Wallen <twallen@RRBPA.COM>; Andrew G. Celli <acelli@ecbawm.com>; Earl Ward <eward@ecbawm.com>; Jonathan S. Abady <jabady@ecbawm.com>; 'markman@kingmarkman.com' <markman@kingmarkman.com>; 'ldancel@kingmarkman.com' <ldancel@kingmarkman.com>; Stephanie W. Kaufer <skaufer@RRBPA.COM>
**Subject:** RE: Celestin v. City of Ocoee, et al.

Counsel:

Please advise as to the below as soon as possible.

Best,
Andy

Andrew K. Jondahl
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020

Tel: 212-763-5000
Fax: 212-763-5001
ajondahl@ecbawm.com
www.ecbawm.com
Pronouns: He/Him

---

**From:** Andrew Jondahl
**Sent:** Tuesday, October 5, 2021 11:26 AM
**To:** Frank Mari <Fmari@Roperpa.com>; Gail Bradford <GBradford@DRML-Law.com>; Rachael A. Royack <rroyack@RRBPA.COM>
**Cc:** Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-law.com>; Ilene Haines <Ihaines@Roperpa.com>; Tiffanie T. Wallen <twallen@RRBPA.COM>; Andrew G. Celli <acelli@ecbawm.com>; Earl Ward <eward@ecbawm.com>; Jonathan S. Abady <jabady@ecbawm.com>; 'markman@kingmarkman.com' <markman@kingmarkman.com>; 'ldancel@kingmarkman.com' <ldancel@kingmarkman.com>; Stephanie W. Kaufer <skaufer@RRBPA.COM>
**Subject:** RE: Celestin v. City of Ocoee, et al.

Gail and Frank,

Given the sensitive nature of the material, we assume that your position is based on your concern that an out-of-court agreement may conflict with the open-records obligations of your clients, as government bodies. Would you be prepared to join a motion for a protective order governing this material, or to take no position on a motion we file?

Best,
Andy

Andrew K. Jondahl
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001
ajondahl@ecbawm.com
www.ecbawm.com
Pronouns: He/Him

---

**From:** Frank Mari <Fmari@Roperpa.com>
**Sent:** Tuesday, October 5, 2021 11:06 AM
**To:** Gail Bradford <GBradford@DRML-Law.com>; Andrew Jondahl <AJondahl@ecbawm.com>; Rachael A. Royack <rroyack@RRBPA.COM>
**Cc:** Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-

law.com>; Ilene Haines <lhaines@Roperpa.com>; Tiffanie T. Wallen <twallen@RRBPA.COM>; Andrew G. Celli <acelli@ecbawm.com>; Earl Ward <eward@ecbawm.com>; Jonathan S. Abady <jabady@ecbawm.com>; 'markman@kingmarkman.com' <markman@kingmarkman.com>; 'ldancel@kingmarkman.com' <ldancel@kingmarkman.com>; Stephanie W. Kaufer <skaufer@RRBPA.COM>
**Subject:** [EXTERNAL] RE: Celestin v. City of Ocoee, et al.

**This Message originated outside your organization.**

Same for me.

**Please note our new firm name and my new email address below.**

<image001.png>

**FRANK MARI**
Partner

**Roper, P.A.**
2707 East Jefferson Street
Orlando, FL 32803
Tel: 407-897-5150
Fax: 407-897-3332
fmari@roperpa.com

www.roperpa.com

This communication and any attachments constitute an "electronic communication" within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. § 2510, and disclosure is limited to the intended recipient(s). Unless expressly stated otherwise, this message and any accompanying documents are confidential and may be subject to the attorney-client privilege or deemed work product documents. The sender's expectation of privacy as to the content of this email and any accompanying documents is extremely high. This message is intended solely for the addressee(s). If you are not the intended recipient, you have received this email in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this email, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, destroy the message and inform the sender immediately at the telephone number, address, or email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements, and this email does not create an existing business relationship.

**From:** Gail Bradford <GBradford@DRML-Law.com>
**Sent:** Tuesday, October 05, 2021 10:34 AM
**To:** 'Andrew Jondahl' <AJondahl@ecbawm.com>; Rachael A. Royack <rroyack@RRBPA.COM>
**Cc:** Frank Mari <Fmari@Roperpa.com>; Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-law.com>; Ilene Haines <lhaines@Roperpa.com>; Tiffanie T. Wallen <twallen@RRBPA.COM>; Andrew G. Celli <acelli@ecbawm.com>; Earl Ward <eward@ecbawm.com>; Jonathan S. Abady <jabady@ecbawm.com>; 'markman@kingmarkman.com' <markman@kingmarkman.com>; 'ldancel@kingmarkman.com' <ldancel@kingmarkman.com>; Stephanie W. Kaufer <skaufer@RRBPA.COM>
**Subject:** RE: Celestin v. City of Ocoee, et al.

Andy – I still can't agree to this.

**From:** Andrew Jondahl <AJondahl@ecbawm.com>
**Sent:** Thursday, September 30, 2021 1:31 PM
**To:** Gail Bradford <GBradford@DRML-Law.com>; Rachael A. Royack <rroyack@RRBPA.COM>
**Cc:** 'Frank Mari' <FMari@bellroperlaw.com>; Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-law.com>; lhaines@roperpa.com; Tiffanie T. Wallen <twallen@RRBPA.COM>; Andrew G. Celli <acelli@ecbawm.com>; Earl Ward <eward@ecbawm.com>; Jonathan S. Abady <jabady@ecbawm.com>; 'markman@kingmarkman.com' <markman@kingmarkman.com>; 'ldancel@kingmarkman.com' <ldancel@kingmarkman.com>; Stephanie W. Kaufer <skaufer@RRBPA.COM>
**Subject:** RE: Celestin v. City of Ocoee, et al.

Hi all,

I'm writing to follow up on our conferral regarding the confidentiality agreement. I understand from our conferral that you are unwilling to execute the agreement as drafted. Please let us know if you would be willing to execute an agreement that is limited in scope to medical records and autopsy photographs. Of course, each party would reserve the right to seek to amend the agreement on consent if another category of documents comes to light, but this compromise would allow the parties to move forward without the need for judicial intervention.

Best,
Andy

Andrew K. Jondahl
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001
ajondahl@ecbawm.com
www.ecbawm.com
Pronouns: He/Him

**From:** Gail Bradford <GBradford@DRML-Law.com>
**Sent:** Tuesday, September 14, 2021 10:05 AM
**To:** Andrew Jondahl <AJondahl@ecbawm.com>; Rachael A. Royack <rroyack@RRBPA.COM>
**Cc:** 'Frank Mari' <FMari@bellroperlaw.com>; Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-law.com>; lhaines@roperpa.com; Tiffanie T. Wallen <twallen@RRBPA.COM>; Andrew G. Celli <acelli@ecbawm.com>; Earl Ward <eward@ecbawm.com>; Jonathan S. Abady <jabady@ecbawm.com>; 'markman@kingmarkman.com'

<markman@kingmarkman.com>; 'ldancel@kingmarkman.com'
<ldancel@kingmarkman.com>; Stephanie W. Kaufer <skaufer@RRBPA.COM>
**Subject:** [EXTERNAL] RE: Celestin v. City of Ocoee, et al. - CONF CALL TOMORROW GOING FORWARD?

**This Message originated outside your organization.**

Sounds fine to me.

**From:** Andrew Jondahl <AJondahl@ecbawm.com>
**Sent:** Tuesday, September 14, 2021 9:36 AM
**To:** Rachael A. Royack <rroyack@RRBPA.COM>
**Cc:** Gail Bradford <GBradford@DRML-Law.com>; 'Frank Mari' <FMari@bellroperlaw.com>; Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-law.com>; lhaines@roperpa.com; Tiffanie T. Wallen <twallen@RRBPA.COM>; Andrew G. Celli <acelli@ecbawm.com>; Earl Ward <eward@ecbawm.com>; Jonathan S. Abady <jabady@ecbawm.com>; 'markman@kingmarkman.com' <markman@kingmarkman.com>; 'ldancel@kingmarkman.com' <ldancel@kingmarkman.com>; Stephanie W. Kaufer <skaufer@RRBPA.COM>
**Subject:** RE: Celestin v. City of Ocoee, et al. - CONF CALL TOMORROW GOING FORWARD?

We have not yet received confirmation from Gail that she is available at that time. Once we receive confirmation, I will circulate a conference line.

Best,
Andy

Andrew K. Jondahl
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001
ajondahl@ecbawm.com
www.ecbawm.com
Pronouns: He/Him

**From:** Rachael A. Royack <rroyack@RRBPA.COM>
**Sent:** Tuesday, September 14, 2021 8:50 AM
**To:** Andrew Jondahl <AJondahl@ecbawm.com>
**Cc:** Gail Bradford <GBradford@DRML-Law.com>; 'Frank Mari' <FMari@bellroperlaw.com>; Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-law.com>; lhaines@roperpa.com; Tiffanie T. Wallen

<twallen@RRBPA.COM>; Andrew G. Celli <acelli@ecbawm.com>; Earl Ward <eward@ecbawm.com>; Jonathan S. Abady <jabady@ecbawm.com>; 'markman@kingmarkman.com' <markman@kingmarkman.com>; 'ldancel@kingmarkman.com' <ldancel@kingmarkman.com>; Stephanie W. Kaufer <skaufer@RRBPA.COM>
**Subject:** [EXTERNAL] FW: Celestin v. City of Ocoee, et al. - CONF CALL TOMORROW GOING FORWARD?
**Importance:** High

**This Message originated outside your organization.**

Good Afternoon Counsel:

Please advise if the telephone conference to discuss Plaintiff's proposed confidentiality agreement is still going forward tomorrow, Wednesday, 9/15/21, at 10am and please provide Conference Call-in info for same.

Thank you,

Begin forwarded message:

<image002.gif>

*Celebrating Over 30 Years of Excellence*

**Rachael A. Royack**
**Legal Assistant to Stephanie W. Kaufer**
470 Columbia Drive • Suite C101
West Palm Beach, FL 33409
Tel:  (561) 688-6560   Fax:   (561) 688-2343
rroyack@RRBPA.COM   /   www.rrbpa.com

NOTICE TO RECIPIENT: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, or use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-688-6560 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Roberts, Reynolds, Bedard & Tuzzio, PLLC.

> **From:** "Stephanie W. Kaufer" <skaufer@rrbpa.com>
> **Date:** September 9, 2021 at 4:24:40 PM EDT
> **To:** Andrew Jondahl <AJondahl@ecbawm.com>
> **Cc:** Gail Bradford <GBradford@drml-law.com>, Frank Mari <Fmari@roperpa.com>, Jocelyn Galvan <JGalvan@kingmarkman.com>, Tammy Pruett <Tammy@drml-law.com>, Ilene Haines <lhaines@roperpa.com>, "Benjamin L. Bedard" <bbedard@rrbpa.com>, "Tiffanie T. Wallen" <twallen@rrbpa.com>, "Andrew G. Celli" <acelli@ecbawm.com>, Earl Ward <eward@ecbawm.com>, "Jonathan S. Abady" <jabady@ecbawm.com>, Jeremy Markman <markman@kingmarkman.com>, Lisa Dancel

<[LDancel@kingmarkman.com](mailto:LDancel@kingmarkman.com)>

**Subject: Re: Celestin v. City of Ocoee, et al.**

I am available from 10am until 1pm Wednesday

Sent from my iPhone

<image002.gif>

*Celebrating Over 30 Years of Excellence*

**Stephanie W. Kaufer
Partner**
470 Columbia Drive • Suite C101
West Palm Beach, FL 33409
Tel:  (561) 688-6560   Fax:  (561) 688-2343
 **[skaufer@RRBPA.COM](mailto:skaufer@RRBPA.COM)  /  [www.rrbpa.com](http://www.rrbpa.com)**

NOTICE TO RECIPIENT: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, or use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-688-6560 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Roberts, Reynolds, Bedard & Tuzzio, PLLC.

> On Sep 9, 2021, at 4:04 PM, Andrew Jondahl <[AJondahl@ecbawm.com](mailto:AJondahl@ecbawm.com)> wrote:
>
>
> Understood. We are available 10am-2pm on Wednesday. Gail, Frank, and Stephanie, please let us know if you have any conflicts during that window.
>
> Andrew K. Jondahl
> Emery Celli Brinckerhoff Abady Ward & Maazel LLP
> 600 Fifth Avenue, 10th Floor
> New York, NY 10020
> Tel: 212-763-5000
> Fax: 212-763-5001
> [ajondahl@ecbawm.com](mailto:ajondahl@ecbawm.com)
> [www.ecbawm.com](http://www.ecbawm.com)
> Pronouns: He/Him
>
> ---
>
> **From:** Gail Bradford <[GBradford@DRML-Law.com](mailto:GBradford@DRML-Law.com)>
> **Sent:** Thursday, September 9, 2021 3:42 PM
> **To:** Andrew Jondahl <[AJondahl@ecbawm.com](mailto:AJondahl@ecbawm.com)>; Frank Mari <[Fmari@Roperpa.com](mailto:Fmari@Roperpa.com)>; Jocelyn Galvan <[JGalvan@kingmarkman.com](mailto:JGalvan@kingmarkman.com)>; Tammy Pruett

<[Tammy@DRML-law.com](mailto:Tammy@DRML-law.com)>; Ilene Haines <[lhaines@Roperpa.com](mailto:lhaines@Roperpa.com)>; Benjamin L. Bedard <[bbedard@RRBPA.COM](mailto:bbedard@RRBPA.COM)>; Stephanie W. Kaufer <[skaufer@RRBPA.COM](mailto:skaufer@RRBPA.COM)>; Tiffanie T. Wallen <[twallen@RRBPA.COM](mailto:twallen@RRBPA.COM)>
**Cc:** Andrew G. Celli <[acelli@ecbawm.com](mailto:acelli@ecbawm.com)>; Earl Ward <[eward@ecbawm.com](mailto:eward@ecbawm.com)>; Jonathan S. Abady <[jabady@ecbawm.com](mailto:jabady@ecbawm.com)>; Jeremy Markman <[markman@kingmarkman.com](mailto:markman@kingmarkman.com)>; Lisa Dancel <[LDancel@kingmarkman.com](mailto:LDancel@kingmarkman.com)>
**Subject:** [EXTERNAL] RE: Celestin v. City of Ocoee, et al.

**This Message originated outside your organization.**

I will be in mediation Monday afternoon.

**From:** Andrew Jondahl <[AJondahl@ecbawm.com](mailto:AJondahl@ecbawm.com)>
**Sent:** Thursday, September 09, 2021 3:40 PM
**To:** Frank Mari <[Fmari@Roperpa.com](mailto:Fmari@Roperpa.com)>; Gail Bradford <[GBradford@DRML-Law.com](mailto:GBradford@DRML-Law.com)>; Jocelyn Galvan <[JGalvan@kingmarkman.com](mailto:JGalvan@kingmarkman.com)>; Tammy Pruett <[Tammy@DRML-law.com](mailto:Tammy@DRML-law.com)>; Ilene Haines <[lhaines@Roperpa.com](mailto:lhaines@Roperpa.com)>; Benjamin L. Bedard <[bbedard@RRBPA.COM](mailto:bbedard@RRBPA.COM)>; Stephanie W. Kaufer <[skaufer@RRBPA.COM](mailto:skaufer@RRBPA.COM)>; Tiffanie T. Wallen <[twallen@RRBPA.COM](mailto:twallen@RRBPA.COM)>
**Cc:** Andrew G. Celli <[acelli@ecbawm.com](mailto:acelli@ecbawm.com)>; Earl Ward <[eward@ecbawm.com](mailto:eward@ecbawm.com)>; Jonathan S. Abady <[jabady@ecbawm.com](mailto:jabady@ecbawm.com)>; Jeremy Markman <[markman@kingmarkman.com](mailto:markman@kingmarkman.com)>; Lisa Dancel <[LDancel@kingmarkman.com](mailto:LDancel@kingmarkman.com)>
**Subject:** RE: Celestin v. City of Ocoee, et al.

Thanks, Frank. Gail and Stephanie, let us know if you have any conflicts in the 2-5pm window on Monday.

Best,
Andy

Andrew K. Jondahl
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001

ajondahl@ecbawm.com
www.ecbawm.com
Pronouns: He/Him

**From:** Frank Mari <Fmari@Roperpa.com>
**Sent:** Thursday, September 9, 2021 12:56 PM
**To:** Andrew Jondahl <AJondahl@ecbawm.com>; Gail Bradford <GBradford@DRML-Law.com>; Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-law.com>; Ilene Haines <lhaines@Roperpa.com>; Benjamin L. Bedard <bbedard@RRBPA.COM>; Stephanie W. Kaufer <skaufer@RRBPA.COM>; Tiffanie T. Wallen <twallen@RRBPA.COM>
**Cc:** Andrew G. Celli <acelli@ecbawm.com>; Earl Ward <eward@ecbawm.com>; Jonathan S. Abady <jabady@ecbawm.com>; Jeremy Markman <markman@kingmarkman.com>; Lisa Dancel <LDancel@kingmarkman.com>
**Subject:** [EXTERNAL] RE: Celestin v. City of Ocoee, et al.

**This Message originated outside your organization.**

I'm available then.

**Please note our new firm name and my new email address below.**



|  | **FRANK MARI**<br>Partner |
|---|---|
| <image001.png> | **Roper, P.A.**<br>2707 East Jefferson Street<br>Orlando, FL 32803<br>Tel: 407-897-5150<br>Fax: 407-897-3332 |
| www.roperpa.com | fmari@roperpa.com |

This communication and any attachments constitute an "electronic communication" within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. § 2510, and disclosure is limited to the intended recipient(s). Unless expressly stated otherwise, this message and any accompanying documents are confidential and may be subject to the attorney-client privilege or deemed work product documents. The sender's expectation of privacy as to the content of this email and any accompanying documents is extremely high. This message is intended solely for the addressee(s). If you are not the intended recipient, you have received this email in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this email, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, destroy the message and inform the sender immediately at the telephone number, address, or email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements, and this email does not create an existing business relationship.

**From:** Andrew Jondahl <AJondahl@ecbawm.com>
**Sent:** Thursday, September 09, 2021 12:53 PM
**To:** Frank Mari <Fmari@Roperpa.com>; Gail Bradford <GBradford@DRML-Law.com>; Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-law.com>; Ilene Haines <Ihaines@Roperpa.com>; Benjamin L. Bedard <bbedard@RRBPA.COM>; Stephanie W. Kaufer <skaufer@RRBPA.COM>; Tiffanie T. Wallen <twallen@RRBPA.COM>
**Cc:** Andrew G. Celli <acelli@ecbawm.com>; Earl Ward <eward@ecbawm.com>; Jonathan S. Abady <jabady@ecbawm.com>; Jeremy Markman <markman@kingmarkman.com>; Lisa Dancel <LDancel@kingmarkman.com>
**Subject:** RE: Celestin v. City of Ocoee, et al.

Gail and Frank,

We are available to discuss the confidentiality agreement on Monday any time between 2-5pm. We'd also like to discuss the NPNPs served on 9/7. Please let us know what time works for you, and I will circulate a conference line.

Best,
Andy

Andrew K. Jondahl
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001
ajondahl@ecbawm.com
www.ecbawm.com
Pronouns: He/Him

**From:** Frank Mari <Fmari@Roperpa.com>
**Sent:** Wednesday, September 8, 2021 4:56 PM
**To:** Gail Bradford <GBradford@DRML-Law.com>; Andrew Jondahl <AJondahl@ecbawm.com>; Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-law.com>; Ilene Haines <Ihaines@Roperpa.com>; Benjamin L. Bedard

<bbedard@RRBPA.COM>; Stephanie W. Kaufer <skaufer@RRBPA.COM>; Tiffanie T. Wallen <twallen@RRBPA.COM>
**Cc:** Andrew G. Celli <acelli@ecbawm.com>; Earl Ward <eward@ecbawm.com>; Jonathan S. Abady <jabady@ecbawm.com>; Jeremy Markman <markman@kingmarkman.com>; Lisa Dancel <LDancel@kingmarkman.com>
**Subject:** [EXTERNAL] RE: Celestin v. City of Ocoee, et al.

**This Message originated outside your organization.**

My position is the same on the proposed confidentiality agreement.

**Please note our new firm name and my new email address below.**

|  |  |
|---|---|
| <image001.png><br><br>www.roperpa.com | **FRANK MARI**<br>Partner<br><br>**Roper, P.A.**<br>2707 East Jefferson Street<br>Orlando, FL 32803<br>Tel: 407-897-5150<br>Fax: 407-897-3332<br>fmari@roperpa.com |

This communication and any attachments constitute an "electronic communication" within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. § 2510, and disclosure is limited to the intended recipient(s). Unless expressly stated otherwise, this message and any accompanying documents are confidential and may be subject to the attorney-client privilege or deemed work product documents. The sender's expectation of privacy as to the content of this email and any accompanying documents is extremely high. This message is intended solely for the addressee(s). If you are not the intended recipient, you have received this email in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this email, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, destroy the message and inform the sender immediately at the telephone number, address, or email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements, and this email does not create an existing business relationship.

**From:** Gail Bradford <GBradford@DRML-Law.com>
**Sent:** Wednesday, September 08, 2021 4:49 PM
**To:** 'Andrew Jondahl' <AJondahl@ecbawm.com>; Frank Mari <Fmari@Roperpa.com>; Jocelyn Galvan <JGalvan@kingmarkman.com>; Tammy Pruett <Tammy@DRML-law.com>; Ilene Haines

<[lhaines@Roperpa.com](mailto:lhaines@Roperpa.com)>; Benjamin L. Bedard <[bbedard@RRBPA.COM](mailto:bbedard@RRBPA.COM)>; Stephanie W. Kaufer <[skaufer@RRBPA.COM](mailto:skaufer@RRBPA.COM)>; Tiffanie T. Wallen <[twallen@RRBPA.COM](mailto:twallen@RRBPA.COM)>
**Cc:** Andrew G. Celli <[acelli@ecbawm.com](mailto:acelli@ecbawm.com)>; Earl Ward <[eward@ecbawm.com](mailto:eward@ecbawm.com)>; Jonathan S. Abady <[jabady@ecbawm.com](mailto:jabady@ecbawm.com)>; Jeremy Markman <[markman@kingmarkman.com](mailto:markman@kingmarkman.com)>; Lisa Dancel <[LDancel@kingmarkman.com](mailto:LDancel@kingmarkman.com)>
**Subject:** RE: Celestin v. City of Ocoee, et al.

Andy - I cannot execute this agreement on behalf of the City. Please let me know when you are available to discuss.

**From:** Andrew Jondahl <[AJondahl@ecbawm.com](mailto:AJondahl@ecbawm.com)>
**Sent:** Friday, August 27, 2021 2:08 PM
**To:** Gail Bradford <[GBradford@DRML-Law.com](mailto:GBradford@DRML-Law.com)>; Frank Mari <[FMari@bellroperlaw.com](mailto:FMari@bellroperlaw.com)>; Andrew Jondahl <[AJondahl@ecbawm.com](mailto:AJondahl@ecbawm.com)>; Jocelyn Galvan <[JGalvan@kingmarkman.com](mailto:JGalvan@kingmarkman.com)>; Tammy Pruett <[Tammy@DRML-law.com](mailto:Tammy@DRML-law.com)>; Ilene Haines <[ihaines@bellroperlaw.com](mailto:ihaines@bellroperlaw.com)>; Benjamin L. Bedard <[bbedard@RRBPA.COM](mailto:bbedard@RRBPA.COM)>; Stephanie W. Kaufer <[skaufer@RRBPA.COM](mailto:skaufer@RRBPA.COM)>; Tiffanie T. Wallen <[twallen@RRBPA.COM](mailto:twallen@RRBPA.COM)>
**Cc:** Andrew G. Celli <[acelli@ecbawm.com](mailto:acelli@ecbawm.com)>; Earl Ward <[eward@ecbawm.com](mailto:eward@ecbawm.com)>; Jonathan S. Abady <[jabady@ecbawm.com](mailto:jabady@ecbawm.com)>; Jeremy Markman <[markman@kingmarkman.com](mailto:markman@kingmarkman.com)>; Lisa Dancel <[LDancel@kingmarkman.com](mailto:LDancel@kingmarkman.com)>
**Subject:** Celestin v. City of Ocoee, et al.

Counsel:

In anticipation of Plaintiff's forthcoming document production, I am attaching a proposed confidentiality agreement to govern confidential documents, information, and testimony in this matter. As a heads up, although we plan to make a substantial document production today, we are withholding certain documents, such as medical records and sensitive photographs, until an appropriate confidentiality agreement is executed by the parties.

Please let us know if you will agree to execute the attached

proposed agreement.

Best,
Andy

Andrew K. Jondahl
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001
[ajondahl@ecbawm.com](ajondahl@ecbawm.com)
[www.ecbawm.com](www.ecbawm.com)
Pronouns: He/Him

NOTE: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify **Gail Bradford** at GBradford@DRML-Law.com immediately by replying to the message and deleting it from your computer. Thank you.