SAFETY & JUSTICE    NEWS

# Family of man who died after being tased by Ocoee, Windermere cops says Worrell refused plea for new probe

By **DESIREE STENNETT**
ORLANDO SENTINEL   |   SEP 07, 2021



Attorney Jeremy Markman speaks about the death of Samuel Celestin during a press conference at the Orange County Courthouse on Tuesday, September 7, 2021. State Attorney Monique Worrell rejected Samuel Celestin's family's request to re-open the investigation into his death at the hands of the Ocoee police. Pictured from left are: Joanne Celestin (sister of Samuel), Markman, Dr. Rose Celestin (mother of Samuel), and Jean Celestin (brother of Samuel) (Stephen M. Dowell/Orlando Sentinel) (Stephen M. Dowell/Orlando Sentinel)

Listen to this article

The family of a Black man who died after being tased by Ocoee police while suffering a mental health crisis says Orange-Osceola State Attorney Monique Worrell recently refused their request for a new investigation, which they called an example of "weak leadership."

Jean "Samuel" Celestin, 33, died after he was shocked multiple times by Ocoee and Windermere police with Tasers, then hogtied and left on the ground until he suffered cardiorespiratory arrest due to a lack of oxygen to his brain, investigative and autopsy records show.

ADVERTISING



ADVERTISEMENT

Joanne Celestin, Samuel Celestin's older sister, said Worrell told the family in an Aug. 31 meeting that her office would not re-investigate his death, which his family said reflects Worrell's failure to deliver on her campaign promise to hold law enforcement officers accountable for their actions.

"It makes me realize that when she stood out there with us, when Black Lives Matter was… marching and she was marching along with us, she knew that she would not try any of these cases," Joanne Celestin said. "She has one job, one job only, and that's to bring justice. That is her job and she refused to do so. She has failed us all."

ADVERTISEMENT

Worrell's office did not respond to a request for comment.



Jean Samuel Celestin died in April 2019 after he was tased by Ocoee and Windermere police officers. His family filed a wrongful death lawsuit earlier this month. (Courtesy photo)

Joanne Celestin said she called 911 on April 11, 2019, to report that her youngest brother, who had been diagnosed with schizophrenia, paranoia, Bipolar disorder and anxiety, was having a mental health crisis. The family wanted him to be involuntarily committed under Florida's Baker Act.

Advertisement





"When I called for help, I made it very clear this was a medical call and that he needed to be escorted to the hospital," Joanne Celestin said. "And instead, I have to live every single day — every day — knowing that the call I made caused my brother to lose his life in a malicious way."

Last year, the Orange-Osceola State Attorney's Office, then led by former State Attorney Aramis Ayala, **cleared the officers of wrongdoing**, saying in a letter that "police officers have a difficult job" and their actions are "often harshly and unfairly judged."

Celestin's brother, Jean M. Celestin, said the family simply wants "fresh eyes" on the case.

"She promised," he said of Worrell. "If she hadn't run on this, we wouldn't be out here. She said she was going to be a different state attorney. She said it. So you hold yourself accountable or the public will."

In a letter addressed to Worrell sent Tuesday, family attorney Andrew G. Celli wrote that, when Worrell met with the family last week, she expressed outrage at the behavior of the officers involved but said she would not seek charges against them because she felt the law protected their actions.

"You described the circumstances of Samuel's death as 'wrong' and 'disgusting,' and you characterized the actions of the officers as 'outrageous,' 'unacceptable,' and constituting 'misconduct,'" Celli wrote, recounting the meeting. "You also forthrightly acknowledged that the fact that Samuel was Black impacted how he was treated by law enforcement."

[Popular on OrlandoSentinel.com] Popular Orlando barber shop burns in overnight fire, officials say »

The letter went on to say that Worrell told the family that she did not watch the body camera footage of the incident. Instead, she listened to the audio while others on her staff watched because viewing it herself would be "emotionally upsetting," Celli wrote.

The Orlando Sentinel asked Worrell's office whether she has since watched the footage but the agency did not immediately respond.

**Body-worn camera footage of the incident** showed Ocoee PD Officer Joshua Bode pulled out his Taser after Celestin opened the home's front door while holding a knife. Bode stunned Celestin with no effect, then another Ocoee officer, Christopher Bonner, tased him again, causing him to fall and drop the knife.

Celestin got up and began running down the street but Windermere Officer Griffin Hebel tackled him while an Ocoee officer stunned him. Officers held Celestin to the ground, binding him with a so-called hobble device, before noticing that Celestin wasn't breathing.

They attempted chest compressions on Celestin but did not give him mouth-to-mouth resuscitation, footage showed. Paramedics arrived and continued CPR, later taking Celestin to a hospital.

In her November letter clearing the officers of wrongdoing, Assistant State Attorney Linda Drane Burdick wrote that there was no indication in the videos that the officers used their body weight to subdue Celestin and no evidence they "committed intentional misconduct or acted with any degree of malice or prejudice."



SECTIONS　　SUBSCRIBE 4 weeks for only 99¢　　LOG IN



Jean Celestin speaks passionately about the death of his brother, Samuel Celestin, during a press conference at the Orange County Courthouse on Tuesday, September 7, 2021. State Attorney Monique Worrell rejected Samuel Celestin's family's request to re-open the investigation into his death at the hands of the Ocoee police. (Stephen M. Dowell/Orlando Sentinel) (Stephen M. Dowell/Orlando Sentinel)

Jean M. Celestin said he was "offended" that Worrell would decide not to bring a case forward without watching the videos of what happened to his brother.

**LATEST SAFETY & JUSTICE**

Popular Orlando barber shop burns in overnight fire, officials say
NOV 13, 2021

Woman taken in botched Osceola murder-for-hire was cooperative before captors killed her, jurors hear
NOV 12, 2021

911 audio sheds light on gas station shooting Sanford cops called 'stand your ground'
NOV 12, 2021

"I left that meeting feeling like we buried Samuel all over again," he said. "It felt like a funeral. And I shouldn't feel that way going into a meeting with the state attorney that we all supported."

Jeremy Markman, another attorney for the family, said Worrell's inaction will only lead to more people harmed or killed by law enforcement.

"The message that Ms. Worrell is sending to law enforcement agencies across this jurisdiction ... is that law enforcement officers can get away with criminal action and cause the death of someone like Samuel because he has a mental health crisis and because he's Black. That's wrong."

dstennett@orlandosentinel.com

### Live well, earn Cash rewards
Walgreens | Sponsored                                                                 Learn more

### See a Side-By-Side Comparison of 2021's Best Credit Cards.
NerdWallet | Sponsorizzato                                                             Learn More

### Home Buyers: Don't Pick the First Mortgage That Comes Your Way
NerdWallet NMLS ID# 1617539 | Sponsorizzato

### Orlando: Startup Is Changing the Way People Retire
SmartAsset | Sponsored

### What Does Your Last Name Mean?
Ancestry® | Sponsorizzato                                                              Learn More

### Average Retirement Savings By Age: Are You Normal?
SmartAsset | Sponsorizzato

### Amazon Has Millions of Prime Subscribers — But Few Know About This Savings Trick
Capital One Shopping | Sponsored                                                       Learn More

### Dustin Diamond, 'Saved by the Bell' actor, dies at 44
Dustin Diamond, known for playing Samuel "Screech" Powers in the hit sitcom "Saved by the Bell," died on

**Orlando Sentinel**

**Roux the day: Celebrating the South with biscuits & gravy**

Biscuits and gravy. It's an American classic borne of Appalachia, but these days you'll find on on menus from modest country diner to high-end hipster brunch hangs. And of course, it has its own holiday....

**Orlando Sentinel**

**Wife Goes To Bathroom, Waitress Tells Husband This**

World Lifestyle | Sponsored

**Historic Figures Who Lived Long Enough To Be Photographed**

Past Factory | Sponsorizzato

**Here Are The 27 Coolest Gifts For 2021**

Top Tech Today | Sponsorizzato

Shop Now

**Valentine's Day in Orlando: Events to say 'I love you'**

Orlando Sentinel

**Woody Allen, Soon-Yi Previn call HBO's 'Allen v. Farrow' a 'hatchet job'**

Orlando Sentinel

**Here are 28 of the Coolest Gifts of 2021**

Smart Lifestyle Trends | Sponsored

## You May Like

Sponsored Links by Taboola

**If Your Cat Bites You, Here's What It Really Means**

Give It Love

**These Cars Are So Loaded It's Hard to Believe They're So Cheap**

Luxury SUVs | Search Ads

**Need More Space in Orlando, Florida? Compare Great Mortgage Lenders**

NerdWallet NMLS ID# 1617539

**Plastic Surgeon: "Do This Every Day To Lift Sagging Skin"**
Beverly Hills MD

**MOST READ • NEWS**

'Sesame Street' debuts Ji-Young, first Asian American muppet
4m


Democrat Beto O'Rourke running for Texas governor in 2022
7m


Major business lobbies donate heavily ahead of COVID-19 vaccine mandate special session today
25m


ADVERTISEMENT

**CONNECT**

   

**TRIBUNE PUBLISHING**

Chicago Tribune

New York Daily News

The Baltimore Sun

Sun Sentinel of Fla.

The Morning Call of Pa.

Hartford Courant

Daily Press of Va.

The Virginian-Pilot

The Daily Meal

Studio 1847

**COMPANY INFO**

Archives

Careers

Orlando Sentinel

Contact Us

Privacy Policy

Place an Ad

Terms of Service

Help Center

Manage Web Notifications

Classifieds

Copyright © 2021, Orlando Sentinel

Copyright © 2021, Orlando Sentinel