UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSE MARIE CELESTIN, as Next of Kin and Proposed Personal Representative of the Estate of Jean Samuel Celestin, deceased,

    Plaintiff,

v.

CITY OF OCOEE, OFFICER JOSHUA BODE, OFFICER CHRISTOPHER BONNER, OFFICER DOMINIC CHIUCHIARELLI, OFFICER BRIAN HARRIS, TOWN OF WINDERMERE, AND OFFICER GRIFFIN HEBEL,

    Defendants.
_____/

Case No. 6:21-cv-896-RBD-EJK

## DEFENDANT TOWN OF WINDERMERE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY

COMES NOW, Defendant Town of Windermere and Defendant Griffin Hebel, through their attorney, hereby file and serve their Motion to Compel Production of Documents from Non-Party.

1. This case arises out of the alleged April 11, 2019 encounter between police and Jean Samuel Celestin and subsequent death of Mr. Celestin. Plaintiff is the mother of Mr. Celestin and Personal Representative of Mr. Celestin's estate.

2. On January 7, 2022, the Town and Hebel notified all parties and issued a subpoena to non-party Healing Hope Counseling Services, LLC. (*See* Ex. 1 at 1).

Such subpoena was delivered to Healing Hope Counseling Services, LLC on January 11, 2022.

3. Healing Hope Counseling Services, LLC was due to produce documents responsive to the subpoena on or before February 1, 2022 at 4:00 p.m. (*See* Ex. 1 at 1). To date, Healing Hope Counseling Services, LLC has failed to respond in any manner to the subpoena.

4. The documents sought from Healing Hope Counseling Services, LLC are directly relevant and proportional to the needs of the case because Plaintiff is seeking damages for her alleged emotional injuries including loss of love, companionship, comfort, society, and attention of Mr. Celestin. (*See, e.g.,* Doc. 1-1 ¶ 182).

5. Therefore, Windermere and Hebel seek an order compelling Healing Hope Counseling Services, LLC to produce the documents requested through their subpoena dated January 7, 2022.

WHEREFORE, Defendant Town of Windermere and Defendant Griffin Hebel respectfully request that the Court enter an order compelling Healing Hope Counseling Services, LLC to produce the documents requested through Windermere and Hebel's subpoena dated January 7, 2022 and for any other relief the Court deems just and proper.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g) and the Order on Discovery Motions (Doc. 6), the undersigned attorney has conferred with all other parties and attempted to confer with Healing Hope Counseling Services, LLC. All other defendants are unopposed to

this motion. Plaintiff takes no position on this motion. Healing Hope Counseling Services, LLC has failed to respond to the following efforts to confer regarding the issue raised in this motion:

1. Letter dated March 4, 2022;

2. Letter dated April 6, 2022;

3. Telephone call on April 28, 2022 at 9:39 a.m. ET with voicemail left;

4. Telephone call on April 29, 2022 at 12:39 p.m. ET with voicemail left.[1]

Pursuant to Local Rule 3.01(g), counsel for Windermere and Hebel will continue to attempt to contact Healing Hope Counseling Services, LLC regarding this motion and file a supplemental notice as required by Local Rule 3.01(g).

Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
Primary: fmari@roperpa.com
Secondary: ihaines@roperpa.com
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL  32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Defendants Town of
Windermere and Officer Griffin Hebel

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 3, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served a copy by U.S. mail (certified with return receipt requested) upon:

---

[1] Counsel placed at least one additional telephone call to Healing Hope Counseling Services, LLC at an unknown date preceding the telephone calls specified by date.

Healing Hope Counseling Services, LLC
320 W. Lanier Avenue, Suite 200
Fayetteville, GA 30214

                                           */s/ Frank Mari*
                                           Attorney for Defendants Town of
                                           Windermere and Officer Griffin Hebel