UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSE MARIE CELESTIN, as Next of Kin and Proposed Personal Representative of the Estate of Jean Samuel Celestin, deceased,

    Plaintiff,

v.

CITY OF OCOEE, OFFICER JOSHUA BODE, OFFICER CHRISTOPHER BONNER, OFFICER DOMINIC CHIUCHIARELLI, OFFICER BRIAN HARRIS, TOWN OF WINDERMERE, AND OFFICER GRIFFIN HEBEL,

    Defendants.
_____/

Case No. 6:21-cv-896-RBD-EJK

**DEFENDANT TOWN OF WINDERMERE AND DEFENDANT GRIFFIN HEBEL'S NOTICE REGARDING MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY**

COME NOW, Defendant Town of Windermere and Defendant Griffin Hebel, through their attorney, hereby file and serve their Notice Regarding Motion to Compel Production of Documents from Non-Party (Doc. 74). Pursuant to Local Rule 3.01(g), counsel for Movants continued to attempt to confer with Healing Hope Counseling Services, LLC regarding the motion, but Healing Hope Counseling Services, LLC has not responded. So, Movants and Healing Hope Counseling Services, LLC have not resolved any issue raised in the motion.

    Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
Primary:  fmari@roperpa.com
Secondary:  ihaines@roperpa.com
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL  32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Defendants Town of
Windermere and Officer Griffin Hebel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served a copy by U.S. mail upon:

Healing Hope Counseling Services, LLC
320 W. Lanier Avenue, Suite 200
Fayetteville, GA 30214

    */s/ Frank Mari*
Attorney for Defendants Town of
Windermere and Officer Griffin Hebel