UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSE MARIE CELESTIN, as Next of Kin and Proposed Personal Representative of the Estate of Jean Samuel Celestin, deceased,

    Plaintiff,

v.

CITY OF OCOEE, OFFICER JOSHUA BODE, OFFICER CHRISTOPHER BONNER, OFFICER DOMINIC CHIUCHIARELLI, OFFICER BRIAN HARRIS, TOWN OF WINDERMERE, AND OFFICER GRIFFIN HEBEL,

    Defendants.
_____/

Case No. 6:21-cv-896-RBD-EJK

## **UNOPPOSED MOTION FOR SPECIAL ADMISSION OF MICHAEL A. BRAVE**

COMES NOW, Michael A. Brave, hereby files and serves his Motion for Special Admission pursuant to United States District Court for the Middle District of Florida Local Rule 2.01(c) for Defendant Town of Windermere and Defendant Griffin Hebel.

1.    Mr. Brave is not a Florida resident and is not a member in good standing of The Florida Bar.

2.    Mr. Brave is a member in good standing of the bar of a United States district court, specifically the United States District Court for the District of Arizona.

3. Mr. Brave has not abused the privilege of special admission by maintaining a regular practice of law in Florida.

4. Within the last 36 months, Mr. Brave has not initially appeared in any case in any Florida state court or federal court in Florida.

5. Mr. Brave is familiar with 28 U.S.C. § 1927, which provides: "Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."

6. Mr. Brave affirms the oath, which states: "I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession."

7. Mr. Brave will satisfy the requirements for obtaining and maintaining general admission, except the requirements of membership in the Florida Bar, submission of an application, and payment of a periodic fee.

8. Mr. Brave will register with the Court's CM/ECF system.

WHEREFORE, Michael A. Brave respectfully requests that the Court enter an order granting special admission under Local Rule 2.01(c) for Michael A. Brave on behalf of Defendant Town of Windermere and Defendant Griffin Hebel.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), attorney for Defendant Town of Windermere and Defendant Griffin Hebel, Frank M. Mari, has conferred with all other parties regarding this motion. All other parties are unopposed to this motion.

                                        Respectfully submitted,

Michael A. Brave, Esquire
2036 N Gilbert Rd., Ste. 2-625
Mesa, AZ 85203
brave@laaw.com
Telephone: (651) 248-2809

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

>*/s/ Frank Mari*
>Frank M. Mari
>Florida Bar No. 93243
>Primary: fmari@roperpa.com
>Secondary: ihaines@roperpa.com
>Roper, P.A.
>2707 E. Jefferson Street
>Orlando, FL 32803
>Telephone: (407) 897-5150
>Facsimile: (407) 897-3332
>Attorney for Defendants Town of
>Windermere and Officer Griffin Hebel