UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSE MARIE CELESTIN, as Next of Kin and Personal Representative of the Estate of JEAN SAMUEL CELESTIN, deceased,

        Plaintiff,

-against-

CITY OF OCOEE, Officer JOSHUA BODE, individually, Officer CHRISTOPHER BONNER, individually, Officer DOMINIC CHIUCHIARELLI, individually, Officer BRIAN HARRIS, individually, TOWN OF WINDERMERE, and Officer GRIFFIN HEBEL, individually,

        Defendants.

CASE NO: 6:21-cv-00896-RBD-EJK

## **PLAINTIFF'S EXPERT WITNESS DISCLOSURE**

Plaintiff, ROSE MARIE CELESTIN, as Next of Kin and Personal Representative of the Estate of JEAN SAMUEL CELESTIN, deceased, by and through the undersigned attorneys, in accordance with the March 2, 2022 Second Amended Case Management and Scheduling Order, *see* ECF No. 73, and Federal Rule of Civil Procedure 26, files this Expert Witness Disclosure and states as follows:

1. Plaintiff designates the following expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)(b) to testify on Plaintiff's behalf:

    a. Richard H. Masten
    b. Michael Baden, M.D.

2. The Verified Reports are attached. Defendants' expert witness disclosure has not been provided at the time of filing this disclosure. Because Defendants have the burden of establishing alleged affirmative defenses, and the Plaintiff has the right to present rebuttal

evidence, Plaintiff may be required to rebut any such disclosures, and she will do so in a timely manner. With these provisos, the attached Verified Reports contain a complete statement of opinions formulated to date to be expressed at trial and the bases and reasons therefor; the data or other information considered by the above-named experts in informing the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the experts listed above, including a list of all publications authored by the experts within the preceding ten years; the compensation to be paid for the study and testimony; and the listing of any other cases in which the experts has testified as an expert at trial or by deposition within the preceding four years.

3. Plaintiff designates the following expert witness(es) pursuant to Federal Rule of Civcil Procedure 26(a)(2)(c) to testify on Plaintiff's behalf:

    a. Paul Burke
Ocoee Fire Department
1500 N. Clarke Rd.
Ocoee, FL 34761
Witness will testify regarding the medical assessments, care and treatment of the deceased Plaintiff, including but not limited to, symptoms, conditions, causation, injury base upon a differential diagnosis, their own records care and treatment, as well as their background, experience and qualifications as a medical professional.

    b. Christopher Villa
Ocoee Fire Department
1500 N. Clarke Rd.
Ocoee, FL 34761
Witness will testify regarding the medical assessments, care and treatment of the deceased Plaintiff, including but not limited to, symptoms, conditions, causation, injury base upon a differential diagnosis, their own records care and treatment, as well as their background, experience and qualifications as a medical professional.

    c. Paul Whitaker
Ocoee Fire Department
1500 N. Clarke Rd.
Ocoee, FL 34761
Witness will testify regarding the medical assessments, care and treatment of the deceased Plaintiff, including but not limited to, symptoms, conditions, causation, injury base upon a differential diagnosis, their own

        records care and treatment, as well as their background, experience and qualifications as a medical professional.

    d.    Andrew Horan
        Ocoee Fire Department
        1500 N. Clarke Rd.
        Ocoee, FL 34761
        Witness will testify regarding the medical assessments, care and treatment of the deceased Plaintiff, including but not limited to, symptoms, conditions, causation, injury base upon a differential diagnosis, their own records care and treatment, as well as their background, experience and qualifications as a medical professional.

    e.    Lauren Sojo
        Ocoee Fire Department
        1500 N. Clarke Rd.
        Ocoee, FL 34761
        Witness will testify regarding the medical assessments, care and treatment of the deceased Plaintiff, including but not limited to, symptoms, conditions, causation, injury base upon a differential diagnosis, their own records care and treatment, as well as their background, experience and qualifications as a medical professional.

    f.    Earl Youman
        Ocoee Fire Department
        1500 N. Clarke Rd.
        Ocoee, FL 34761
        Witness will testify regarding the medical assessments, care and treatment of the deceased Plaintiff, including but not limited to, symptoms, conditions, causation, injury base upon a differential diagnosis, their own records care and treatment, as well as their background, experience and qualifications as a medical professional, and the supervision of other medical professionals listed above.

4.    Plaintiff reserves the right to rely on the testimony of any of Defendants' experts. Furthermore, Plaintiff reserves the right to rely on the testimony of any of Defendants' hybrid fact and/or expert witnesses.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via email to: Gail C. Bradford (gbradford@drml-law.com), Frank Mari (fmari@roperpa.com), and Benjamin Lawrence Bedard (bbedard@rrbpa.com) this 15th day of April, 2021.

  /s/ Andrew K. Jondahl

Andrew K. Jondahl*
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000
ajondahl@ecbawm.com
*Attorney for Plaintiff*

* *Admitted pro hac vice*