UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROSE MARIE CELESTIN, as
Next of Kin and Personal
Representative of the Estate of JEAN
SAMUEL CELESTIN, deceased,**

CASE NO. 6:21-cv-00896-RBD

    **Plaintiff,**

vs.

**CITY OF OCOEE, Officer JOSHUA BODE,
individually, Officer CHRISTOPHER BONNER,
individually, Officer DOMINIC
CHIUCHIARELLI, individually, Officer
BRIAN HARRIS, individually, TOWN OF
WINDERMERE, and Officer GRIFFIN
HEBEL, individually,**

    **Defendants.**

_____/

## DEFENDANTS' JOINT RULE 26(a)(2) EXPERT DISCLOSURE

Defendants, City of Ocoee, Officer Joshua Bode, Officer Christopher Bonner, Officer Dominic Chiuchiarelli, Officer Brian Harris, Town of Windermere, and Officer Griffin Hebel, by and through undersigned counsel, hereby disclose the following expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) and the Second Amended Case Management and Scheduling Order [Doc. 73]. These witnesses will present opinions as set forth in their reports, together with

1

their curricula vitae and other information attached hereto, required by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

1. John C. Hunsaker, III, M.D., J.D.

2. Mark W. Kroll, Ph.D., FACC, FHRS, FIEEE

3. John G. Peters, Jr., CTC, CLS, Ph.D.

4. Gary M. Vilke, M.D., FACEP, FAAEM

5. Kenneth R. Wallentine

In addition, Defendants identify the following non-retained experts who are expected to present expert testimony regarding past treatment and evaluation of Jean Samuel Celestin, the autopsy and death of Jean Samuel Celestin, and CPR and AED use, including:

> Ryan C.W. Hall, M.D. – This witness is expected to testify regarding his treatment and evaluation of Jean Samuel Celestin and records previously exchanged in discovery in this action.
>
> Bao Duong, M.D. – This witness is expected to testify regarding his treatment and evaluation of Jean Samuel Celestin and medical records previously exchanged in discovery in this action.
>
> Abid Rashid Mian, M.D. – This witness is expected to testify regarding his treatment and evaluation of Jean Samuel Celestin and medical records previously exchanged in discovery in this action.
>
> Jesse Giles, M.D., Associate Medical Examiner, District Nine Medical Examiner's Office – Dr. Giles is anticipated to testify regarding the investigation, findings, conclusions, and opinions expressed in the autopsy report and accompanying case file for Case Number ME19-00601, which have previously been exchanged in discovery in this action.

Ofc. Carollee Burrell – Officer Burrell is anticipated to testify regarding basic lifesaving, including without limitation law enforcement officer training on basic lifesaving (including without limitation CPR and AED use) and that the officers engaged in basic lifesaving efforts during the subject incident appropriately and in a manner that did not cause create or increase the risk of an adverse outcome for Jean Samuel Celestin.

Remigio Villegas, M.D., Lakeside Behavioral Healthcare – This witness is expected to testify regarding his treatment and evaluation of Jean Samuel Celestin and medical records previously exchanged in discovery in this action.

Riffat Qureshi, M.D., Lakeside Behavioral Healthcare– This witness is expected to testify regarding his treatment and evaluation of Jean Samuel Celestin and medical records previously exchanged in discovery in this action.

Abid Rashid Mian, M.D. – This witness is expected to testify regarding his treatment and evaluation of Jean Samuel Celestin and medical records previously exchanged in discovery in this action.

Sherry Gergis, M.D., Trinity Psychiatric Health – This witness is expected to testify regarding his treatment and evaluation of Jean Samuel Celestin and medical records previously exchanged in discovery in this action.

Abid Malik, M.D. – This witness is expected to testify regarding his treatment and evaluation of Jean Samuel Celestin and medical records previously exchanged in discovery in this action.

H. Leland Mizelle, M.D. – This witness is expected to testify regarding his treatment and evaluation of Jean Samuel Celestin and medical records previously exchanged in discovery in this action.

Dated May 20, 2022.

/s/ Gail C. Bradford
Gail C. Bradford, Esq.
Florida Bar No. 0295980
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928

Orlando, Florida 32802-2928
Tel: 407-422-4310   Fax: 407-648-0233
gbradford@drml-law.com
gcbservice@drml-law.com
Attorney for Defendant City of Ocoee

/s/ Stephanie W. Kaufer
Benjamin L. Bedard, Esq.
Florida Bar No. 983772
Stephanie W. Kaufer, Esq.
Florida Bar No. 71116
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Drive, Suite C101
West Palm Beach, FL  33409
Tel: 561-688-6560   Fax: 561-688-2343
bbedard@RRBPA.com
skaufer@RRBPA.com
service_BLB@RRBPA.com
Attorneys for Defendants Joshua Bode, Christopher Bonner, Dominic Chiuchiarelli, and Brian Harris


/s/ Frank M. Mari
Frank M. Mari, Esq.
Florida Bar No. 93243
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL  32803
Tel: 407-897-5150   Fax: 407-897-3332
fmari@roperpa.com
lhaines@roperpa.com
Attorney for Defendants Town of Windermere and Officer Griffin Hebel

I HEREBY CERTIFY that on May 20, 2022, a true and correct copy of the foregoing was served via electronic mail delivery to Jeremy Markman, Esq., King and Markman, P.A., 941 Lake Baldwin Lane, Suite 101, Orlando, FL  32814 (markman@kingmarkman.com; ldancel@kingmarkman.com); Jonathan S. Abady,

Esq.; Andrew G. Celli, Jr., Esq.; Andrew K. Jondahll, Esq.; and Earl S. Ward, Esq., of Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, 600 Fifth Ave., 10th Floor, New York, NY 10020 (jabady@ecbawm.com; ajondahl@ecbawm.com; acelli@ecbawm.com; eward@ecbawm.com); Benjamin L. Bedard, Esq./Stephanie W. Kaufer, Esq., Roberts, Reynolds, Bedard & Tuzzio, PLLC, 470 Columbia Drive Suite C101, West Palm Beach, FL 33409 (bbedard@RRBPA.com; opruner@RRBPA.com; lsmith@RRBPA.com; skaufer@RRBPA.com); and Frank M. Mari, Esq., Roper, P.A., 2707 E. Jefferson Street, Orlando, FL 32803 (fmari@roperpa.com; lhaines@roperpa.com).

*/s/ Gail C. Bradford*
Gail C. Bradford, Esq.
Florida Bar No. 0295980
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310   Fax: 407-648-0233
gbradford@drml-law.com
gcbservice@drml-law.com
Attorneys for Defendant City of Ocoee