# United States District Court
## Middle District of Florida

| | |
|---|---|
| Rose Marie Celestin<br>          Plaintiff,<br><br>          v.<br><br>City of Ocoee, et al,<br>          Defendants. | No. 6:21-cv-00896-RBD-EJK |

### EXPERT REPORT OF MARK KROLL, PhD, FACC, FHRS, FIEEE, FAIMBE

This report summarizes my analysis and findings and includes a statement of my opinions. The report also includes data and other information considered by me in forming my opinions and sets out my qualifications (including my CV which is an integral part of this report).

Mark Kroll, PhD, FACC, FHRS, FAIMBE                    20 May 2022

**This report has numerous color photos and should only be printed with a color printer.**

# Table of Contents:

Figures ........................................................................................................... 4

Tables ........................................................................................................... 4

*Brief Summary of Qualifications* ............................................................ 5

*Glossary & Abbreviations* ....................................................................... 7

*Short Primer on Muscle Stimulators and Electrocution* ....................... 8

A Muscle Stimulator is a Muscle Stimulator ...................................... 8

Fundamental Rules of Electrocution ................................................. 11

*Brief Summary of Important Background Facts* .................................. 12

*Brief Summary of Opinions in This Case* ........................................... 14

*Timelines* ................................................................................................ 16

*Probe Landings* ...................................................................................... 17

*Deployments* ........................................................................................... 18

Bode Deployment. ............................................................................. 18

Bonner Deployment #1. ..................................................................... 19

Bonner Deployment #2. ..................................................................... 20

Chiuchiarelli Deployment #1 ............................................................. 22

Chiuchiarelli Deployment #2: Drive-stuns ....................................... 22

*Details of Opinions* ............................................................................... 26

1. Celestin Was Resisting About 4 Minutes After the NMI. ............... 26

2. The Cardiac Arrest Occurred About 5 Minutes After the NMI ....... 26

3. Mr. Celestin's Cardiac Arrest Presenting Rhythm Was Asystole. .... 26

4. No Probe was near Mr. Celestin's Heart ..................................... 27

*Materials Reviewed or Considered:* ..................................................... 28

*Benefits and Risks of Electronic Control* ............................................ 29

*Major Myths* ........................................................................................... 31

Myth #1. People Have Been Electrocuted by an Electrical Weapon. ... 31

Myth #2. The AHA did a Study Proving Electrocution ...................... 31

Myth #3. The Baseball Rule has a Scientific Basis. ......................... 32

Myth #4. Simultaneous Trigger-Pulls are More Dangerous. ............ 33

Myth #5. The Heart is a Muscle, so it is Affected Like Skeletal Muscles ............... 33

*A Brief Primer on Electrocution.* ......................................................... 34

*Misunderstanding the Trigger-pull Download* .................................... 36

Broken Wires or Dislodged Darts ......................................................................... 37

Rounding Up to the Next Second............................................................................ 37

Muzzle Contact Canting with Drive-stuns ............................................................. 37

Muzzle Contact and Release Delays ...................................................................... 37

Inadvertent Trigger Pulls ....................................................................................... 38
    Background: ........................................................................................................ 38
    Physiology: .......................................................................................................... 38
    Effect of Officer Age:........................................................................................... 39
    Comparison to Firearms: ..................................................................................... 40
    The Harm of the Helping Hand: ........................................................................... 40

Forensic Evidence .................................................................................................. 41

*The Significance of the Sound*.............................................................................. *42*

*General Background:* ........................................................................................... *44*

A. The Electrophobia Myth ..................................................................................... 44

B. CEW Probe Mode ............................................................................................... 44

C. CEW Drive Stun Mode: Skin Rub vs. Injection .................................................. 45

D. Current Flow in the Body ................................................................................... 47

E. CEW Comparison to Other Muscle Stimulators................................................. 48

F. ANSI CPLSO-17 Standard .................................................................................. 49

G. CEW Comparison to the Electric Fence ............................................................. 49

H. Comparison to General International Safety Standards .................................... 50

I. Electricity Does Not Build Up Like Poison: Baseball vs. Science......................... 50
    The Dogma Of 3 Strikes And 15 Seconds........................................................... 52

J. The Handheld CEW Has Led to Dramatic Reductions in Injury........................... 53

*FRCP 26(a)(2)(B)(iii) Exhibits List* ...................................................................... *55*

*General Comments*................................................................................................ *56*

Previous Testimony................................................................................................ 56

Fees: ...................................................................................................................... 56

Right To Amend: ..................................................................................................... 57

Further Development:............................................................................................. 57

Specific References:................................................................................................ 57

Opinion Methodology:............................................................................................ 57

*References:*............................................................................................................ *58*

# Figures

*Figure 1. Electrical muscle stimulators are popular for therapy and training.* .............................. 8
*Figure 2. FDA approved outputs for Slendertone® abdominal muscle stimulator.* ........................ 9
*Figure 3. Miha Bodytec WB-EMS electrode vest.* .............................................................................. 9
*Figure 4. Probe landing on bare skin* ................................................................................................. 17
*Figure 6. Probe marking on upper right chest.* ................................................................................. 18
*Figure 7. Bode deployment #1 pulse graph.* ..................................................................................... 18
*Figure 8. Bonner deployment #1.* ....................................................................................................... 19
*Figure 9. Bonner deployment #1 pulse graph.* ................................................................................. 19
*Figure 10. Bonner arc-switching during deployment #1.* ............................................................... 19
*Figure 11. Celestin running away on driveway.* ............................................................................... 20
*Figure 12. Right axillary probe marking.* .......................................................................................... 20
*Figure 13. Bonner deployment #2 pulse graph.* ............................................................................... 21
*Figure 14. Bonner TP#2 during deployment #2.* .............................................................................. 21
*Figure 15. Probe in right shoulder.* .................................................................................................... 22
*Figure 16. Chiuchiarelli deployment #1.* ........................................................................................... 22
*Figure 17. Chiuchiarelli deployment #2.* ........................................................................................... 22
*Figure 18. Chiuchiarelli deployment #2 pulse graph.* ..................................................................... 23
*Figure 19. Autopsy photo showing the 2 probe landings.* .............................................................. 23
*Figure 20. Autopsy photo showing 3 cm probe spread.* .................................................................. 23
*Figure 21. Subject's ability to control muscles as function of probe spread.* ............................... 24
*Figure 22. Chiuchiarelli drive-stun #1 after deployment #2.* ......................................................... 24
*Figure 23. Chiuchiarelli drive-stun #2 after deployment #2.* ......................................................... 25
*Figure 24. Chiuchiarelli drive-stun #3 after deployment #2.* ......................................................... 25
*Figure 25. Asystole documented by Medical Examiner.* ................................................................. 26
*Figure 26. The drive-stun requires that the CEW muzzle be kept nearly perpendicular.* ........... 38
*Figure 27. Shinohara study showing increased contralateral activity in older subjects.* ............. 39
*Figure 28. Drive-stun marks.* ............................................................................................................... 41
*Figure 29. X26E CEW sound signatures of open circuit and closed circuit pulses.* ..................... 43
*Figure 30. The majority of the drive-stun current is confined to the fat and dermis layer.* .......... 46
*Figure 31. Graphic of electrical current flow in the body analogized to baseball.* ....................... 47
*Figure 32. Aggregate current vs. load impedance.* .......................................................................... 48
*Figure 33. UL 69 electric fence equivalent power safety limit.* ...................................................... 49
*Figure 34. UL and IEC standards recognize that VF is induced or not within 1-5 seconds.* ......... 51
*Figure 35. Original Biegelmeier curves showing safe (S) currents for humans.* ........................... 51

# Tables

*Table 1. Muscle stimulation capability of popular EMS units and CEWs* ....................................... 8
*Table 2. Comparison of TASER® CEWs to the whole-body muscle stimulators.* ......................... 10
*Table 3. CEW download synchronizations.* ....................................................................................... 16
*Table 4. Master timeline.* ..................................................................................................................... 16
*Table 5. Harmonization of autopsy findings* .................................................................................... 17
*Table 6. Deployment summary* ........................................................................................................... 17
*Table 7. Primary risks from CEW probe-mode applications* ........................................................... 29
*Table 8. Summary of benefits and risks of CEWs.* .......................................................................... 30
*Table 9. Primary diagnostic criteria for electrocution.* ................................................................... 34
*Table 10. Shinohara contralateral index finger contractions.* ........................................................ 39
*Table 11. Sampling of sound levels from various sources.* .............................................................. 42
*Table 12. AC Currents and Their Typical Effects* ............................................................................. 44
*Table 13. Maximum electrocution times from various studies* ...................................................... 51

# Brief Summary of Qualifications

I am a Biomedical scientist with a primary specialty in bioelectricity or the interaction of electricity and the body.[*] I have invested most of my career researching and developing electrical devices to diagnose and treat disease. The primary focus is the effect of electrical shocks on the human body.

This involves researching, lecturing, and publishing on electric shocks and their effects on the human body. It includes lectures throughout Europe, South America, and Asia (in 35 countries) as well as at many of the major universities and medical centers of the United States (U.S.). Usually, the typical audience member is a cardiologist electrophysiologist, medical examiner, or forensic pathologist. With over 380 issued U. S. patents and numerous pending and international patents, I currently hold the most patents on electrical medical devices of anyone in the world. Over 1 million people have had devices with some of these patented features in their chest, monitoring every heartbeat. http://bme.umn.edu/people/adjunct/kroll.html.

In 2010 was awarded the Career Achievement Award by the Engineering in Medicine and Biology Society (EMBS) of the Institute of Electrical and Electronics Engineers (IEEE) which is the most prestigious award given internationally in Biomedical Engineering.
http://tc-therapeutic-systems.embs.org/whatsnew/index.html

Believed to be the only individual to receive the high "Fellow" honor from both Cardiology and Biomedical societies. To wit:

1997  Fellow, American College of Cardiology
2009  Fellow, Heart Rhythm Society
2011  Fellow, IEEE Engineering in Medicine and Biology Society
2013  Fellow, American Institute for Medical and Biological Engineering

Author of over 200 abstracts, papers, and book chapters and also the co-editor of 4 books including the only 2 scientific treatises on Conducted Electrical Weapons (CEW):

1. TASER® Conducted Electrical Weapons: Physiology, Pathology and Law. Springer-Kluwer 2009.
2. Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis: Springer-Kluwer 2012.

---

[*]See current CV for further details and specifics. My curriculum vitae containing details of my relevant formal education, experience, and publications authored is attached and made an integral part of this report.

Directly relevant paper publications include over 100 papers, books, book chapters, indexed letters on CEWs and arrest-related death (ARD), and numerous scientific meeting abstracts. For more details please see CV at:
https://www.dropbox.com/sh/wju0hu6q3ca62xx/AAAlzTlLbKbxu5m34AsMfCrYa?dl=0

There have also been many presentations on CEWs to scientific, medical, pathology, as well as law enforcement, audiences. These include: 2007 American Academy of Forensic Science (AAFS) conference major presentation in San Antonio, Texas and the 2007 BEMS (Bio-electromagnetic Society) meeting Plenary Address in Kanazawa, Japan.

1. Major invited lecture at the 2006 NAME (National Association of Medical Examiners) conference in San Antonio, Texas.
2. Advanced Death Investigation Course of St. Louis University (2007) as faculty lecturer to full audience.
3. Faculty lecturer to full audience at Institute for the Prevention of In-Custody Death Conferences (2006 and 2007), Las Vegas, Nevada.
4. Chair of special session on TASER CEW at 2006 Cardiostim meeting in Nice, France.
5. Guest lecture to U.S. Military on CEW in 2006.
6. "Presenting Rhythm in Sudden Custodial Deaths After Use of TASER® Electronic Control Device," was presented at the 2008 scientific conference of the Heart Rhythm Society.
7. "Can Electrical-Conductive Weapons (TASER®) alter the functional integrity of pacemakers and defibrillators and cause rapid myocardial capture?" was presented at the 2008 scientific conference of the Heart Rhythm Society.
8. "Weight-Adjusted Meta-Analysis of Fibrillation Risk From TASER® Conducted Electrical Weapons" presented at the 2009 AAFS conference.
9. "Meta-Analysis of Fibrillation Risk From TASER® Conducted Electrical Weapons as a Function of Body Mass" presented at the 2009 scientific conference of the Heart Rhythm Society.
10. Oral presentation at the 2014 NAME (National Association of Medical Examiners) conference in Portland, Oregon.
11. Pathophysiological Aspects of Electroshock Weapons. University of Salzburg Electroshock Weapon Symposium. Salzburg, Austria. July 2015.
12. Real and Imagined Risk of Electrical Weapons. University of Salzburg Electroshock Weapon Symposium. Salzburg, Austria. Dec 2016.

In addition to the major addresses above, there have been lectures and presentations at the U.S. Department of Justice (2007), AAFS (2006), and BEMS (2006) regarding TASER CEWs.

I have deployed and discharged TASER CEWs numerous times and have personally experienced a TASER® X26 CEW probe deployment discharge to the center of my chest.

Relevant Committees and Boards:

1. International Electrotechnical Commission (IEC) (Geneva, Switzerland) TC64 MT4 Committee. This committee is the top international authority for setting the international electrical safety limits for electrocution and other electrical dangers.
2. American Society for Testing and Materials) ASTM, Committee: E54 Homeland Security Applications, Subcommittee: E54.08 Operational Equipment, including Less-Lethal Task Group, including: ASTM (draft) Standard WK61808 New Test Method for Correct Performance of Less-Lethal Electroshock Weapons Used by Law Enforcement and Corrections.
3. Axon Enterprise, Inc. (Axon né TASER), corporate and also Scientific and Medical Advisory Board.
4. ANSI (American National Standards Institute) standards committee on electrical weapons.

Courtroom testimony in U.S., Australia, and Canada, and retained expert in the United Kingdom and France. I also have significant research, publications, and testimony in the areas of resuscitation, ARDs (arrest-related death), prone restraint, and biomechanics.

## Glossary & Abbreviations

1. *Conducted electrical weapon (CEW): handheld probe-launching electrical weapon*
2. *To control electronically: to successfully use a CEW*
3. *Electronic control: the goal of controlling electronically*
4. *Deployment: launch of probes*
5. *NMI: neuromuscular incapacitation*
6. *ARD: arrest-related death*
7. *Electrocution: death from electricity*

# Short Primer on Muscle Stimulators and Electrocution

## A Muscle Stimulator is a Muscle Stimulator

Because electricity is invisible, and because the TASER® conducted electrical weapons (CEWs) are used by police — often in dangerous situations — a great deal of mythology and misunderstanding has grown up around them. It is often forgotten that electronic muscle stimulation is nothing new. See Figure 1.



**Figure 1. Electrical muscle stimulators are popular for therapy and training.**

As seen in Table 1, some CEWs put out slightly more current **per channel** than do the tested therapeutic muscle stimulators.[1] Note that the Obovov R-C4D puts out slightly more normalized aggregate current (1.34 mA) than does the X26P CEW (1.3 mA).[2] For total current injected into the body the iStim EV-805 delivers 3.29 mA over 4 channels (8 electrodes). This exceeds the 3.13 mA total output of the newer T7 CEW. This also exceeds the total current output (1.3 mA) of the X26P which has only a single channel.

**Table 1. Muscle stimulation capability of popular EMS units and CEWs**

| Model | d (µs) | Raw Charge (µC) | Normalization Factor | Normalized Charge (µC) | Pulse Rate (PPS) | Iagg Normalized (mA) | Channels | Total Iagg (mA) |
|---|---|---|---|---|---|---|---|---|
| EMS 7500 | 301 | 23.6 | 0.54 | 12.8 | 68.6 | 0.88 | 2 | 1.76 |
| iStim EV-805 | 305 | 21.8 | 0.54 | 11.7 | 70.1 | 0.82 | 4 | 3.29 |
| Obovov R-C4D | 210 | 24.6 | 0.69 | 16.9 | 79.6 | 1.34 | 2 | 2.69 |
| X2 CEW | 71.2 | 65.3 | 1.14 | 74.2 | 19.6 | 1.45 | 2 | 2.91 |
| X26P CEW | 98.6 | 65.7 | 1.01 | 66.1 | 19.6 | 1.30 | 1 | 1.30 |
| T7 CEW | 60 | 59.2 | 1.20 | 71.0 | 22.0 | 1.56 | 2 | 3.13 |

All readings with 500 Ω load. $I_{agg}$ = aggregate current per ANSI CPLSO-17.

An important issue is the application duration for safety. The U.S. FDA (Food and Drug Administration) typically approves muscle stimulators for maximum durations of 40 to 45 minutes as seen in Figure 2.[3]

### 10.2  Output Specifications

The following information has been compiled using the "Guidance Document on Powered Muscle Stimulator 510(k)s, 1999".

| Table I<br>Basic Unit Characteristics | New Device<br>SLENDERTONE® Evolve Abs,<br>Type 735 | Predicate Device<br>SLENDERTONE® CoreFit Abs 8,<br>Type 734 | Comparison |
|---|---|---|---|
| 9. Automatic overload Trip? | Yes | Yes | Identical |
| 10. Automatic No-Load Trip? | Yes | Yes | Identical |
| 11. Automatic Shut Off | Yes | Yes | Identical |
| 12. Patient Override Control? | Yes, pause button stops treatment immediately. | Yes, pause button stops treatment immediately. | Identical |
| 13. Indicator Display<br>- On/Off Status?<br>- Low Battery?<br>- Voltage/Current Level? | <br>Yes, OLED Display<br>Yes, OLED Display<br>Yes, OLED Display | <br>Yes, OLED Display<br>Yes, OLED Display<br>Yes, OLED Display | Identical |
| 14. Timer range (minutes) | 2 - 45 minutes | 20-40 minutes | Different but no impact on safety or effectiveness. |
| 15. Compliance with Voluntary Standards? | IEC 60601-1<br>IEC 60601-2-10<br>EN 60601-1-2<br>IEC 60601-1-11<br>IEC 60601-1-6<br>IEC 62133<br>FCC (47 CFR Part 15, Subpart B) | IEC 60601-1<br>IEC 60601-2-10<br>EN 60601-1-2<br>IEC 60601-1-11<br>IEC 60601-1-6<br>IEC 62133<br>FCC (47 CFR Part 15, Subpart B) | Identical |

**Figure 2. FDA approved outputs for Slendertone® abdominal muscle stimulator.**

Whole body electro-myostimulation (WB-EMS) is an new athletic training technique that recently originated in Germany with a device called the Miha Boytec.[4] The subject strips naked and then dons the electrode jacket as shown in Figure 3. Additional electrodes are placed on the legs.



**Figure 3. Miha Bodytec WB-EMS electrode vest.**

The outputs for the Bodytec, E-fit and Katalyst are given below from their FDA applications and shown in Table 2.[5-7]

**Table 2. Comparison of TASER® CEWs to the whole-body muscle stimulators.**

| | Bodytec | E-fit | Katalyst | X2 | X26P | T7 |
|---|---|---|---|---|---|---|
| Channels | 10 | 12 | 10 | 2 | 1 | 2 |
| Max Pulse rate (PPS) | 150 | 120 | 85 | 19.6 | 19.6 | 22 |
| Pulse duration (μs) | 50-400 | 100-500 | 175 | 71 | 98 | 60 |
| Typical duration (minutes) | 20 | 30 | 20 | < 3 | < 3 | < 3 |
| Pulse charge (μC)* | 32 | 36 | 21 | 65 | 65.7 | 59.2 |
| Aggregate current (mA) | 4.8 | 4.3 | 1.8 | 1.3 | 1.29 | 1.30 |
| Aggregate current over all channels (mA) | 48.0 | 51.8 | 17.9 | 2.6 | 1.29 | 2.60 |

*Non-normalized raw charge is used since the exact pulse durations are not disclosed for the Bodytec and E-fit.

As seen in Table 2, there is a world of difference between the level of stimulation between the TASER brand CEWs and the whole-body muscle stimulation systems. For example, the Bodytec delivers almost 4 times the current per electrode pair and almost 40 times the total current to the body.[1]

The only side-effect from these body-stimulators has been rhabdomyolysis which has made some athletes sick but was not fatal.[4,8-11] TASER® CEWs do not cause rhabdomyolysis.[12-19] Severe rhabdomyolysis can contribute to a death by damaging the kidneys; this takes days and hence is irrelevant to the sudden cardiac arrests seen with arrest-related death.[20-25] It is also irrelevant to electrical weapons as fatal rhabdomyolysis is not associated with electrical muscle stimulation.[26]

Sadly, some well-intended police advisory groups have confused the baseball tactical rule with some sort of a safety limitation.[27] For details see "The Dogma Of 3 Strikes And 15 Seconds" section on page 52. The idea that 16 seconds of muscle stimulation is somehow dangerous when the FDA approves such muscle stimulation out to 40 minutes is so wrong as to be sadly laughable.

There are 2 fundamental differences between therapeutic muscle stimulators and the CEW:

1. The therapeutic muscle stimulators deliver current through adhesive patches while the CEW uses probes as the application is usually non-voluntary.
2. The therapeutic muscle stimulators are regulated by specific standards (ANSI & IEC) for electronic muscle stimulators while the CEW is regulated by a specific ANSI standard for electrical weapons.[2,28,29]

The safety of long-duration electronic muscle stimulation is so well established that it comes as a surprise to bioelectrical scientists that there is any ignorance on this issue.

## Fundamental Rules of Electrocution

It is important to understand that a death from electricity is called an electrocution. Here is what the dictionaries have to say about "electrocution:"

> to kill by electricity: *Dictionary.com*

> to send electricity through someone's body, causing death: *Cambridge Dictionary*

> to execute (a criminal) by electricity or to kill by a shock of electricity: *Merriam-Webster Medical Dictionary*

Comment: Electrocution is simply a death from electricity without the involvement of exogenous trauma (such as gasoline fumes or hard objects). This should be well-established and obvious, but it still comes up as sometimes someone will say that the CEW killed someone *but not by electrocution*. This is, of course, logically impossible.

There are 3 basic rules established by 140 years of electrocution research:[30-38]

1. Electrocution is a stand-alone cause of death.
   a. It does not combine with other maladies like salt and pepper combining to flavor a soup.[27]
2. Electricity does not build up like poison.
   a. If the current is high enough, and the pathway is appropriate, electrocution either occurs in the first 1-5 seconds or does not occur at all.
   b. See Antoni,[39] Wegria,[40] Ferris,[41] Jacobsen,[42] Roy,[43] Scott,[44] and Kiselev.[45]
   c. This is also recognized by the international electrical safety standards and those of Underwriters Laboratory.[46]
3. Electrocution is not caused by pain.
   a. If pain could stop someone's heart, then women would not tend to survive childbirth and the passage of kidney stones would tend to be fatal.

Despite over a century of research, some people — either out of false intuition or simple malice — promote the poison myth.

# Brief Summary of Important Background Facts

1. Major studies sponsored by the US DOJ show that use of electronic control reduces the suspect injury rate by at least 2/3 compared to alternative force options, including hands-on physical force.[47,48] The MacDonald study covered 12 USA law enforcement agencies and 24,380 uses of force.[47] They found that the CEW reduced subject injury by 65%. Taylor et al analyzed data from 13 USA agencies including 16,918 uses of force and described a 78% reduction in injuries requiring medical attention.[48]

   The scientific literature is very clear that the choice of wrestling will triple (3x) the rate of suspect injury and quadruple (4x) the rate of serious injury.

2. The probe punctures, per se, are not considered an injury. A probe-dart skin penetration is not considered an injury any more than a flu-shot would be considered an injury.[49] They both involve a skin puncture from a small needle. Close-range probe shots — especially angled shots on bare skin — can cause skin injury from the impact of the probe "collar" which comprises most of the mass of the probe.

3. The use of electrical weapons reduces fatal officer involved shootings by 2/3 where the electrical weapon usage is not overly restricted.[50] The use of electrical weapons reduces the non-firearm arrest-related death rate by 2/3 compared to other force options.[51]

4. The TASER® brands CEWs used by the Defendant agency deliver a safe level of electrical power as specified by the Underwriters Laboratories (UL) and International Electric Fence standards.[52] In fact, they satisfy all relevant electrical safety standards.[53-55] (The original TASER® X26 CEW is now often referred to as the "X26E" to distinguish it from the newer X26P. The X26P and X2 deliver ~1.6 watts which satisfies the UL electric fence safety limit of an equivalent of 5 W and even the more conservative 2.5 W international limit.[56,57] The X26E delivers ~1.8 W.

5. The X26E, X26P, X2, and T7 CEWs satisfy the ANSI CPLSO-17:2017 "Electrical Characteristics of ECDs and CEWs" standard.[58]

6. The effects, of electronic control, are over essentially instantaneously after the current ceases. Subjects are able to complete simple tasks within 1.3 seconds.[59] Multiple studies have shown that subjects can immediately operate a keyboard and perform computer testing.[60-63]

7. Electrical current is not more dangerous for those on drugs or suffering from mental illness. In fact, cocaine is a sodium channel blocker and tends to blunt the effects of electricity.[64,65]

8. The occasional opinion — that electronic control should not be used with the intoxicated (or mentally ill) — does not comport with the realities of law enforcement. That reality is that well-adjusted and sober members of society do not tend to be involved in forceful arrests as

    a. Recipients of force: 79% of have a history of mental illness or substance abuse
    b.  66% have a documented history of mental illness.[66]
    c. More specifically to drug abuse, a large study found that 71% of electronic control subjects had drugs in their urine and 73% had a substance abuse history.[67]
    d. A large Canadian forceful-arrest study found that 82% of the subjects were being affected by alcohol, drugs, or emotional disturbance.[68]
    e. Prolonged continuous CEW exposure in the setting of acute alcohol intoxication has no clinically significant effect on subjects in terms of markers of metabolic acidosis. The acidosis seen is consistent with ethanol intoxication or moderate exertion."[69]
    f. The suggestion that CEWs not be used on the mentally ill (including those in excited delirium) or those intoxicated by drugs or alcohol would exclude the very people that most often resist being placed in custody. Sober and rational people generally do not resist law enforcement officers.

# Brief Summary of Opinions in This Case

1. Ofc. Bode deployed probes but a probe missed and hence there was no circuit completed.

2. Ofc. Bonner had 2 deployments:
   a. Deployment #1 resulted in the probes becoming embedded in the shirt. The probe tips were temporarily (1.3 seconds) close enough — to the skin — to complete the circuit causing Mr. Celestin to fall.
   b. Deployment #2 had a probe miss and hence there was no circuit completed.

3. Ofc. Chiuchiarelli had 2 deployments:
   a. Deployment #1 had both probes miss.
   b. Deployment #2 was at very close range and functioned as a drive-stun. This was followed by more drive stuns.

4. Mr. Celestin received 1.3 seconds of electronic muscle control. This is far less than 40 minutes of electronic muscle control recognize a safe by the United States Food and Drug Administration.

5. Drive-stuns do not inject current into the body and hence offer no risk of injury or death. This is the position of large independent qualified organizations such as the National Institute of Justice (U.S. DOJ) and the American Academy of Emergency Medicine. [70,71] Drive-stuns do not enter into the calculus of subject risk.

6. The only probe in the chest delivered zero current thus eliminating the possibility of electrocution.

7. Mr. Celestin had his cardiac arrest about 5 minutes after the only probe-landing in the chest thus eliminating the possibility of electrocution.

8. Mr. Celestin was still resisting about 4 minutes after the electronic control delivery thus eliminating the possibility of electrocution.

9. There was no simultaneous delivery of current.

10. Mr. Celestin's cardiac arrest rhythm was asystole thus eliminating the possibility of electrocution.

11. No probe was close to Mr. Celestin's heart thus eliminating the possibility of electrocution.

12. The usage of electrical weapons did not cause Mr. Celestin's death.

13. The usage of electrical weapons did not contribute to Mr. Celestin's death.

# Timelines

**Table 3. CEW download synchronizations.**

| Officer | From | To | Correction | Direction |
|---|---|---|---|---|
| Bode | 13:27:43 | 13:25:13 | 0:02:30 | Fast |
| Bonner | 13:41:40 | 13:40:40 | 0:01:00 | Fast |
| Chiuchiarelli | 13:35:36 | 13:28:35 | 0:07:01 | Fast |

The pulse-graph downloads all featured automatic clock synchronizations. All CEWs were running fast as shown in Table 3. Synchronizing with the sound of probe deployments showed that the BWC's were running 1 second slow (ignoring the time zone difference with Greenwich meantime). The pulse- graph times were then adjusted by the offsets to create the master timeline.

**Table 4. Master timeline.**

| Officer | X2 Action | Event | Start Time | End Time | Du-ra-tion | Time From Bonner C1 | Pulse-graph Raw Time |
|---|---|---|---|---|---|---|---|
| Bode | Deploy C1 | Probe in chest | 23:34:39 | 23:34:44 | 5.0 | | 23:37:09 |
| Bonner | Deploy C1 | Probes in shirt | 23:34:43 | 23:34:48 | 5.0 | 0:00:00 | 23:35:43 |
| Bonner | Arc C1 | | 23:35:51 | 23:35:53 | 1.8 | 0:01:08 | 23:36:51 |
| Bonner | Deploy C2 | Probe Missed | 23:35:54 | 23:35:59 | 5.0 | 0:01:11 | 23:36:54 |
| Bonner | TP C2 | | 23:35:59 | 23:36:04 | 5.0 | 0:01:16 | 23:36:59 |
| Chiuchiarelli | Deploy C1 | Probe Missed | 23:36:05 | 23:36:10 | 5.0 | 0:01:22 | 23:43:06 |
| Chiuchiarelli | Deploy C2 | De facto drive-stun | 23:36:07 | 23:36:12 | 5.0 | 0:01:24 | 23:43:08 |
| Chiuchiarelli | Arc C2 | Drive stun | 23:36:25 | 23:36:30 | 5.0 | 0:01:42 | 23:43:26 |
| Chiuchiarelli | Arc C2 | Drive stun | 23:36:37 | 23:36:52 | 15.2 | 0:01:54 | 23:43:38 |
| Chiuchiarelli | Arc C2 | Drive-stun | 23:36:53 | 23:36:57 | 4.0 | 0:02:10 | 23:43:54 |
| | | "Stop kicking" | 23:37:26 | | | 0:02:43 | |
| | | Legs shackled | 23:38:44 | | | 0:04:01 | |
| | | Not breathing | 23:39:49 | | | 0:05:06 | |

# Probe Landings

There was a total of 10 probes deployed in this incident yet the autopsy found only 5 probe landings (along with 2 probes dangling in the shirt without a matching impact marking). Probe landings onto bare skin leave a distinctive signature which is a 6 mm doughnut with a 1 mm puncture wound in the center.[72] See Figure 4. I inspected the autopsy photographs carefully and agree with the medical examiner's count of only 5 probe landings.



**Figure 4. Probe landing on bare skin**

**Table 5. Harmonization of autopsy findings**

| Location | Autopsy comment | N | Deployment |
|---|---|---|---|
| Right upper chest | Impact mark | 1 | Bode 1 |
| Rear shirt | Embedded probes | 2 | Bonner 1 |
| Right axillary | Impact mark | 1 | Bonner 2 |
| Right shoulder | Embedded probe | 1 | Chiuchiarelli 1 |
| Left lower back | Embedded probe | 1 | Chiuchiarelli 2 |
| Right lower back | Impact mark | 1 | Chiuchiarelli 2 |

**Table 6. Deployment summary**

| Officer | Number | Probes in Body | Neuromuscular Incapacitation? |
|---|---|---|---|
| Bode | 1 | 1 | No |
| Bonner | 1 | 0 | 1.3 seconds |
| | 2 | 1 | No |
| Chiuchiarelli | 1 | 1 | No |
| | 2 | 2 | No |

# Deployments

## Bode Deployment.

Bode Deployment #1 occurred at 23:34:39 with a single probe landing in the upper right chest. See Figure 5. There was no completed circuit as seen in Figure 6 (blue diamonds showing 0 charge delivered) and therefore there was no NMI (neuromuscular incapacitation) aka electronic muscle control.



**Figure 5. Probe marking on upper right chest.**



**Figure 6. Bode deployment #1 pulse graph.**

## Bonner Deployment #1.

At 23:34:43 Ofc. Bonner deployed Cartridge 1 towards Celestin's back as seen in Figure 7. The probe wires appear to be coming down from the sky since the body-worn camera lens was below the level of the electrical weapon muzzle.



**Figure 7. Bonner deployment #1.**

As seen in Figure 8, current was delivered for 1.3 seconds after which Mr. Celestin fell down and the connection was broken. Ofc. Bonner then depressed his arcing switch to deliver more current but none could be delivered as there was no connection as seen in Figure 9.



**Figure 8. Bonner deployment #1 pulse graph.**



**Figure 9. Bonner arc-switching during deployment #1.**

## Bonner Deployment #2.

Celestin jumped up and ran away via the driveway when Ofc. Bonner deployed his 2nd cartridge. As seen in Figure 10, a probe was red-laser targeted at the right axillary region consistent with the autopsy photo shown in Figure 11. (Note the red stripe across the axillary region in Figure 10.)



**Figure 10. Celestin running away on driveway.**



**Figure 11. Right axillary probe marking.**

The other probe missed and thus no charge was delivered as shown in Figure 12. The charge "blips" at 2.3, 3.4, and 3.9 seconds were due to arcing across the muzzle of the weapon.



**Figure 12. Bonner deployment #2 pulse graph.**

At 23:35:59, Ofc. Bonner pulled the trigger again but there was no charge delivered as there was no completed circuit. See Figure 13.



**Figure 13. Bonner TP#2 during deployment #2.**

It bears noting that officer Bonner was more than following the baseball tactical rule, which states that an officer should transition after 3 failed trigger pulls. In fact, Bonner deployed his 2nd cartridge after he realized that he was no longer having an effect. He then attempted control with 2 trigger pulls with that 2nd cartridge without effect.

## Chiuchiarelli Deployment #1

Chiuchiarelli's 1st deployment was at 23:36:05 but he failed to make a full circuit. A probe landed in the right shoulder (Figure 14) but the other probe missed. See Figure 15.



**Figure 14. Probe in right shoulder.**



**Figure 15. Chiuchiarelli deployment #1.**

## Chiuchiarelli Deployment #2: Drive-stuns

After recognizing that he had no circuit, Chiuchiarelli deployed his 2nd cartridge at 23:36:07 at close range to ensure a circuit completion. This is depicted in Figure 16.



**Figure 16. Chiuchiarelli deployment #2.**



**Figure 17. Chiuchiarelli deployment #2 pulse graph.**

This led to the 2 probe landings seen in the autopsy photo of Figure 18. Unfortunately, between because the 2 probes were so close together they had no NMI and thus essentially functioned as a drive-stun.



**Figure 18. Autopsy photo showing the 2 probe landings.**



**Figure 19. Autopsy photo showing 3 cm probe spread.**

With a probe spread of 3 cm (1.2 inches) there is no NMI as seen in Figure 20 taken from Ho et al.[73] With a better probe spread (9-12 inches), this would normally have been an effective location as the current would have been delivered to major motor neurons exiting from the spine.[73] However, Mr. Celestin obesity also limited the charge to a low 50 μC as seen in Figure 17 since fat is largley an insulator.[74]



**Figure 20. Subject's ability to control muscles as function of probe spread.**

Ofc. Chiuchiarelli then delivered an additional 3 deliberate drive-stuns as shown in Figure 21, Figure 22, and Figure 23.



**Figure 21. Chiuchiarelli drive-stun #1 after deployment #2.**



**Figure 22. Chiuchiarelli drive-stun #2 after deployment #2.**



**Figure 23. Chiuchiarelli drive-stun #3 after deployment #2.**

It bears noting that officer Chiuchiarelli was following the baseball tactical rule, which states that an officer should transition after 3 failed trigger pulls. Chiuchiarelli did this after he realized that his first 2 deployments had had no effect. He then transitioned to drive-stuns.

# Details of Opinions

## 1. Celestin Was Resisting About 4 Minutes After the NMI.

Mr. Celestin was resisting until about 23:38:44 (when the legs were restrained with a hobble device) and the only NMI was at 23:34:43 which was Bonner Deployment #1. With an electrocution the pulse is lost instantly, and consciousness is lost within 13 seconds.[34,75]

*The prolonged struggle after the NMI eliminates electrocution as a possible cause of death.*

## 2. The Cardiac Arrest Occurred About 5 Minutes After the NMI.

The NMI ended at 23:34:44. Mr. Celestin's cardiac arrest was noted around 23:39:49 which was about 5 minutes later. With an electrocution the pulse is lost instantly, and consciousness is lost within 13 seconds.[34,75] Normal breathing ceases within 15-60 seconds.[76,77]

*The delay to the cardiac arrest after the NMI eliminates electrocution as a possible cause of death.*

## 3. Mr. Celestin's Cardiac Arrest Presenting Rhythm Was Asystole.

Mr. Celestin's cardiac arrest presenting rhythm was asystole (flat-line). Asystole and PEA are the typical non-shockable cardiac arrest rhythms and are not inducible with electrical stimulation. [78-83] Electrically-induced VF will eventually deteriorate into asystole or PEA. Without chest-compressions, this takes over 30 minutes.[84] With CPR, the time for VF to deteriorate to asystole or PEA is even longer — around 60 minutes or more.[85]

> C.  Initial evaluation by EMS showing asystole, with change to pulseless electrical activity upon CPR, but without recovery of pulses

**Figure 24. Asystole documented by Medical Examiner.**

Asystole and PEA are the most common cardiac arrest rhythms in deaths associated with drug and alcohol abuse.[86-94] Asystole and PEA are the most common cardiac arrest rhythms in deaths associated with excited delirium syndrome.[95-105] They are also very common with sudden death due to heart disease.[106]

*Mr. Celestin had the cardiac arrest presenting rhythm of asystole (flat-line), eliminates the possibility that he was electrocuted by the CEW.*

## 4. No Probe was near Mr. Celestin's Heart

For a TASER® CEW, electrocution requires that the tip of a probe be within 3 mm of the human heart. As seen in the autopsy photos, the closest probe was in the upper right chest and that was about 20 cm from the heart, or almost 70 times the required distance. In addition, no current was delivered through that probe.

*The closest probe was almost 70 times the required distance from Celestin's heart, and this eliminates the possibility that he was electrocuted by the CEW.*

## Materials Reviewed or Considered:

Videos
     Officer Body Worn Cameras
Pulse-graph Downloads
Police Reports:
     Investigator Reports
     FDLE Primary Report
     Officer Interviews
EMS Run Sheet
Expert Reports
     Dr. Michael Baden
Autopsy
     Report
     Photos
Depositions
     Ofc. Bode
     Ofc. Bonner
     Det. Chiuchiarelli

# Benefits and Risks of Electronic Control

Electronic control benefits are well-established in the peer-reviewed literature and explain why these weapons are so widely adopted throughout the industrialized world (107 countries). Subject injury rates are cut by ≈ 2/3. The MacDonald study covered 12 USA law enforcement agencies and 24,380 uses of force.[47] They found that the CEW reduced subject injury by 65%. Taylor et al analyzed data from 13 USA agencies including 16,918 uses of force and described a 78% reduction in injuries requiring medical attention.[48] In other words, the use of alternative force options, including hands-on physical force, tends to *at least* triple (3x) the injury rate compared to the CEW. [47,48]

The number of law enforcement firearms shootings prevented has been estimated at over 220,000 based on the 4.1 million CEW field uses.[107,108] In agencies using the CEW with minimal restrictions, the fatal officer shooting rate falls by ≈ 2/3.[50]   The overall reduction in the ARD (arrest-related-death) rate is 59-66%.[109]

**Table 7. Primary risks from CEW probe-mode applications.**

| Risk | Findings | Notes |
|---|---|---|
| Primary (Direct) Risks | | |
| Electrocution | Theoretical possibility with fully embedded dart directly over heart in subjects under 46 lbs.[110] In general, electrocution events in adults is an urban legend.[111-113] | Present CEWs satisfy all world electrical safety standards. |
| Loss of vision | Demonstrated with probe penetrating the eye.[114-117] | |
| Primary Secondary (Indirect) Risks | | |
| Head injury from fall. | Fatalities demonstrated.[118] Non-fatal injuries demonstrated.[119,120] | |
| Fume ignition. | Fatalities demonstrated.[121,122] | |

The primary demonstrated and theoretical risks supported by the existing literature are outlined in Table 7. The most common contribution to fatality is a secondary injury from a head impact from an uncontrolled fall. If the subject is running or above a hard or elevated surface, and receives a CEW probe deployment, the unbroken fall can sometimes result in a serious head injury and there have been 16 deaths due to this.[118] This has not been reported with the drive (or contact or touch)-stun mode as there is no muscle lock-up. There have been 8 secondary fatalities in which flammable fumes were ignited by an electrical spark from the CEW.[109,121,122] This has not been reported with drive (or contact or touch)-stuns although that remains a theoretical possibility.

The most misunderstood and exaggerated theoretical risk is that of electrocution. This is extremely unlikely as the output of existing CEWs satisfy all relevant world electrical safety and effectiveness standards including those for the ubiquitous electric fence.[52,53,55,58] The conservative IEC (International Electrotechnical Commission) standard allows up to 2.5 W (watts) for an electric

fence and all present TASER CEWs deliver less than 2 W.[56] Underwriters Laboratories (UL) allows 5 W for narrow pulses such as those of TASER CEWs.[57] The primary driver of this myth appears to be the fundraising material of Amnesty International, and some sensationalistic media, that lists Arrest-Related Deaths (ARDs) along with the innuendo that the CEW somehow electrocuted the subject. Notably, they have never attempted to explain how a CEW that satisfies all electrical safety standards could ever electrocute anyone.

Swine are 3 times as sensitive to electrical current as humans.[123] The largest swine electrocuted by an X26E CEW was that of Valentino with a 10-second CEW discharge and it weighed 36 kg (79 lb.).[124] Nanthakumar also electrocuted a *single* 50 kg swine with a 15 second CEW discharge but he used a drug trick which made the swine's weight equivalent to $\approx$ 30 kg.[125] Hence the largest swine ever electrocuted by a CEW weighed only 36 kg.

The levels of dangerous electrical current scale with body mass just like a drug dosage. Since swine are 3 times as sensitive to electrical current (as humans) this is translated to the single Valentino 36 kg pig to a 12 kg (26 lb.) human.[123] This calculation uses a direct-proportion relationship of dangerous current levels to the body mass. Some authorities have published that the danger level scales with the square root of body mass.[126] With such a relationship the Valentino pig is equivalent to a larger 21 kg (46 lb) human. Taking the more conservative calculation, the best evidence suggests that the risk of CEW electrocution is limited to humans weighing less than 46 lbs.

Most authorities agree that electrocution is a theoretical possibility with an extremely thin individual and a fully penetrated dart directly over the heart in a very thin person with a very small dart-to-heart distance (DTH).[127-129]

**Table 8. Summary of benefits and risks of CEWs.**

|  | Item | Rate |
|---|---|---|
| Benefits: | Subject injury | 2/3 reduction |
|  | Subject death | 2/3 reduction |
| Risks: | Fatal fall | 1:200,000 |
|  | Fatal or nonfatal major burn | 1:360,000 |
|  | Blindness from dart | 1:200,000 |

The very rare risks of CEW complications are swamped by the lives saved and serious injuries minimized from the reductions of ARDs. For every ARD from a CEW complication (fatal fall or fire) there are 50 ARDs prevented by reducing firearm shootings and over-exertional deaths. Additionally, there is 1 temporal ARD for every 1,000 traditional uses of force, or 1 temporal ARD for every 3,500 uses of CEWs.[109,118]

# Major Myths

Because electricity is invisible and potentially dangerous (at high currents) there is widespread fear and misunderstanding of it among the public and the legal profession. See **A. The Electrophobia Myth** at page 44 of this report. Due to unscientific media sensationalism and litigation, this has contributed to some widespread urban myths surrounding electrical weapons.

It may prove helpful to discuss some of these myths before delving into greater details of this incident.

## Myth #1. People Have Been Electrocuted by an Electrical Weapon.

Speculations of electrocution by a handheld electrical weapon should be viewed with great skepticism since these weapons satisfy all relevant USA and international electrical safety standards. (The single exception is the Brazilian Condor® Spark which satisfies the Underwriters Laboratory but not the European electric fence power limits.)

Numerous swine and human studies suggest that the risk of CEW electrocution is limited to humans weighing less than 21 kg (46 lbs.) and requires a perfect fully-penetrated probe directly over the heart.[124,127,130] A major driver of this electrocution myth was the Zipes-Burton case series. John Burton is a lawyer specializing in suing law enforcement and Dr. Douglas Zipes was his expert witness. They published summaries of their 8 CEW cases in 2012.[131] It was full of errors including a case where the CEW probes missed the subject. Later the journal, *Circulation*, required Dr. Zipes to acknowledge Mr. Burton as his co-author and to admit that they had mischaracterized the subjects as "clinically normal."

In addition, the Zipes-Burton case series was analyzed by the Canadian Council of Science.[111] Their peer-reviewed report (Oct 2013) was produced by a deliberative panel that included numerous Canadian and USA experts on electrical weapons and arrest-related death (ARD) and was extensively peer-reviewed. This panel dismissed the Zipes-Burton case series.[131] The Canadian Council report was very direct:

> The study by Zipes is particularly questionable since the author had a potential conflict of interest and used eight isolated and controversial cases as part of the analysis.

In 2013 the journal, *Circulation*, invited me to submit a refutation which I did with 2 cardiologists and a cardiac pathologist. This was published Jan 2014 so the Zipes-Burton paper has been refuted for over 8 years.[132]

## Myth #2. The AHA did a Study Proving Electrocution

Since the journal *Circulation* is published by the AHA (American Heart Association), the above myth sometimes appears in a more dramatic fashion: "The American Heart Association did a study proving that 'tasers' can electrocute."

## Myth #3. The Baseball Rule has a Scientific Basis.

Many law enforcement agencies have policies and guidelines limiting officers to 3 trigger pulls (or 15 seconds) and this is generally referred to as the "baseball rule" in analogy to the 3-strikes allowed in that game. While I do not give legal opinions, I do understand that there are decisions ruling that each trigger pull, just like each strike with a baton, fist, or foot, and each exposure to OC spray is a distinct use of force which must be legally acceptable and thus in some instances there is legal rationale supporting something like the baseball rule. Ironically, no agencies limit their officers to 3 rounds in their firearms, 3 baton strikes, 3 OC spray squirts, 3 strikes with a physical weapon, or 3 arm bars.

This guideline is often taught as a "transition rule" teaching that officers should consider force-option transition to a *different* control technique if 3 CEW trigger pulls do not suffice in accomplishing the officer's force objective. That dogma is questionable as the most appropriate *different* transition tool would be the firearm since the electrical weapon is the most effective intermediate force option.[47,48] A transition to pain-compliance tools, such as chemical agents, impact tools, or impact projectiles would not be helpful as they are generally less effective on subjects in the throes of a mind-body disconnect.

Well over 100 years of electrical research has demonstrated that the effects of electricity do not build up like poison. Specifically, the USA military has tested this in swine with continuous CEW exposures across the chest for up to 30 minutes — not 30 seconds.[133] If someone is electrocuted this generally occurs within 1 second with an upper limit of ≈ 2–5 seconds.[34,44,134,135] If an electrical current is strong enough to kill someone it will do so in the first few seconds of exposure and a longer exposure duration simply has no additional effect. There is no increased danger in going from 5 seconds of electrical current to 50 seconds. The US FDA approves much stronger muscle stimulation for 20 minutes.[5-7] See ***The Dogma Of 3 Strikes And 15 Seconds*** at page 52.

A scientifically-supported CEW transition rule would be as follows:

1. The officer should note if their CEW is failing to incapacitate the subject. This is typically noted in a few seconds — not 15 seconds.
2. The officer should transition to a different CEW cartridge and redeploy since the primary reason for lack of incapacitation performance is a bad connection.

Current model CEWs, such as the X2 and the T7 CEWs, hold 2 cartridges and thus this transition issue is minimized. If the officer does not achieve sufficient incapacitation, they can simply pull the CEW trigger again and deploy a 2nd pair of probes so the "transition" rule becomes largely obsolete.

There is no scientific basis to the idea that baseball rule limit represents danger to the subject.

## Myth #4. Simultaneous Trigger-Pulls are More Dangerous.

Due to the numerous potential limitations of electrical weapons, such as small probe-spreads, broken wires, missing probes, and clothing disconnects, officers may need to provide a back-up simultaneous deployment — especially in an urgent situation or where the subject is reasonably perceived as a significant immediate threat. In fact, current model CEWs such as the X2 and the T7 CEWs, hold 4 probes and thus this can be done by a single officer. I.e. a single officer can now easily deliver "simultaneous" currents into a subject.

As a practical matter, true simultaneous current delivery almost never occurs as the reason for a backup deployment is usually the failure of the primary deployment. The cardiac, breathing and biomarker effects of simultaneous CEW discharges has been extensively studied. The application of 2 and 3 simultaneous discharges (4 and 6 contacts) into human volunteers was tested a decade ago and no deleterious effects were noted.[16,136] Other studies have tested 10-second continuous exposures with up to 4 probes (2 simultaneous discharges) without ill effects.[17,137] Nevertheless, this obsolete rule persists in many agencies even though the current model electrical weapons make it, for all practical purposes, irrelevant.

## Myth #5. The Heart is a Muscle, so it is Affected Like Skeletal Muscles

This is an older myth that has largely died out with the numerous animal and human studies published in the last decade. The basic message is the innuendo that electrical weapons must be able to electrocute (i.e. stop the heart) since they stimulate the skeletal muscles. It is easily dealt with by noting:

1. Skeletal muscles are on the outside of the body while the heart is on the inside of the body.
2. Electrical current tends to follow the grain of the muscles and thus it mostly stays within the skeletal muscles and does not dive down to the internal organs.[138-140]
3. Skeletal muscles are controlled by nerves coming from the spinal cord while the heart provides its own stimulation.[141-143]

# A Brief Primer on Electrocution.

Low-power electrocution is death from an electrical current from a source under 1000 watts (W).[144] This is contrasted from "high-power" electrocution from power lines or lightning strikes. The death is almost always the result of the electrical current inducing VF (ventricular fibrillation). The electrical induction of VF takes a few seconds at most.[39-45,134,135,145-147] (A massive electrical injury from a lightning strike or powerline can also cause death by nervous-system damage or kidney failure but that is not relevant here.) Modern CEWs fall in the "low-power" category. The TASER® CEWs all deliver ≤ 1.8 W.

In VF, the heart muscle cells continue to contract but at nearly random times. This is a common cause of cardiac arrest. Hence, there is no coordination among the cells and no blood is pumped from the heart. Loss of consciousness occurs in 13 ± 4 seconds if the person is supine (laying down).[75] If someone is standing or sitting then the collapse occurs within 1-5 seconds.[148,149] Also, the person loses their pulse immediately. Once VF is induced, there is no pulse. There are 6 primary diagnostic criteria required to diagnose an electrocution as shown in Table 9.

Table 9. Primary diagnostic criteria for electrocution.

| # | Criterion | Timing |
|---|-----------|--------|
| 1 | Sufficient current delivered to heart. | 1-5 seconds of duration.[147] See Background section: *Electricity Does Not Build Up Like Poison.* |
| 2 | Loss of pulse. | Instant[77] |
| 3 | Loss of consciousness. | 13 seconds if laying down.[75] 5 seconds if sitting up.[75,148,149] |
| 4 | Loss of normal breathing. | 15-60 seconds.[76,77] Agonal breathing (typically 3 minutes) with a maximum of 6 minutes.[76,150,151] |
| 5 | Successful defibrillation. | 14 minutes with any cardiopulmonary resuscitation (CPR); 9.5 minutes without.[152] |
| 6 | VF rhythm. | 30-40 minutes after which the VF typically deteriorates to asystole or PEA.[84,153-156] |

A final note on electrocution is that it is a stand-alone cause of death. Electrocution is not like a soup recipe where salt and pepper both contribute to the flavor. It does not "contribute" to other causes of death.[27] For example, if someone with late-stage cancer were to receive sufficient current, they would be dead within seconds and the cancer had nothing to do with it. However, if the same person received a lower level of current and died 30 days later, that person was not electrocuted. People have died as a result of falls from ladders after being startled by an electrical shock. The shock was certainly temporally related to the death, but this is not an electrocution as the fall from the ladder was secondary to the electrical shock. With rare partial exceptions — generally not salient to ARDs — the presence of other disease states does not make someone significantly harder or easier to electrocute. Conversely, low-power electrical currents do not hasten deaths from other diseases.

The CEW has an insignificant effect on a subject's adrenergic and metabolic state.[15,17,18,157-161] However, the effects of metabolic and adrenergic stress on the electrocution threshold have also been extensively studied. The effects, while statistically measurable, are immaterial in the ARD scenario. Adrenergic stress will temporarily lower the VF threshold (VFT) for a few minutes after which the VFT increases.[162,163] The impact for electrical weapons is that the critical dart-to-heart distance (DTH) could increase temporarily to 4-5 mm. Metabolic acidosis also has a similar immaterial effect.[164] Cocaine, a sodium channel blocker, *increases* the VFT and hence makes electrocution even more difficult.[64,65]

Blood has a typical resistivity of 150 $\Omega$•cm and is thus the best electrical conductor in the body along with skeletal muscle (with the grain).[144,165,166]

# Misunderstanding the Trigger-pull Download

A common error is to assume that the "TASER" data download in any way represents current delivery to the subject. It does not. It represents only an upper bound on the seconds of current discharged. The total time given by the download is typically 2-3 times what the actual total duration of current delivery was. This is theoretically harmless as the total duration of current is essentially irrelevant to diagnostics since electricity does not build up like poison. Thus, the most exaggerated figures are often the least relevant. However, novice CEW "experts" often stress the total trigger-pull time so it should be addressed.

A TASER download printout showing trigger pull times with a total of, say, 100 seconds provides the following information:

- The times of the trigger pulls (after clock-drift correction).
- The number of seconds of current delivery is 0-100. I.e. somewhere between 0 and 100 seconds.

As an example, in the tragic death of the methamphetamine addict, Robert Heston, (who attacked his father and father's home) there were a total of 206 seconds of trigger-pulls on 5 M26™ CEWs and 6 deployed cartridges used to attempt to control him.[167] A careful analysis found that the actual duration of current delivery was 5-9 seconds. Here the exaggeration was at least 20:1. In a non-USA case (unnamed here due to confidentiality restrictions) there was a total of 154 seconds of trigger-pull duration from 28 trigger pulls. Each CEW had a camera attached and thus the actual duration of current delivery could be determined from an audio analysis.[168] There was a total of only 20 seconds of current delivered.

U.S. Federal Appeals Court decisions recognize that trigger pull records do not equate to delivered current. See *Hoyt v. Cooks*, 672 F.3d 972, 976 (11th Cir. 2012)("The record shows that an 'activation' of the Taser does not mean that the Taser actually touched or stunned Allen."). See also *Bussey-Morice v. Gomez*, 587 F. App'x 621, 625 (11th Cir. 2014):

> the report further notes that in order for energy to be transferred from the Taser via the probes, contact must be made with the individual by both probes to complete the circuit…The TASER log shows only device activation; it does not represent that a shock was actually delivered to a body nor does it distinguish between probe deployment and drive stun.

Causes of Current Delivery Exaggeration:

1. Broken wires or dislodged probes
2. Rounding up to the next second
3. Muzzle contact canting with drive-stuns
4. Muzzle contact and release delays
5. Inadvertent trigger pulls

## Broken Wires or Dislodged Darts

A significant reason for multiple or prolonged CEW trigger pulls is that the fragile wires are broken early in the encounter and the officer continues to pull the trigger, hoping for a restraint-helpful response from the subject.

The tiny wires (36 gauge, 127 microns in diameter) are about the diameter of some human hair and are usually quickly broken during any struggle and are typically broken when a subject turns, falls, or flails his arms. The tensile strength, of the wires, is weaker (less than 1 kg) than the weakest fishing line (2 kg or 4 lbs breaking test) and are thus very easily snapped.[169] In fact, in some instances prisoners now teach other inmates that they should roll over if they receive a CEW discharge, in order to break the wires.

Probes are also often lodged in the clothing instead of the skin.

## Rounding Up to the Next Second

The reported trigger-pull durations, in the TASER CEW download reports, are rounded up from the first 1/100 of a second. I.e. if the actual duration was 2.01 seconds then it is reported in the download as 3 seconds. Thus, the best estimate of the actual trigger pull is ½ second less than what is reported. Automatic duration trigger pulls of 5 seconds are, in fact, 5.00 seconds and thus there is less risk of an interpretation error there. This is irrelevant with the Trilogy "Pulse-logs" which give trigger pull and arc-switch durations to the nearest 0.1 second, and report each pulse.

## Muzzle Contact Canting with Drive-stuns

As seen in Figure 25, an effective drive-stun application requires that the CEW muzzle be kept nearly perpendicular to the body surface. This can be difficult to do with a moving subject. A non-analgized non-anesthetized subject will reflexively pull or roll away from the attempted shock. On average, a good contact is only made about 30% of the time. If the muzzle is canted up to 20° away from perpendicular, then an arcing connection can still be made. The typical correction is to subtract 70% from the download times.

## Muzzle Contact and Release Delays

With a drive-stun the officer will typically pull the trigger as the muzzle is being brought down towards the subject. The results in the trigger-pull duration overstating the current delivery by about ½ second. If the officer is delivering a drive-stun of less than 5 seconds, they will usually need to pull the weapon back to more easily activate the safety and this release delay also results in the trigger-pull duration overstating the current delivery by about ½ second. In total, the contact and release delays add about 1 second to the actual current delivery time for drive-stuns.



**Figure 25. The drive-stun requires that the CEW muzzle be kept nearly perpendicular.**

## Inadvertent Trigger Pulls

**Background:**

The inadvertent trigger pull (ITP) has been well studied for firearms discharges.[170,171] According to Heim there appear to be 3 primary causes:[170]

1. sudden loss of balance;
2. contractions in the hand holding the weapon while other limbs are in use, for example during a struggle with a suspect;
3. startle reaction.

Common to every incident, in addition to the weapon being held in a hand, is that all limbs appear to be involved in the resulting sudden movement.[170] Recent work by the Lewinski group found no cases of firearm ITPs involving startle.[172] We have also not seen situations where a startle reaction led to a CEW ITP and thus we will focus on #1 and #2 above. Another potential cause is the *fist* reflex which is natural from birth and can be reinforced by training with closed-hand strikes; this can occur in a high stress confrontational situation.[173,174] The fist reflex may not apply to CEW ITPs and will not be discussed further here.

**Physiology:**

It has been recognized for over 100 years that muscle contractions in any limb can lead to increased activity in other limbs.[175] This has generally been referred to as *motor overflow* or *overflow activity*.[176,177] This is especially seen in opposite (contralateral) limbs where the phenomenon is referred to as *mirror movement*.[178-181]

When we contract a *single* hand firmly we also *invariably* contract the opposite hand somewhat.[182] Typical male grip strength is 130 ± 16 pounds where 25- 42% is exerted by the index finger.[183] Overflow activity can reach a maximum of 25% of the maximum voluntary force of the individual limb.[184] Thus, forces of up to 14 pounds (= 25% • 42% • 130 lbs.) can be involuntarily exerted by the index finger.[170] This is sufficient to overcome the trigger pull (8-

12 lbs.) for the 1ˢᵗ round of an uncocked double-action pistol. Even when warned to keep their fingers off of the trigger — and knowing that they were being studied — 21% of officers contacted the trigger for > 1 second in stress simulations.[170] When studied with their index finger already on the trigger, 28% (=7/25) of volunteers gave involuntary trigger pulls of > 14 lbs. when they either pulled with their opposite arm or lost their balance.[170]

**Effect of Officer Age:**

Shinohara studied the contralateral hand contraction in 10 young (18-32 yo) and 10 old (66-80 yo) right-handed subjects.[173] For young people, the contralateral force was greater when the right (dominant) hand was voluntarily activated. For old people, there was no statistically significant difference between the hands. As seen in Table 4, the strongest mirror index finger force was in older subjects; the weakest was in the right hand of the young subjects. Due to the mechanical restrictions imposed on both hands, the MVC (Maximum Voluntary Contraction) was < 20% of what can be measured on an unrestricted hand and arm.[174] Force is given in newtons (N).

**Table 10. Shinohara contralateral index finger contractions.**

| Subjects | Hand | MVC (N) | Involuntary | Involuntary (N) |
|----------|------|---------|-------------|-----------------|
| Young | Right | 25.8 | 4.7% | 1.21 |
| Young | Left | 25.5 | 9.1% | 2.33 |
| Old | Right | 29.9 | 13.8% | 4.13 |
| Old | Left | 27.6 | 11.4% | 3.15 |

Shinohara concluded, "The results indicate that old subjects have a reduced ability to suppress unintended contralateral activity." This is clearly seen in Figure 26.



**Figure 26. Shinohara study showing increased contralateral activity in older subjects.**

The combination of involuntary muscle contraction activity and a finger on the trigger (which was either unconsciously pre-positioned or moved with the involuntary activity) is responsible for many inadvertent firearm discharges by law enforcement officers.[171,172,185]

**Comparison to Firearms:**

With the conducted electrical weapon (CEW), the incidence of ITPs is far greater — than with firearms — for 2 primary reasons:

1. The CEW trigger pull is far less at only 2 lbs. for the popular X26 (X26E) CEW and 3 lbs for the X2 CEW. The trigger is thus 3-6 times more sensitive than that of an uncocked double-action pistol.
2. Officers commonly hold the CEW in their dominant hand and attempt to assist with subject control or lifting with the other hand. They would never do this with a firearm as it is forbidden by weapons retention training.

Ironically, the situation is both far worse but also far better for the CEW compared to the firearm. While a CEW operator will have far more ITPs, the results are almost always harmless compared to the often-fatal consequences of a firearm ITP.

**The Harm of the Helping Hand:**

A major cause of mirror-movement ITPs is an officer trying to help control a subject with the non-dominant hand while keeping the CEW in the dominant hand. In a helping hand scenario, at least 2/3 of the trigger pulls are ITPs.

We have investigated many incidents in which the *majority* of trigger pulls appear to be ITPs. In the typical case the officer is maintaining his grip on the weapon while trying to restrain the subject with the free hand and possibly also the CEW-constrained hand. This can also occur while holstering the weapon if the opposite hand is being engaged in the struggle. Thus, during a physical struggle with the CEW in an officer's hand, most of the CEW discharges tend to be mirror-movement ITPs which then run the full standard default 5 seconds or until, or if, the officer realizes what is happening (from the arcing sound) and turns the weapon OFF (safety ON). In many cases, the arcing sound is not noticed because of the yelling, environmental noise, or the focus on a struggle.

Incidents with multiple (>3) trigger pulls and full documentation (Trilogy pulse-logs and body-cameras) have been analyzed to determine the relationship between the trigger pull time-totals and the actual seconds of current delivered. The interesting finding is that the actual seconds of current begins to level off at 10-15 s so the percentage of time continues to decrease from ~35% down to as low as 5%.

Most of the CEW ITPs occur with drive-stuns which are well established as having no deleterious effects outside of short-term minor contact burns.[186-

[188] Moreover, the inadvertent drive-stun trigger pull is almost always with the weapon far away from the subject as the officer's opposite hand is the one in contact with the subject. For the minority of cases that began as a probe-mode deployment, the connection has usually been broken by the grounding, attempted restraint, or ground struggle. If a full probe connection was still existing, then there would be far less need for manual control and hence a low likelihood of an ITP.

## Forensic Evidence

After 2 seconds of drive-stunning through clothing, small sunburn-like marks will be left. A drive-stun leaves a pair of distinctive marks due to the 40 mm fixed distance between the muzzle electrodes.[188] This is depicted in Figure 27.



**Figure 27. Drive-stun marks.**

For probe-mode applications, microscopic analysis of the "eye of the needle" in the back of the probe can estimate the duration of the current delivery.[189,190]

The newer model CEWs, X2, X26P, and T7 allow the duration determination from the enhanced "Pulse Log" download.

# The Significance of the Sound

The X26E CEW is fairly quiet at 51 decibels (dBA) @ 1 meter, when it has a completed circuit connection. The X26E is much louder when it is arcing and *not* completing a circuit (79 dBA @ 1 m). This is like many devices that are quiet when working properly and louder when not. Sound levels from ordinary sources as seen in Table 11.

The scientific basis of the crackling sound emitted from an electrical arc has been well studied.[191-193] This distinction is also known to CEW-trained law enforcement officers, and easily demonstrated in many ways such as arcing to a soda can or across the CEW muzzle.

**Table 11. Sampling of sound levels from various sources.**

| Sound level (dBA @ 1 m) | Source |
|---|---|
| 90 | Train whistle (@ 150 m) |
| 79 | X26E CEW open-circuit crackling |
| 70 | vacuum cleaner |
| 60 | polite conversational speech |
| 51 | X26E CEW closed-circuit clicking |
| 50 | average home volume, normal refrigerator |
| 40 | quiet library |
| 30 | quiet bedroom at night |

There is indeed a dramatic difference between the open circuit arcing and intact circuit sound level. When the X26E CEW is deployed with a completed circuit (such as contacting a body) it makes a relatively soft clicking noise which is softer than normal conversation and on the order of the sound from a properly operating refrigerator. However, in the open-circuit mode — such as when a wire is broken, a probe misses, there is a clothing disconnect, intermittent disconnect, or a probe is dislodged — the sound level is 79 dBA which is well above that of a vacuum cleaner. The difference between 51 dBA and 79 dBA is logarithmic and actually corresponds to a ratio of:

$$\text{Ratio} = 10^{((79-51)/10)}$$
$$= 10^{2.8}$$
$$= 631$$

Thus, the X26E CEW in arcing mode has 631 times the sound *intensity*. This arcing sound is heard with a spark test. With a closed circuit (good connection) the sound cannot be easily heard over loud conversation and generally not over yelling and shouting. The arcing (open-circuit) sound is not only much louder but has a *different* sound. It is often described as a "crackling" sound as opposed to a "clicking" sound. The "crackling" sound is so different that it can be

easily differentiated by zooming in on the sound recording as depicted in Figure 28. The top tracing is the instantaneous sound level of an X26E CEW that is arcing (at the muzzle) while the lower tracing is of an X26E CEW with an intact circuit. Note that 3 pulses are shown in each tracing. The X26E CEW discharges at a pulse rate of ≈ 18.3 PPS (Pulses Per Second) so the pulses are about 55 ms (milliseconds) apart. Note that the top (arcing) tracing intuitively appears "noisier" — which it is. The lower tracing of the connected intact completed circuit "clicking" sounds shows that they are much "cleaner."



**Figure 28.** X26E CEW sound signatures of open circuit and closed circuit pulses.

The excursions of the sound level signal saturate the TASER CAM storage until the AGC (Automatic Gain Control) can automatically "lower the volume." That is why the louder crackling sound actually appears shorter in height. For a good connection, these excursions last about 2 ms as seen in the lower trace. For arcing, these excursions last ≈ 4 ms as seen in the upper trace.

# General Background:

## A. The Electrophobia Myth

Many people have an illogical emotional fear of electricity or *electrophobia*. From an early age in life it is drilled into young children that 110 V (volt) electrical outlets cause death, Thus, most people have deeply absorbed the urban myths that voltage itself is dangerous and 110 V causes death. While most people learned to dispel this myth in middle-school sciences classes it is often forgotten by adulthood. While this is scientifically incorrect most people, including most media, hold these myths to be undeniable truths.

Life itself could not exist without electricity. Trying to say that all electricity is dangerous is equivalent to saying that all balls are dangerous. There are marked differences in the effects of being struck by a ping-pong ball, baseball, bowling ball, and wrecking ball.

**Table 12. AC Currents and Their Typical Effects**

| AC Current (mA) | Effect |
| --- | --- |
| 1500 | Nerve Damage |
| 1000 | |
| 500 | Cardiac Arrest Probable |
| 200 | |
| 100 | Cardiac Arrest Possible |
| 50 | Interference w Breathing |
| 18 | TASER ® Weapon (AC Equivalent) |
| 16 | Male No-let-go threshold |
| 10 | Muscle Contractions Begin |
| 5 | Pain Sensation |
| 1.1 | Male Hand Perception |
| 0.7 | Female Hand Perception |

The typical effects of various AC currents are shown in Table 12. The < 2 mA of pulsed DC current (for the TASER® CEWs) is not directly comparable so a 18 mA AC equivalent is used.[194]

## B. CEW Probe Mode

In probe mode, the TASER® handheld CEW uses compressed nitrogen to deploy 2 small probes at typical distances of up to 7.7 m (meters) or 25 feet.[195,196] (Other cartridge models can reach a distance of 11 m or 35 feet.) When the CEW trigger is pulled, the high voltage pulse first serves to activate a primer which opens the nitrogen cartridges to release the nitrogen to propel the probes as directed. These probes themselves are designed to pierce or become lodged in most light clothing (and to complete the circuit with the 50 kV arcing capability). The sharp portion of the probe is 9-13 mm (millimeters) long

and will typically penetrate the epidermis and dermis to a depth of ~6 mm for a good electrical connection.

The ultra-short duration electrical pulses applied by TASER CEWs are intended to stimulate Type A-α motor neurons, which are the nerves that control skeletal muscle contraction, but without a high-risk of stimulating cardiac muscle. This typically leads to a loss of regional muscle control and a fall to the ground to end a violent confrontation or suicide attempt.

Small swine of 30 kg (65 lbs) can be put into VF when the CEW probes are put within a few mm of the heart. [124,197] One study used a custom long plunging probe to deliver the CEW current almost directly (within 6 mm) to the heart of a pig in order to induce VF.[198] There are numerous problems with the swine model that significantly exaggerate the electrocution risk. [197,199] Pigs are extremely sensitive to electrical currents due to their hearts being literally wired "outside-in" compared to a human's (being wired "inside-out").[200-205] The swine heart needs 2/3 less current to induce VF (ventricular fibrillation) compared to the human heart from external stimulation. In other words, the swine is 3 times as sensitive to electrocution as is the human.[206] This CEW-electrocution effect is also confined to *small* swine.[129] In stark contrast, human studies consistently demonstrate no risk of VF with a CEW application.[207-211]

This is clearly the consensus of the scientific and medical community as shown by various position papers. For example: the June 2009 American Medical Association (AMA) White (Position) Paper concluded:[212]

> Furthermore, no evidence of dysrhythmia or myocardial ischemia is apparent, even when the barbs are positioned on the thorax and cardiac apex.

On May 24, 2011, the National Institute of Justice, after a 5-year panel review, concluded:[70]

> Current research does not support a substantially increased risk of cardiac arrhythmia in field situations, even if the CED darts strike the front of the chest. There is currently no medical evidence that CEDs pose a significant risk for induced cardiac dysrhythmia in humans when deployed reasonably.

Finally, in June 2012, Bozeman stated:[210]

> The risk of such dysrhythmias, even in the presence of a transcardiac CEW discharge, is low, and suggest that policies restricting anterior thoracic discharges of CEWs based on cardiac safety concerns are unnecessary.

No danger or harm has been associated with the CEW probe-mode application, in human studies.

## C. CEW Drive Stun Mode: Skin Rub vs. Injection

Alternatively, the CEW may be used in a "drive-stun" mode by pushing the front of the weapon into the skin to function as a higher charge stun-gun. With the fixed electrodes, only 4 cm (centimeters) or 1.6 inches apart — and the lack

of skin penetration — the current flow is primarily through the dermis and fat layer between the electrodes and there is no significant penetration beyond the subdermal (or subcutaneous) fat layer. See Figure 29. Since there is insufficient depth of current flow to capture muscles, the drive-stun mode serves only as a compliance technique. To make an analogy to medicine, drive-stun is like rubbing an ointment on the skin compared to the probe mode, which is like an injection. They have significantly different effects.



**Figure 29. The majority of the drive-stun current is confined to the fat and dermis layer.**

As mentioned above, small swine (30 kg or 65 lbs) can occasionally be put into VF when fully-embedded CEW *probes* are nearly touching the heart.[213,214] *However, it is impossible to fibrillate even small swine with a transcutaneous CEW drive-stun application.*[215-218] The electrical current simply does not penetrate deeply enough to affect any human muscles or organs. In fact, with a CEW drive-stun application directly over the human phrenic nerves (the nerves that control breathing) there is no effect.[219]

The National Institute of Justice, 5-year study of CEWs, found:[70]

> Risk of ventricular dysrhythmias is exceedingly low in the drive-stun mode of CEDs because the density of the current in the tissue is much lower in this mode.

The American Academy of Emergency Medicine (AAEM) has the following guideline on drive-stun applications:[71]

> For patients who have undergone drive stun or touch stun ECD exposure, medical screening should focus on local skin effects at the exposure site, which may include local skin irritation or minor contact Allen. This recommendation is based on a literature review in which thousands of volunteers and individuals in police custody have had drive stun ECDs used with no untoward effects beyond local skin effects.

The Federal Court of Appeals for the 9th Circuit [*Brooks v Seattle*], and others, have concluded:

> The [TASER CEW]'s use in "touch" or "drive-stun" ... involves touching the [TASER CEW] to the body and causes temporary, localized pain only. ... this usage was considered a Level 1 tactic, akin to "pain compliance applied through the use of distraction, counter-joint holds, hair control holds, [and pepper spray]" and used to control passively or actively resisting suspects.

CEW drive-stun applications have no clinically significant physiological or pathological effects.

## D. Current Flow in the Body

The flow of electrical current in the body is well understood and has been the subject of 100's of scientific papers.[141,220-228] The simplest analogy is the 1st to 2nd baseline in baseball. See Figure 30. The runners can go directly between the bases but they typically curve out a bit. Similarly, with 2 electrodes in the skin, the current flow "dives" in somewhat just like a runner's path in baseball. The further the electrodes are apart, the deeper the "dive" of the current. This analysis is accurate for a homogenous conductor like saltwater or fat. However, the body's skeletal muscle layer preferably directs current around the outside of the body since electrical current vastly prefers to follow the grain of the muscle instead of going transverse and penetrating the body.



**Figure 30. Graphic of electrical current flow in the body analogized to baseball.**

Some medical examiners have wrongly opined that since they witnessed a subject experience board-like lockup induced by a CEW that the current flows everywhere even inside the body.

A runner might deviate somewhat from a straight line but would never run out into the outfield or wander into the bleachers. Similarly, with 2 CEW electrodes on the chest, no current passes into the legs or brain. That would be like a runner going into the outfield and then climbing up into the seats and then back to 2nd base.

An important exception occurs around bone. Mature calcified bone is an insulator and can thus not conduct electrical current.[229] A CEW probe landing in the sternum will pass very little current. What current is passed will be defused around the surface of the chest and will tend to not affect the heart even though parts of the heart are directly beneath the sternum.[220,230]

Electrical current in the body tends to follow muscle fiber and only deviates slightly.

## E. CEW Comparison to Other Muscle Stimulators

TASER CEWs deliver less current than typical models of EMS (Electrical Muscle Stimulator) units. It is very popular in Europe to use TENS (Transcutaneous Electronic Nerve Stimulator) units for treating angina with the electrodes placed across the cardiac silhouette.[231-233] No deaths have been reported.



**Figure 31. Aggregate current vs. load impedance.**

The outputs of the TENS and EMS units are compared with the electrical-weapon muscle stimulators as seen in Figure 31. In the typical impedance

range of around 500 Ω, the EMS units delivered the most current followed by the CEWs (T7, X2, and X26P).[1]

## F. ANSI CPLSO-17 Standard

All present TASER brand electrical weapon outputs exceed the minimum requirements for effectiveness under the ANSI CPLSO-17 standard.[2] These output levels are also below the maximum safety limits under the ANSI CPLSO-17 standard of 2.2 mA.

## G. CEW Comparison to the Electric Fence

It is helpful to discuss the most common and longest existing electronic control device — which controls humans and other mammals by giving short painful electrical stimuli — namely the electric fence.

The IEC (International Electrotechnical Commission)and UL (Underwriters Laboratories) have long had standards for electric fences.[56,57] These are the Particular Requirements for Electric Fence Energizers. IEC 60335-2-76, edn 2.1, and the UL Standard for Electric-Fence Controllers in: Laboratories U, ed. UL 69. Independent testing has verified that the TASER X26E CEW satisfies both the IEC and UL electric fence standards.[52] The X2 and the X26P CEWs also satisfy these standards.[53]



**Figure 32. UL 69 electric fence equivalent power safety limit.**

The X26 CEW satisfies the electric fence standards by a very wide margin.[52] The conservative IEC standard allows up to 2.5 watts (W) for an electric fence and all present TASER CEWs deliver <1.8 W. The UL high-rate limits are found in section in 23.2.4 of the UL standard 69.[57] This limit is shown in Figure 32 which allows 5 W for the wider-pulse X26 CEW and 6 W for the narrow-pulse X2 CEW. The electric fence standards have evolved from almost 100 years of experience

with documented fatalities from earlier high-powered devices. The UL carefully collected data on these units to find out what was a safe limit. The typical accidental exposure to an electric fence is based on someone walking into it and thus is a frontal exposure. Depending upon the relative heights of the fence and the individual this exposure could be anywhere from the face to the thighs and could include skin penetration from barbs on barbed wire. These limits are very stringent and now fatalities from electric fences are almost unheard of in spite of there being on the order of 100,000 miles of electric fence in the United States alone.

*The TASER® CEWs satisfy the International and UL electric fence standards by a wide margin and can be thus deemed very safe.*

## H. Comparison to General International Safety Standards

The IEC has set 40 mA AC as a safe level of utility (50/60 Hz) electrical current for avoiding the risk of VF induction (electrocution).[56,134] Rapid short-pulse stimulation has the same risk of VF induction as does utility power frequencies at a current of 9 times higher than the average current of the rapid pulses. The *TASER X26E CEW* delivers about 18 pulses per second at a charge of about 100 μC (microcoulombs) per pulse.[234] This gives an average current of 1.8 mA which corresponds to a utility power current of 16 mA. This is seen to be less than 1/2 of the IEC VF safety level.

The TASER X2 and X26P CEWs delivers about 19 pulses per second at a charge of about 63 μC (microcoulombs) per pulse.[234] This gives an average current of 1.18 mA which corresponds to a utility power current of 10.6 mA = 1.18 mA • 9.0. This is seen to be less than 1/4 of the IEC VF safety level. The TASER X26E, X2, and X26P CEWs satisfy all relevant international electrical safety standards.[53,55]

*The available TASER CEWs satisfy all relevant electrical safety standards.*

## I. Electricity Does Not Build Up Like Poison: Baseball vs. Science

It is often alleged that multiple CEW applications are somehow more dangerous than a single standard 5-second CEW application. This can seem to be very intuitively appealing as multiple baton strikes and multiple bullet wounds are more dangerous than single ones. This intuition is, however, completely wrong and contrary to decades of scientific research. Due to the prevalence of this false intuition — even among some clinicians and pathologists — it is helpful to present a fairly lengthy discussion of the scientific facts below.

In fact, 1 second is the official implied value used by UL for their electrical safety standards. [147] The IEC uses a more gradual transition out to about 3 seconds as seen in Figure 33. Note that the UL has a slightly stricter safety limit for VF than does the IEC but that is not relevant to this discussion.



**Figure 33. UL and IEC standards recognize that VF is induced or not within 1-5 seconds.**

These standards are supported by numerous animal and human studies. The "electrocution time" is the number of seconds after which VF is either induced or not induced with a certain level of electrical current. A summary of studies of the transition time is given in Table 13.

**Table 13. Maximum electrocution times from various studies**

| Author | Model | Transition Time (seconds) |
|---|---|---|
| Antoni[39] | guinea pig | 0.8 |
| Wegria[40] | exposed dog hearts | 0.2 |
| Ferris[41] | sheep | 1.4 |
| Jacobsen[42] | swine | 4.0 |
| Roy[43] | dog | 2.0 |
| Scott[44] | dog | < 3.0 |
| Kiselev[45] | dog | < 5.0 |



**Figure 34. Original Biegelmeier curves showing safe (S) currents for humans.**

Using calculations based on the human heart rate, Biegelmeir and Lee determined that the transition time for humans is 2-5 seconds.[134,135] See Figure 34. In a human study, Swerdlow et al showed that the VFT decreased by 47% with durations going from 1-5 seconds, consistent with the calculations of Biegelmeier.[146]

In a canine study, Scott et al found that the VFT did not change with durations going from 3 out to 60 seconds.[44] Kiselev also found the VFT to be quite constant from 5 to 30 seconds.[45] Scott states in his conclusions:

> Shocks of 3, 10, 30, and 60 seconds duration produced very similar mean [VFT] values. The stability of mean [VFT] over this wide range of shock duration suggests a basal threshold of fibrillation. Currents below this threshold seem unable to induce fibrillation regardless of shock duration.[44]

Scott's study showed that nothing happens between 3 and 60-second applications of current. Importantly he did this study in 16 canines, which have hearts that are electrically similar to humans — unlike pigs.[235-239]

## The Dogma Of 3 Strikes And 15 Seconds

While anesthetized animals have been tested up to 30 minutes, human CEW testing has to be performed on volunteers. Law-enforcement trainees are often required to take a 5-second CEW exposure but it is very difficult to find volunteers willing to expose themselves to more than 10 or 15 seconds. Therefore, most clinical trials of the physiological effects of the TASER CEW, involve exposures of 5, 10, or 15 seconds. For example, there are a number of studies with continuous 15-second exposures.[240-243]

The independent review of Pasquier found:

> According to the available results, the physiologic changes from electronic control device exposure appear to be safe in healthy individuals who undergo an exposure duration of 5 to 15 seconds, i.e., the duration that corresponds to the majority of field exposures."[244]

Importantly, these clinical studies failed to find any trends for increased effects between 5, 10, and 15 seconds so there has been no evidence to motivate longer-duration studies. Dawes observed, "… the duration of the exposure does not appear to have a significant effect on CK [creatine kinase]."[14]

There is certainly a false lay-intuition that electrical charge must build up like poison since baton strikes and bullet wounds do tend to injure in a cumulative fashion. However, over 100 years of electrical research has demonstrated that the direct effects of electricity do not build up like poison. Specifically, the US military has tested this in swine with continuous CEW exposures across the whole chest up to 30 minutes — not 30 seconds.[133] If someone is electrocuted this generally occurs within 1 second with an upper limit of about 2-5 seconds.[134,135] If an electrical current is strong enough to kill someone it will do so

in the first few seconds of exposure and a longer exposure duration simply has no additional effect. With a full-trunk human exposure, there is a slight pH shift (blood becomes less alkaline) in the first few seconds but then does not change.[15,18,158,161,245-249] For a given degree of subject resistance, the more the CEW is used, the better the outcome will tend to be since the use of more conventional force control options can be reduced. [47,250-254]

The epidemiological data unambiguously finds no increased risk with CEW exposures beyond 15 seconds:

1. Brewer studied 292 arrest-related-deaths (ARDs) where a CEW had been used.[108] He found that: (1) over 75% of the 292 deaths involved only 1 or 2 CEW exposures, (2) 85% of fatalities were preceded by 3 CEW exposures or less, and (3) concluded that there was no correlation between the number of CEW exposures and the mortality rate.

2. White studied 188 ARDs where a CEW had been used and similarly found that 87% of them had 3 trigger pulls or less which is the equivalent of 15 seconds of discharge or less.[255]

The widespread dogmatic urban myth that 15 seconds is safe while 16 seconds is dangerous is contradicted by all of the relevant scientific studies and statistics.

*The electrical induction of VF by electrical currents takes 1-5 seconds.*

## J. The Handheld CEW Has Led to Dramatic Reductions in Injury.

Numerous published studies have now clearly demonstrated substantial injury and fatality reductions from the use of TASER CEWs compared to alternative control techniques.[47,67,256-261]

A partial list of these studies includes:

1. Bozeman comparison to other force options, including physical force.
2. MacDonald which compared the CEW to pepper spray and "physical force."[47]
3. Taylor which compared the CEW to pepper spray, baton strikes, and "hands-on."[48]
4. Mesloh who studied CEW usage in comparison to many control options.[251,257]
   a. Gentle hold
   b. Handcuff
   c. Leg restraints
   d. Pepper spray
   e. Compliance holds
   f. Takedown
   g. Empty hand strike

    h. FN303/Pepperball
    i. Impact weapon
    j. Canine

The largest epidemiological study was the 2009 MacDonald study of 24,380 uses of force.[47] This study found that CEW usage dramatically reduced both subject and officer injury (by 2/3) compared to alternative force options. Additional studies demonstrating injury reduction are memorialized in the papers of Taylor (13,983 subjects)[48], Mesloh (n = 4303)[257], Smith (n = 1645)[252], Butler (n = 562)[253], White (n = 243)[196], and Bozeman (n = 893).[261]

    On average, the use of the CEW reduces subject injuries by about 2/3. To put it another way, the use of alternative control techniques triples (3x) the risk of injury to subjects. Fatal suspect shootings are also reduced by 2/3 when electronic control is used without excessive restriction. [50]

a. The deployment and use of TASER CEWs has been shown to reduce injuries to officers and subjects over other force options, including physical force.[47]
b. The deployment and use of TASER CEWs has been shown to reduce use-of-force civilian complaints and law enforcement internal affairs complaints against law enforcement officers.[262]
c. The deployment and use of TASER CEWs has resulted in the reduced need to use deadly force.[50,107]
d. Rates of injury from TASER CEWs is less than several other common law enforcement force options, including, but not limited to: physical force, chemical aerosols, batons, impact tools, canines, rubber bullets, and bean bags.
e. TASER CEWs are a safer alternative than other comparable law enforcement force options tools or techniques.
f. TASER CEWs are shown to reduce subject injuries when compared to physical force options.
g. TASER CEWs have greater accountability features than any other force option.
h. TASER CEWs are the most studied force option available to law enforcement.
i. TASER CEWs are the most effective force option in gaining compliance without need for deployment or application (up to 81%).[263]

*The TASER CEW reduces subject injuries and fatalities.*

# FRCP 26(a)(2)(B)(iii) Exhibit List

The exhibits or list of references used as a summary of or support for the information and opinions in this report, as well as deposition or trial testimony, or for any other purpose, specifically include each illustration, graphic, chart, table, slide, graphic, image, picture, and video in this report, referenced in this report, or included in any of the references to this report, as well as any documents, or portions thereof, referenced or cited, or any compilation, synopsis, or summary, of documents, are to be considered exhibits to this report and may be utilized as exhibits at deposition and/or trial, or any other purpose.

These exhibits specifically include, but are not limited to: any document, information, illustration, Microsoft® PowerPoint®, lesson plan, drawing, graphic, image, picture, video, compilation, synopsis, table, summary, etc., that is on, or included in, any of the Axon Enterprise, Inc. (Axon) or TASER International, Inc. (TASER) training CDs/DVDs/electronic downloads (versions 1 through the current release – which is presently version 22), TASER CEW Research Index, TASER Fact Sheets (TFSs), as well as the TASER Research Compendium, the Arrest-Related Death (ARD) Research Index and Compendium, TASER Conducted Energy Weapon (CEW) Field Data and Risk Benefit Power-Point presentations and Analyses, Volunteer Exposure Reports, spreadsheets, and analyses, Field Use Reports, data, summaries, and appendices, any present, former, or future Axon (www.axon.com) or TASER websites (including updates and additions), the www.ecdlaw.info and www.ipicd.com websites.

Exhibits also include actual TASER brand electrical weapons (both fully kits and the weapons alone) including the M26, X26E, X2 , X26P, T7, X3. Also cartridges, cartridge wire, and probes. Power sources inclduing Duracell® CR123 cells, and TASER Digital Power Magazines for all of the above models. A can of Pepsi® or other soft drink, an empty soda can, a Nikon® F6 camera, and other exhibits, graphics, PowerPoint decks, and demonstrative and explanatory aids, including those that explain, illustrate, or compare specific principles, issues, concepts, or myths. Exhibits also include:

Electric fence energizers of various brands
Electroconvulsive therapy (ECT) generator
Transcutaneous electronic nerve stimulators (TENS) of various brands
Transcutaneous electronic muscle stimulators of various brands
Sound recordings of CEWs played at both normal and slow speed
These exhibits specifically include any illustrative or demonstrative evidence such as visual presentation of computer-generated slides and visual images projected onto a screen, charts, graphs, or illustrations created to better illustrate the aforementioned exhibits. I reserve the right to create, use, utilize PowerPoint or other graphics or illustrations, or compilations, as exhibits at deposition, trial, or for any other purpose after submission of this report.

# General Comments

## Previous Testimony

I have testified as an expert at trial or by deposition within the preceding 4 years in:

1. Wrongful death case of Aguilar v Los Angeles PD.  US District Court, Los Angeles, CA. (May 2018 and May 2019) D
2. Wrongful death case of Ramos v East Hartford, CT. US District Court, Hartford, CT. (June 2018) D
3. Wrongful death case of Todero v Greenwood, IN. US District Court, Indianapolis, IN (Sept 2018) D
4. Wrongful death case of Silva (Haleck) v Honolulu, HI. US District Court, Honolulu. (May 2019) D
5. Wrongful death case of Wood v Entergy. Arkansas District Court, AR. (May 2019) P
6. Patent case of Cardionet v Infobionics. US District Court, Boston, Massachusetts. (Sept 2019) D
7. Labor arbitration of Payne v Omaha, NE. US Dept of Labor (Oct 2019) P
8. Wrongful death case of Timpa v Dallas, TX. US District Court, Dallas, TX (Dec 2019) D
9. Criminal case of USA vs. Burton Ritchie. US District Court, Las Vegas, NV (Jan 2020) P
10. Starke v Astar et al. Florida District Court, St. John's County, FL (Apr 2020) D
11. Patent Inter-Party Review of Nevro v Boston Scientific re US #9162071, Wash. DC. US Patent Appeals Board. (Apr 2020) P
12. Patent Inter-Party Review of Nevro v Boston Scientific re US #8682447, Wash. DC. US Patent Appeals Board. (Apr 2020) P
13. Patent Inter-Party Review of Nevro v Boston Scientific re US #6381496, Wash. DC. US Patent Appeals Board. (Apr 2020) P
14. Loftis v American Electric Power. US District Court, Charleston, WV (Oct 2020) D
17. Valear v Q3. Colorado Dst Ct., Denver Cty, CO. (June and Oct 2021) D
18. Georgia v Howell, Scott, and Copeland. Georgia District Court, GA. (Oct 2021) D
19. Harris v Rambosk. US District Court, FL (Oct 2021) D
20. Dold v. Snohomish County. US District Court, WA (Jan 2022) D
21. Adkins v. Appalachian Power. US District Court, WV (Jan 2022) D

## Fees:

My fees for this expert consultant report are $480 per hour for the research and preparation, plus expense reimbursement. My fees for testimony (at trial or deposition) are $480 per hour plus anticipated expense reimbursement and are due prior to the commencement of a deposition. Fees for travel are portal-to-portal and are $240 per hour when not performing work billable at $480 per hour.

## Right To Amend:

The opinions in this report are living opinions. Should additional discovery material be received, or additional research be completed, and then reviewed, these opinions may be altered or reinforced depending upon what information is obtained, reviewed, or studied. If new issues are opined, identified, or developed subsequent to submission of this report, I reserve the right to supplement, or further supplement, this report. *I especially reserve the right to amend my report after receiving new forensic evidence.*

## Further Development:

Further, the opinions, which are expressed in this report, are listed to comply with current report requests. Each opinion may be further developed through research, investigation, during deposition or trial testimony.

## Specific References:

Some of the opinions in this report may list specific references to some of the case specific documents reviewed or considered. These listings are not intended to be all-inclusive. I specifically reserve the right to supplement the support for each of the opinions in this report.

## Opinion Methodology:

The enclosed opinions were developed using the disciplines of bioelectricity, electrophysiology, biomedical science, cardiovascular physiology, scientific methods, mathematics, and physics and are to a reasonable degree of professional and scientific certainty.

Additionally, the opinions provided in this case were developed using one or more qualitative and quantitative research methodologies, in addition to my education, training, experience, and literature review.

# References:

1. Kroll M, Perkins P, Chiles BD, et al. Output of Electronic Muscle Stimulators: Physical Therapy and Police Models Compared. *Conf Proc IEEE Eng Med Biol Soc.* 2021;43:1264-1268.

2. ANSI. Electrical characteristics of ECD's and CEW's. Vol ANSI-CPLSO-17. Bristol, UK: estandards.net; 2017.

3. US_FDA. Slendertone Corefit Abs 8, Type 734 clearance. *https://wwwaccessdatafdagov/cdrh_docs/pdf18/K180688pdf.* 2018.

4. Kemmler W, Weissenfels A, Willert S, et al. Efficacy and Safety of Low Frequency Whole-Body Electrostimulation (WB-EMS) to Improve Health-Related Outcomes in Non-athletic Adults. A Systematic Review. *Front Physiol.* 2018;9:573.

5. US_FDA. Katalyst Mark 1 Muscle Stimulation System Model 2 clearance. *http://wwwaccessdatafdagov/cdrh_docs/pdf18/K181199pdf.* 2018.

6. US_FDA. E-Fit EF-1280 clearance. *http://wwwaccessdatafdagov/cdrh_docs/pdf14/K133225pdf.* 2014.

7. US_FDA. Miha bodytec II clearance. *http://wwwaccessdatafdagov/cdrh_docs/pdf18/K182519pdf.* 2019.

8. Finsterer J, Stollberger C. Severe rhabdomyolysis after MIHA-bodytec(R) electrostimulation with previous mild hyper-CK-emia and noncompaction. *Int J Cardiol.* 2015;180:100-102.

9. Stollberger C, Finsterer J. Side effects of whole-body electro-myo-stimulation. *Wien Med Wochenschr.* 2019;169(7-8):173-180.

10. Estes MEZ. Rhabdomyolysis after exercise with an electrical muscle stimulator. *Nurse Pract.* 2018;43(9):8-12.

11. Kemmler W, Teschler M, Bebenek M, von Stengel S. [(Very) high Creatinkinase concentration after exertional whole-body electromyostimulation application: health risks and longitudinal adaptations]. *Wien Med Wochenschr.* 2015;165(21-22):427-435.

12. Kroll MW, Witte KK, Ritter MB, Kunz SN, Luceri RM, Criscione JC. Electrical weapons and rhabdomyolysis. *Forensic Sci Med Pathol.* 2021;17(1):58-63.

13. Ho JD, Dawes DM, Chang RJ, Nelson RS, Miner JR. Physiologic effects of a new-generation conducted electrical weapon on human volunteers. *J Emerg Med.* 2014;46(3):428-435.

14. Dawes DM, Ho JD, Sweeney JD, Lundin EJ, Kunz SN, Miner JR. The effect of an electronic control device on muscle injury as determined by creatine kinase enzyme. *Forensic Sci Med Pathol.* 2011;7(1):3-8.

15. Ho JD, Dawes DM, Nelson RS, et al. Acidosis and catecholamine evaluation following simulated law enforcement "use of force" encounters. *Acad Emerg Med.* 2010;17(7):e60-68.

16. Dawes DM, Ho JD, Reardon RF, Sweeney JD, Miner JR. The physiologic effects of multiple simultaneous electronic control device discharges. *West J Emerg Med.* 2010;11(1):49-56.

17. Dawes DM, Ho JD, Reardon RF, et al. The respiratory, metabolic, and neuroendocrine effects of a new generation electronic control device. *Forensic Sci Int.* 2010.

18. Dawes DM, Ho JD, Reardon RF, Miner JR. The cardiovascular, respiratory, and metabolic effects of a long duration electronic control device exposure in human volunteers. *Forensic Sci Med Pathol.* 2010;6(4):268-274.

19. Kunz SN, Calkins H, Adamec J, Kroll MW. Cardiac and skeletal muscle effects of electrical weapons : A review of human and animal studies. *Forensic Sci Med Pathol.* 2018;14(3):358-366.

20. Geng Y, Ma Q, Du YS, et al. Rhabdomyolysis is Associated with In-Hospital Mortality in Patients with COVID-19. *Shock.* 2021;56(3):360-367.

21. Nielsen FE, Cordtz JJ, Rasmussen TB, Christiansen CF. The Association Between Rhabdomyolysis, Acute Kidney Injury, Renal Replacement Therapy, and Mortality. *Clin Epidemiol.* 2020;12:989-995.

22. O'Connor AD, Padilla-Jones A, Gerkin RD, Levine M. Prevalence of Rhabdomyolysis in Sympathomimetic Toxicity: a Comparison of Stimulants. *J Med Toxicol.* 2015;11(2):195-200.

23. Richards JR, Johnson EB, Stark RW, Derlet RW. Methamphetamine abuse and rhabdomyolysis in the ED: a 5-year study. *Am J Emerg Med.* 1999;17(7):681-685.

24. Stewart IJ, Cotant CL, Tilley MA, et al. Association of rhabdomyolysis with renal outcomes and mortality in burn patients. *J Burn Care Res.* 2013;34(3):318-325.

25. Stewart IJ, Faulk TI, Sosnov JA, et al. Rhabdomyolysis among critically ill combat casualties: Associations with acute kidney injury and mortality. *J Trauma Acute Care Surg.* 2016;80(3):492-498.

26. Guarascio P, Lusi EA, Soccorsi F. Electronic muscular stimulators: a novel unsuspected cause of rhabdomyolysis. *Br J Sports Med.* 2004;38(4):505; discussion 505.

27. Kroll M. Baseball, Poison, and Soup Recipes: The TASER Trio of Popular Myths. *Technical Note: ResearchGate.net* [Technical Report]. 2015; 16 April 2015:1-3. Available at: https://www.researchgate.net/publication/275034594_Baseball_Poison_and_Soup_Recipes_The_TASER_Trio_of_Popular_Myths.

28. AAMI/ANSI. NS4:2103 transcutaneous electrical nerve stimulators. *Association for the Advancement of Medical Instrumentation (AAMI), American National Standards Institute (ANSI).* 2013.

29. IEC. IEC 60601-2-10: Particular requirements for the basic safety and essential performance of nerve and muscle stimulators. *International Electrotechnical Commission.* 2016:https://webstore.iec.ch/publication/60601.

30. Oliver T, Bolam RA. CAUSE of DEATH by ELECTRIC SHOCK. *Br Med J.* 1898;1(1933):132-135.

31. Kroll MW, Andrews CJ, Panescu D. Electrocution: Direct-Current Dogma Dies Hard. *Am J Forensic Med Pathol.* 2021;42(4):405-406.

32. Kroll M. Basics of Electrocution. *ResearchGate.* 2021:https://www.researchgate.net/publication/356194079_Electrocution_Primer.

33. Kroll MW, Kroll LC, Panescu D, Perkins PE, Andrews CJ. High Impedance Electrical Accidents: Importance of Source and Subject Impedance. *Annu Int Conf IEEE Eng Med Biol Soc.* 2019;41:1769-1775.

34. Kroll MW, Fish RM, Lakkireddy D, Luceri RM, Panescu D. Essentials of low-power electrocution: established and speculated mechanisms. *Conf Proc IEEE EMBC.* 2012;34:5734-5740.

35. Dokov W. Electrocution-related mortality: a review of 351 deaths by low-voltage electrical current. *Ulus Travma Acil Cerrahi Derg.* 2010;16(2):139-143.

36. Lindstrom R, Bylund PO, Eriksson A. Accidental deaths caused by electricity in Sweden, 1975-2000. *J Forensic Sci.* 2006;51(6):1383-1388.

37. Jones HL. The Lethal Effects of Electrical Currents. *Br Med J.* 1895;1(1783):468-470.

38. Jex-Blake A. Death by Electric Currents and Lightning. *British Medical Journal.* 1913;1:425-603.

39. Antoni H. Pathophysiological basis of ventricular fibrillation. In: Bridges JF, Ford GL, Sherman IA, Vainberg A, eds. *Electrical Shock Safety Criteria.* New York: Pergammon Press; 1985:33-43.

40. Wegria R, Wiggers CJ. Production of ventricular fibrillation by alternating currents. *Am J Physiol.* 1940;131:119.

41. Ferris LP, King BG, Spence PW, Williams HB. Effect of electric shock on the heart. *Electrical Engineering.* 1936;55(5):498-515.

42. Jacobsen J, Buntenkotter S, Reinhard HJ. [Experimental studies in pigs on mortality due to sinusoidal and phase-controlled alternating and rectified currents (author's transl)]. *Biomed Tech (Berl).* 1975;20(3):99-107.

43. Roy OZ, Park GC, Scott JR. Intracardiac catheter fibrillation thresholds as a function of the duration of 60 Hz current and electrode area. *IEEE Transactions on Biomedical Engineering.* 1977;BME-24(5):430-435.

44. Scott JR, Lee WR, Zoledziowski S. Ventricular fibrillation threshold for AC shocks of long duration, in dogs with normal acid-base state. *Br J Ind Med.* 1973;30(2):155-161.

45. Kiselev A. Threshold values of safe current at mains frequency. Problems of electrical equipment, electrical supply and electrical measurements (in Russian). *Sborllik MIIT.* 1963;171:47-58.

46. International Electrotechnical , Commission. Effects of Current on Human Beings and Livestock, CEI/IEC 60479-1: General Aspects, 1st Edition. In: IEC, ed. 1st ed. Geneva: IEC, Geneva, Switzerland; 2018.

47. MacDonald JM, Kaminski RJ, Smith MR. The effect of less-lethal weapons on injuries in police use-of-force events. *Am J Public Health.* 2009;99(12):2268-2274.

48. Taylor B, Woods DJ. Injuries to officers and suspects in police use-of-force cases: A quasi-experimental evaluation. *Police Quarterly.* 2010;13(3):260-289.

49. Kaminski RJ, Engel RS, Rojek J, Smith MR, Alpert G. A quantum of force: The consequences of counting routine conducted energy weapon punctures as injuries. *Justice Quarterly.* 2015;32(4):598-625.

50. Ferdik FV, Kaminski RJ, Cooney MD, Sevigny EL. The influence of agency policies on conducted energy device use and police use of lethal force. *Police Quarterly.* 2014;17:328-358.

51. Kroll M, Brave M, Pratt H, Witte K, Kunz S, Luceri R. Benefits, Risks, and Myths of TASER® Handheld Electrical Weapons. *Human Factors and Mechanical Engineering for Defense and Safety.* 2019;3(1):7.

52. Nimunkar AJ, Webster JG. Safety of pulsed electric devices. *Physiol Meas.* 2009;30(1):101-114.

53. Panescu D, Nerheim M, Kroll MW, Brave M. New Conducted Electrical Weapons: Electrical Safety Relative to Relevant Standards. . *Conf Proc IEEE EMBC.* 2017;39:2185 - 2190.

54. Kroll MW, Perkins PE, Panescu D. Electric Fence Standards Comport with Human Data and AC Limits. *Conf Proc IEEE EMBC.* 2015;37:1343-1348.

55. Panescu D, Nerheim M, Kroll MW. Electrical safety of conducted electrical weapons relative to requirements of relevant electrical standards. *Conf Proc IEEE EMBS.* 2013;35:5342-5347.

56. IEC. Household and similar electrical appliances – Safety – IEC 60335-2-76: Particular requirements for electric fence energizers. *International Electrotechnical Commission.* 2006.

57. Underwriters_Laboratories. UL 69: Electric fence controllers. 2003.

58. Chiles BD, Nerheim MH, Brave MA, Panescu D, Kroll MW. Electrical Weapon Charge Delivery With Arcing. *Conf Proc IEEE Eng Med Biol Soc.* 2018;2018:2234-2239.

59. Criscione JC, Kroll MW. Incapacitation recovery times from a conductive electrical weapon exposure. *Forensic Sci Med Pathol.* 2014;10(2):203-207.

60. Kane RJ, White MD. TASER® Exposure and Cognitive Impairment. *Criminology & Public Policy.* 2015.

61. White MD, Ready JT, Kane RJ, Dario LM. Examining the effects of the TASER on cognitive functioning: findings from a pilot study with police recruits. *Journal of Experimental Criminology.* 2014:1-24.

62. Ho J, Dawes D, Miner J, Moore J, Nystrom P. Neurocognitive Effect of Simulated Resistance and Use of Force Encounters on Standardized Field Sobriety Testing. *The Journal of Emergency Medicine.* 2014;46(2):283.

63. Dawes DM, Ho JD, Vincent AS, et al. The neurocognitive effects of simulated use-of-force scenarios. *Forensic Sci Med Pathol.* 2014;10(1):9-17.

64. Tisdale JE, Shimoyama H, Sabbah HN, Webb CR. The effect of cocaine on Ventricular fibrillation threshold in the normal canine heart. *Pharmacotherapy.* 1996;16(3):429-437.

65. Lakkireddy D, Wallick D, Ryschon K, et al. Effects of cocaine intoxication on the threshold for stun gun induction of ventricular fibrillation. *J Am Coll Cardiol.* 2006;48(4):805-811.

66. Strote J, Verzemnieks E, Walsh M, Hutson HR. Use of force by law enforcement: an evaluation of safety and injury. *J Trauma.* 2010;69(5):1288-1293.

67. Strote J, Walsh M, Angelidis M, Basta A, Hutson HR. Conducted electrical weapon use by law enforcement: an evaluation of safety and injury. *J Trauma.* 2010;68(5):1239-1246.

68. Hall CA, Votova K, Heyd C, et al. Restraint in police use of force events: examining sudden in custody death for prone and not-prone positions. *J Forensic Leg Med.* 2015;31:29-35.

69. Moscati R, Ho JD, Dawes DM, Miner JR. Physiologic effects of prolonged conducted electrical weapon discharge in ethanol-intoxicated adults. *Am J Emerg Med.* 2010;28(5):582-587.

70. Morgan J. Study of Deaths Following Electro Muscular Disruption. *National Institute of Justice: US Department of Justice.* 2011:1-74 http://www.ncjrs.gov/pdffiles71/nij/222981.pdf.

71. Vilke GM, Bozeman WP, Chan TC. Emergency Department Evaluation after Conducted Energy Weapon Use: Review of the Literature for the Clinician. *J Emerg Med.* 2011.

72. Dawes D, Ho J. Conducted Electrical Weapon Deployed Probe Wounds. In: Ho J,

Dawes D, Kroll M, eds. *Atlas of Conducted Electrical Weapons and Forensic Analysis.* New York City: Springer; 2012:47-60.

73. Ho J, Dawes D, Miner J, Kunz S, Nelson R, Sweeney J. Conducted electrical weapon incapacitation during a goal-directed task as a function of probe spread. *Forensic Sci Med Pathol.* 2012;8(4):358-366.

74. Maffiuletti NA, Morelli A, Martin A, et al. Effect of gender and obesity on electrical current thresholds. *Muscle Nerve.* 2011;44(2):202-207.

75. Lukl J, Marek D, Bulava A, et al. Prolonged burst as a new method for cardioverter-defibrillator testing. *Europace.* 2013;15(1):55-59.

76. Zuercher M, Ewy GA, Hilwig RW, et al. Continued breathing followed by gasping or apnea in a swine model of ventricular fibrillation cardiac arrest. *BMC Cardiovasc Disord.* 2010;10:1-7.

77. Haouzi P, Ahmadpour N, Bell HJ, et al. Breathing patterns during cardiac arrest. *J Appl Physiol.* 2010;109(2):405-411.

78. Zima E, Gergely M, Soos P, et al. The effect of induction method on defibrillation threshold and ventricular fibrillation cycle length. *J Cardiovasc Electrophysiol.* 2006;17(4):377-381.

79. Fazelifar AF, Ashrafi P, Haghjoo M, et al. Predictors of ventricular tachycardia induction in syncopal patients with mild to moderate left ventricular dysfunction. *Cardiol J.* 2009;16(4):327-331.

80. Meyborg M, Mura R, Tiefenbacher C, Becker R, Michaelsen J, Niroomand F. Comparative follow up of patients with implanted cardioverter-defibrillators after induction of sustained monomorphic ventricular tachycardias or ventricular fibrillation by programmed stimulation. *Heart.* 2003;89(6):629-632.

81. Bhandari AK, Isber N, Estioko M, et al. Efficacy of low-energy T wave shocks for induction of ventricular fibrillation in patients with implantable cardioverter defibrillators. *J Electrocardiol.* 1998;31(1):31-37.

82. Taneja T, Goldberger J, Johnson D, Kadish A. Is all ventricular fibrillation the same? Influence of mode of induction on characteristics of ventricular fibrillation. *J Cardiovasc Electrophysiol.* 2000;11(12):1355-1363.

83. Taneja T, Goldberger J, Parker MA, et al. Reproducibility of ventricular fibrillation characteristics in patients undergoing implantable cardioverter defibrillator implantation. *J Cardiovasc Electrophysiol.* 1997;8(11):1209-1217.

84. Kroll MW, Walcott GP, Ideker RE, et al. The stability of electrically induced ventricular fibrillation. *Conf Proc IEEE EMBC.* 2012;34:6377-6381.

85. White RD, Goodman BW, Svoboda MA. Neurologic recovery following prolonged out-of-hospital cardiac arrest with resuscitation guided by continuous capnography. *Mayo Clin Proc.* 2011;86(6):544-548.

86. Watkins S, Holmes PA, Howard RS. Lesson of the month (1). Ictal asystole due to unsuspected cocaine abuse. *Clin Med.* 2011;11(2):199-200.

87. Yanagawa Y, Sakamoto T, Okada Y. Six cases of sudden cardiac arrest in alcoholic ketoacidosis. *Intern Med.* 2008;47(2):113-117.

88. Ortega-Carnicer J, Bertos-Polo J, Gutierrez-Tirado C. Aborted sudden death, transient Brugada pattern, and wide QRS dysrrhythmias after massive cocaine ingestion. *J Electrocardiol.* 2001;34(4):345-349.

89. Murray BL, Murphy CM, Beuhler MC. Death following recreational use of designer drug "bath salts" containing 3,4-Methylenedioxypyrovalerone (MDPV). *J Med Toxicol.* 2012;8(1):69-75.

90. Dockery BK, Newman KP. Exercise-induced asystole with syncope in a healthy young man. *Am J Med Sci.* 2007;334(2):145-148.

91. Hassan TB, Pickett JA, Durham S, Barker P. Diagnostic indicators in the early recognition of severe cocaine intoxication. *J Accid Emerg Med.* 1996;13(4):261-263.

92. Paredes VL, Rea TD, Eisenberg MS, et al. Out-of-hospital care of critical drug overdoses involving cardiac arrest. *Acad Emerg Med.* 2004;11(1):71-74.

93. Sattout AH, Nicol MF. Cardiac arrest following cannabis use: a case report. *Cases J.* 2009;2:208.

94. Sykutera M, Cychowska M, Bloch-Boguslawska E. A Fatal Case of Pentedrone and alpha-Pyrrolidinovalerophenone Poisoning. *J Anal Toxicol.* 2015;39(4):324-329.

95. DiMaio V, DiMaio T. Excited Delirium Syndrome. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law*. New York City: Springer-Kluwer; 2009:347-363.

96. Gonin P, Beysard N, Yersin B, Carron PN. Excited Delirium: A Systematic Review. *Acad Emerg Med.* 2018;25(5):552-565.

97. Karch S. Possible Strategies for the Diagnosis of Fatal Excited Delirium Syndrome. *Acad Forensic Pathol* 2012;2(3):273-283.

98. Mash DC. Excited Delirium and Sudden Death: A Syndromal Disorder at the Extreme End of the Neuropsychiatric Continuum. *Front Physiol.* 2016;7:435.

99. Otahbachi M, Cevik C, Bagdure S, Nugent K. Excited delirium, restraints, and unexpected death: a review of pathogenesis. *Am J Forensic Med Pathol.* 2010;31(2):107-112.

100. Ruttenber AJ, Lawler-Heavner J, Yin M, Wetli CV, Hearn WL, Mash DC. Fatal excited delirium following cocaine use: epidemiologic findings provide new evidence for mechanisms of cocaine toxicity. *J Forensic Sci.* 1997;42(1):25-31.

101. Ruttenber AJ, McAnally HB, Wetli CV. Cocaine-associated rhabdomyolysis and excited delirium: different stages of the same syndrome. *Am J Forensic Med Pathol.* 1999;20(2):120-127.

102. Stratton SJ, Rogers C, Brickett K, Gruzinski G. Factors associated with sudden death of individuals requiring restraint for excited delirium. *Am J Emerg Med.* 2001;19(3):187-191.

103. Takeuchi A, Ahern TL, Henderson SO. Excited delirium. *West J Emerg Med.* 2011;12(1):77-83.

104. Vilke GM, Bozeman WP, Dawes DM, Demers G, Wilson MP. Excited delirium syndrome (ExDS): treatment options and considerations. *J Forensic Leg Med.* 2012;19(3):117-121.

105. Kroll M, Wetli CV, Mash D, Karch S, Graham M, Ho J. Excited Delirium Syndrome Checklist. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law*. New York City: Springer-Kluwer; 2009.

106. Sedgwick ML, Dalziel K, Watson J, Carrington DJ, Cobbe SM. The causative rhythm in out-of-hospital cardiac arrests witnessed by the emergency medical services in the Heartstart Scotland Project. *Resuscitation.* 1994;27(1):55-59.

107. Eastman AL, Metzger JC, Pepe PE, et al. Conductive electrical devices: a prospective, population-based study of the medical safety of law enforcement use. *J Trauma.* 2008;64(6):1567-1572.

108. Brewer J, Kroll M. Field Statistics Overview. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law*. New York City: Springer-Kluwer; 2009.

109. Kroll MW, Brave MA, Pratt HMO, Witte KK, Luceri RM. Benefits, Risks, and Myths of TASER® Handheld Electrical Weapons. *Human Factors and Mechanical Engineering for Defense and Safety.* 2019.

110. Kroll M. TASER® Conducted Electrical Weapons: Clinical Forensic Medicine: A Physician's Guide. In: Stark M, ed. *Clinical Forensic Medicine: A Physician's Guide*. New York: Springer; 2011:233-276.

111. Goudge S. The health effects of conducted energy weapons: The Expert Panel on the Medical and Physiological Impacts of Conducted Energy Weapons. *Council of Canadian Academies.* 2013 http://www.scienceadvice.ca/en/assessments/completed/cew.aspx.

112. Kroll MW, Lakkireddy DR, Stone JR, Luceri RM. TASER electronic control devices and cardiac arrests: coincidental or causal? Supplement. *Circulation.* 2014;129(1):On Line Supplement.

113. Kroll MW, Luceri RM, Lakireddy D, Calkins H. Do TASER Electrical Weapons Actually Electrocute? *Can J Cardiol.* 2016;32(10):1261 e1211.

114. Kroll MW, Ritter MB, Kennedy EA, et al. Eye injury from electrical weapon probes: Mechanisms and treatment. *Am J Emerg Med.* 2019;37(3):427-432.

115. Moysidis SN, Koulisis N, Rodger DC, et al. TASER Injuries to the Eye and Ocular Adnexa: The Management of Complex Trauma. *Ophthalmology Retina.* 2018.

116. Kroll MW, Ritter MB, Kennedy EA, et al. Eye injuries from electrical weapon probes: Incidents, prevalence, and legal implications. *J Forensic Leg Med.* 2018;55:52-57.

117. Gapsis BC, Hoang A, Nazari K, Morcos M. Ocular manifestations of TASER-induced trauma. *Trauma Case Rep.* 2017;12:4-7.

118. Kroll MW, Adamec J, Wetli CV, Williams HE. Fatal traumatic brain injury with electrical weapon falls. *J Forensic Leg Med.* 2016;43:12-19.

119. Haileyesus T, Annest JL, Mercy JA. Non-fatal conductive energy device-related injuries treated in US emergency departments, 2005-2008. *Inj Prev.* 2011.

120. Mangus BE, Shen LY, Helmer SD, Maher J, Smith RS. Taser and Taser associated injuries: a case series. *Am Surg.* 2008;74(9):862-865.

121. Clarke C, Andrews SP. The ignitability of petrol vapours and potential for vapour phase explosion by use of TASER(R) law enforcement electronic control device. *Sci Justice.* 2014;54(6):412-420.

122. Kroll M, Ritter M, Williams H. Fatal and Non-fatal Burn Injuries with Electrical Weapons and Explosive Fumes. *J Forensic and Legal Medicine.* 2017;50:6-11.

123. Walcott GP, Kroll MW, Ideker RE. Ventricular fibrillation: are swine a sensitive species? *J Interv Card Electrophysiol.* 2015;42(2):83-89.

124. Valentino DJ, Walter RJ, Dennis AJ, et al. Taser X26 discharges in swine: ventricular rhythm capture is dependent on discharge vector. *J Trauma.* 2008;65(6):1478-1485; discussion 1485-1477.

125. Nanthakumar K, Billingsley IM, Masse S, et al. Cardiac electrophysiological consequences of neuromuscular incapacitating device discharges. *J Am Coll Cardiol.* 2006;48(4):798-804.

126. Geddes LA, Cabler P, Moore AG, Rosborough J, Tacker WA. Threshold 60-Hz current required for ventricular fibrillation in subjects of various body weights. *IEEE Trans Biomed Eng.* 1973;20(6):465-468.

127. Kroll MW, Lakkireddy D, Rahko PS, Panescu D. Ventricular fibrillation risk estimation for conducted electrical weapons: critical convolutions. *Conf Proc IEEE EMBC.* 2011;33:271-277.

128. Rahko PS. Evaluation of the skin-to-heart distance in the standing adult by two-dimensional echocardiography. *J Am Soc Echocardiogr.* 2008;21(6):761-764.

129. Kroll M, Panescu D, Brewer J, Lakkireddy D, Graham M. Weight Adjusted Meta-Analysis of Fibrillation Risk From TASER Conducted Electrical Weapons. *Proceedings of the American Academy of Forensic Science.* 2009:177-177.

130. Panescu D, Kroll MK, Brave MA. Cardiac fibrillation risks with TASER conducted electrical weapons. *Conf Proc IEEE EMBC.* 2015;37:323-329.

131. Zipes DP. Sudden cardiac arrest and death following application of shocks from a TASER electronic control device. *Circulation.* 2012;125(20):2417-2422.

132. Kroll MW, Lakkireddy DR, Stone JR, Luceri RM. TASER electronic control devices and cardiac arrests: coincidental or causal? *Circulation.* 2014;129(1):93-100.

133. Jenkins DM, Jr., Murray WB, Kennett MJ, Hughes EL, Werner JR. The Effects of Continuous Application of the TASER X26 Waveform on Sus scrofa. *J Forensic Sci.* 2013.

134. Biegelmeier. *Effect of current passing through the human body and the electrical impedance of the human body: A guide to IEC-Report 469.* VDE,-Verlag, Berlin: ETZ;1987. 20.

135. Biegelmeier G, Lee WR. New considerations on the threshold of ventricular fibrillation for a.c.shocks at 50~60 Hz. *IEE Proc.* 1980;127(2):Pt. A: 103-110.

136. Dawes D, Ho J, Reardon R, Miner J. Multiple simultaneous exposures of the TASER X26 in human volunteers. *Europace.* 2009;11:i49.

137. Ho JD, Dawes DM, Reardon RF, et al. Human cardiovascular effects of a new generation conducted electrical weapon. *Forensic Sci Int.* 2011;204(1-3):50-57.

138. Yoon RS, DeMonte TP, Hasanov KF, Jorgenson DB, Joy ML. Measurement of thoracic current flow in pigs for the study of defibrillation and cardioversion. *IEEE Trans Biomed Eng.* 2003;50(10):1167-1173.

139. Panescu D, Webster JG, Stratbucker RA. Modeling current density distributions during transcutaneous cardiac pacing. *IEEE Trans Biomed Eng.* 1994;41(6):549-555.

140. Karlon WJ, Eisenberg SR, Lehr JL. Effects of paddle placement and size on defibrillation current distribution: a three-dimensional finite element model. *IEEE Trans Biomed Eng.* 1993;40(3):246-255.

141. Panescu D, Kroll MW, Efimov IR, Sweeney JD. Finite element modeling of electric field effects of TASER devices on nerve and

142. Enoka RM. Morphological features and activation patterns of motor units. *J Clin Neurophysiol.* 1995;12(6):538-559.

143. Burke RE. Firing patterns of gastrocnemius motor units in the decerebrate cat. *J Physiol.* 1968;196(3):631-654.

144. Kroll MW, Panescu D. Physics of Electrical Injury. In: Ho JD, Dawes DM, Kroll MW, eds. *Atlas of conducted electrical weapon wounds and forensic analysis.* New York: Springer; 2012:25-45.

145. Schipke JD, Heusch G, Sanii AP, Gams E, Winter J. Static filling pressure in patients during induced ventricular fibrillation. *Am J Physiol Heart Circ* 2003;285(6):H2510-2515.

146. Swerdlow CD, Olson WH, O'Connor ME, Gallik DM, Malkin RA, Laks M. Cardiovascular collapse caused by electrocardiographically silent 60-Hz intracardiac leakage current. Implications for electrical safety. *Circulation.* 1999;99(19):2559-2564.

147. Chilbert M. Standards and Rationale. In: Reilly J, ed. *Applied Bioelectricity: From Electrical Stimulation to Electrical Pathology.* New York: Springer; 1998:454-501.

148. Donoghue E, Lifschultz B. Electrical and Lightning Injuries. In: Spitz W, ed. *Medicolegal Investigation of Death.* 4 ed. Springfield, IL: Charles C. Thomas; 2006:882-901.

149. Ralph R, Kabat H, Anderson J. Acute arrest of cerebral circulation in man: Lieutenant Ralph Rossen (MC), USNR. *Arch Neurol Psychiatr.* 1943;50:510.

150. Zuercher M, Ewy GA, Otto CW, et al. Gasping in response to basic resuscitation efforts: observation in a Swine model of cardiac arrest. *Crit Care Res Pract.* 2010;10(36):1-7.

151. Clark JJ, Larsen MP, Culley LL, Graves JR, Eisenberg MS. Incidence of agonal respirations in sudden cardiac arrest. *Ann Emerg Med.* 1992;21(12):1464-1467.

152. Kroll MW, Fish RM, Calkins H, Halperin H, Lakkireddy D, Panescu D. Defibrillation success rates for electrically-induced fibrillation: hair of the dog. *Conf Proc IEEE EMBC.* 2012;34:689-693.

153. Waalewijn RA, Nijpels MA, Tijssen JG, Koster RW. Prevention of deterioration of ventricular fibrillation by basic life support during out-of-hospital cardiac arrest. *Resuscitation.* 2002;54(1):31-36.

154. Hallstrom A, Eisenberg M, Bergner L. The Persistence of Ventricular Fibrillation and Its Implication for Evaluating EMS. *Emergency Health Services Quarterly.* 1983;1(4):41-49.

155. Holmberg M, Holmberg S, Herlitz J. Incidence, duration and survival of ventricular fibrillation in out-of-hospital cardiac arrest patients in sweden. *Resuscitation.* 2000;44(1):7-17.

156. Weaver WD, Cobb LA, Dennis D, Ray R, Hallstrom AP, Copass MK. Amplitude of ventricular fibrillation waveform and outcome after cardiac arrest. *Ann Intern Med.* 1985;102(1):53-55.

157. Kunz SN, Calkins HG, Adamec J, Kroll MW. Adrenergic and metabolic effects of electrical weapons: review and meta-analysis of human data. *Int J Legal Med.* 2018;132(5):1469-1475.

158. Ho JD, Dawes DM, Nystrom PC, et al. Markers of acidosis and stress in a sprint versus a conducted electrical weapon. *Forensic Sci Int.* 2013;233(1-3):84-89.

159. Kunz SN, Grove N, Fischer F. Acute pathophysiological influences of conducted electrical weapons in humans: A review of current literature. *Forensic Sci Int.* 2012;221(1-3):1-4.

160. Vilke G, Chan T, Sloane C, Neuman T, Castillio E, Kolkhorst F. The effect of TASER on cardiac, respiratory and metabolic physiology in human subjects. *NIJ Report.* 2011:1-28 https://www.ncjrs.gov/pdffiles21/nij/grants/236947.pdf.

161. Ho JD, Dawes DM, Cole JB, Hottinger JC, Overton KG, Miner JR. Lactate and pH evaluation in exhausted humans with prolonged TASER X26 exposure or continued exertion. *Forensic Sci Int.* 2009;190(1-3):80-86.

162. Han J, Garciadejalon P, Moe GK. Adrenergic Effects on Ventricular Vulnerability. *Circ Res.* 1964;14:516-524.

163. Papp JG, Szekeres L. Analysis of the mechanism of adrenergic actions on ventricular vulnerability. *Eur J Pharmacol.* 1968;3(1):15-26.

164. Gerst PH, Fleming WH, Malm JR. A quantitative evaluation of the effects of acidosis and alkalosis upon the ventricular

fibrillation threshold. *Surgery.* 1966;59(6):1050-1060.

165. Faes TJ, van der Meij HA, de Munck JC, Heethaar RM. The electric resistivity of human tissues (100 Hz-10 MHz): a meta-analysis of review studies. *Physiol Meas.* 1999;20(4):R1-10.

166. Rush S, Abildskov JA, McFeer. Resistivity of body tissues at low frequencies. *Circ Res.* 1963;12:40-50.

167. *Betty Lou Heston, et al Vs. City Of Salinas et al.,* Case No. C 05-03658 JW (United States District Court Northern District Of California 2007).

168. Kroll M. Significance of Sound During CEW Application. *Technical Note: Research-Gate.net* [Technical Report]. 2015; 15 April 2015 https://www.researchgate.net/publication/275024090_Significance_of_Sound_During_CEW_Application.

169. Chiles BC. Identification of TASER ® conducted electrical weapon cartridge wires via wire characteristics analysis. 2015:https://www.researchgate.net/publication/333856854_IDENTIFICATION_OF_TASER_R_CONDUCTED_ELECTRICAL_WEAPON_CARTRIDGE_WIRES_VIA_WIRE_CHARACTERISTICS_ANALYSIS.

170. Heim C, Schmidtbleicher D, Niebergall E. The risk of involuntary firearms discharge. *Human Factors: The Journal of the Human Factors and Ergonomics Society.* 2006;48(3):413-421.

171. Heim C, Schmidtbleicher D, Niebergall E. Towards an understanding of involuntary firearms discharges: Possible risks and implications for training. *Policing: An International Journal of Police Strategies & Management.* 2006;29(3):434-450.

172. O'Neill J, O'Neill DA, Lewinski WJ. Toward a taxonomy of the unintentional discharge of firearms in law enforcement. *Applied Ergonomics.* 2017;59:283-292.

173. Demetriou G. To punch or not to punch, That is the question. *The ASLET Journal.* 1994;2(10):46-49.

174. Messina P. Ready when your gun goes "bang". *American Police Beat.* 2000;7(8):35.

175. Sherrington C. *The integrative action of the nervous system.* Yale University Press; 1906.

176. Archontides C, Fazey JA. Inter-limb interactions and constraints in the expression of maximum force: a review,

some implications and suggested underlying mechanisms. *J Sports Sci.* 1993;11(2):145-158.

177. Corna S, Galante M, Grasso M, Nardone A, Schieppati M. Unilateral displacement of lower limb evokes bilateral EMG responses in leg and foot muscles in standing humans. *Exp Brain Res.* 1996;109(1):83-91.

178. Armatas CA, Summers JJ, Bradshaw JL. Mirror movements in normal adult subjects. *J Clin Exp Neuropsychol.* 1994;16(3):405-413.

179. Aranyi Z, Rosler KM. Effort-induced mirror movements. A study of transcallosal inhibition in humans. *Exp Brain Res.* 2002;145(1):76-82.

180. Ferbert A, Priori A, Rothwell JC, Day BL, Colebatch JG, Marsden CD. Interhemispheric inhibition of the human motor cortex. *J Physiol.* 1992;453:525-546.

181. Farmer SF, Ingram DA, Stephens JA. Mirror movements studied in a patient with Klippel-Feil syndrome. *J Physiol.* 1990;428:467-484.

182. Shinohara M, Keenan KG, Enoka RM. Contralateral activity in a homologous hand muscle during voluntary contractions is greater in old adults. *J Appl Physiol (1985).* 2003;94(3):966-974.

183. Li ZM, Latash ML, Newell KM, Zatsiorsky VM. Motor redundancy during maximal voluntary contraction in four-finger tasks. *Exp Brain Res.* 1998;122(1):71-78.

184. Kearney RE, Chan CW. Interlimb reflexes evoked in human arm muscles by ankle displacement. *Electroencephalogr Clin Neurophysiol.* 1981;52(1):65-71.

185. Enoka R. Involuntary muscle contractions and the unintentional discharge of a firearm. *Law Enforcement Executive Forum.* 2003;3(2):27-39.

186. Panescu D, Kroll M, Brave M. Current Distribution in Tissues with Conducted Electrical Weapons Operated in Drive-Stun Mode. *Conf Proc IEEE EMBC.* 2016;38.

187. Kroll M. Conducted Electrical Weapon Drive-Stun Mode: Skin Rub vs. Injection. *Technical Note: ResearchGate.net* [Technical Report]. 2015; 16 April 2015:https://www.researchgate.net/publication/275035976_Conducted_Electrical_Weapon_Drive-Stun_Mode_Skin_Rub_vs_Injection.

188. Ho J, Dawes D. Conducted Electrical Weapon Drive-Stun Wounds. In: Ho J, Dawes D, Kroll M, eds. *Atlas of Conducted Electrical*

Weapons and Forensic Analysis. New York City: Springer; 2012:61-78.

189. Wyant RT, Burns TJ. Post-event Conducted Electrical Weapon Wire and Probe Analysis. Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis. 2012:167-184.

190. Wyant R, Hinz A. Examination of Electronic Control Device Probes to Determine Duration of Application. Proceedings of the American Academy of Forensic Science. 2009.

191. Robson RE, Paranjape BV. Acoustoelectric effects in a gaseous medium. Phys Rev A. 1992;45(12):8972-8974.

192. Bayle P, Vacquie J, Bailey M. Cathode region of a transitory discharge in CO2. I. Theory of the cathode region. Phys Rev A. 1986;34(1):360-371.

193. Bequin P, Herzog P. Model of acoustic sources related to negative point-to-plane discharges in ambiant air. Acta Acustica. 1997;83:359-366.

194. Walcott GP, Kroll MW, Ideker RE. Ventricular fibrillation threshold of rapid short pulses. Conf Proc IEEE EMBC. 2011;33:255-258.

195. Vilke GM, Chan TC. Less lethal technology: medical issues. Policing. 2007;30(3):341-357.

196. White MD, Ready J. The TASER as a less lethal force alternative: Findings on use and effectiveness in a large metropolitan police agency. Police Quarterly. 2007;10(2):170-191.

197. Brave MA, Lakkireddy DR, Kroll MW. Validity of the small swine model for human electrical safety risks. Conf Proc IEEE EMBC. 2016;38:2343-2348.

198. Wu JY, Sun H, O'Rourke AP, et al. Taser blunt probe dart-to-heart distance causing ventricular fibrillation in pigs. IEEE Trans Biomed Eng. 2008;55(12):2768-2771.

199. Panescu D, Kroll M, Brave M. Limitations of animal electrical cardiac safety models. Conf Proc IEEE EMBC. 2014;36:6483-6486.

200. Sedmera D, Gourdie RG. Why do we have Purkinje fibers deep in our heart? Physiol Res. 2014;63 Suppl 1:S9-S18.

201. Huang J, Dosdall DJ, Cheng KA, Li L, Rogers JM, Ideker RE. The importance of purkinje activation in long duration ventricular fibrillation. J Am Heart Assoc. 2014;3(1):e000495.

202. Dosdall DJ, Osorio J, Robichaux RP, Huang J, Li L, Ideker RE. Purkinje activation precedes myocardial activation following defibrillation after long-duration ventricular fibrillation. Heart Rhythm. 2010;7(3):405-412.

203. Ono N, Yamaguchi T, Ishikawa H, et al. Morphological varieties of the Purkinje fiber network in mammalian hearts, as revealed by light and electron microscopy. Arch Histol Cytol. 2009;72(3):139-149.

204. Pak H-N, Kim GI, Lim HE, et al. Both Purkinje cells and left ventricular posteroseptal reentry contribute to the maintenance of ventricular fibrillation in open-chest dogs and swine: effects of catheter ablation and the ventricular cut-and-sew operation. Circulation journal: official journal of the Japanese Circulation Society. 2008;72(7):1185.

205. Dosdall DJ, Cheng KA, Huang J, et al. Transmural and endocardial Purkinje activation in pigs before local myocardial activation after defibrillation shocks. Heart Rhythm. 2007;4(6):758-765.

206. Walcott GP, Kroll MW, Ideker RE. Ventricular fibrillation: are swine a sensitive species? J Interv Card Electrophys. 2015;42(2):83-89.

207. Dawes DM, Ho JD, Reardon RF, Miner JR. Echocardiographic evaluation of TASER X26 probe deployment into the chests of human volunteers. Am J Emerg Med. 2010;28(1):49-55.

208. Ho JD, Dawes DM, Reardon RF, et al. Echocardiographic evaluation of a TASER-X26 application in the ideal human cardiac axis. Acad Emerg Med. 2008;15(9):838-844.

209. Stopyra JP, Winslow JE, Fitzgerald DM, Bozeman WP. Intracardiac electrocardiographic assessment of precordial TASER shocks in human subjects: A pilot study. J Forensic Leg Med. 2017;52:70-74.

210. Bozeman WP, Teacher E, Winslow JE. Transcardiac conducted electrical weapon (TASER) probe deployments: incidence and outcomes. J Emerg Med. 2012;43(6):970-975.

211. Ideker RE, Dosdall DJ. Can the direct cardiac effects of the electric pulses generated by the TASER X26 cause immediate or delayed sudden cardiac arrest in normal adults? Am J Forensic Med Pathol. 2007;28(3):195-201.

212. American Medical Association. Use of Tasers by Law Enforcement Agencies (Resolution 401, A-08). Resolutions of the 2009 AMA National Convention. 2009.

213. Dennis AJ, Valentino DJ, Walter RJ, et al. Acute effects of TASER X26 discharges in a swine model. *J Trauma.* 2007;63(3):581-590.

214. Walter RJ, Dennis AJ, Valentino DJ, et al. TASER X26 discharges in swine produce potentially fatal ventricular arrhythmias. *Acad Emerg Med.* 2008;15(1):66-73.

215. Lakkireddy D, Wallick D, Verma A, et al. Cardiac effects of electrical stun guns: does position of barbs contact make a difference? *Pacing Clin Electrophysiol.* 2008;31(4):398-408.

216. Valentino DJ, Walter RJ, Dennis AJ, et al. Acute effects of MK63 stun device discharges in miniature swine. *Mil Med.* 2008;173(2):167-173.

217. Valentino DJ, Walter RJ, Nagy K, et al. Repeated thoracic discharges from a stun device. *J Trauma.* 2007;62(5):1134-1142.

218. Valentino DJ, Walter RJ, Dennis AJ, et al. Neuromuscular effects of stun device discharges. *J Surg Res.* 2007;143(1):78-87.

219. Ho J, Lapine A, Joing S, Reardon R, Dawes D. Confirmation of respiration during trapezial conducted electrical weapon application. *Acad Emerg Med.* 2008;15(4):398.

220. Panescu D, Kroll M, Iverson C, Brave M. The sternum as an electrical shield. *Conf Proc IEEE EMBC.* 2014;36:4464-4470.

221. Jolley M, Stinstra J, Tate J, et al. Finite element modeling of subcutaneous implantable defibrillator electrodes in an adult torso. *Heart Rhythm.* 2010;7(5):692-698.

222. Panescu D, Kroll MW, Stratbucker RA. Medical safety of TASER conducted energy weapon in a hybrid 3-point deployment mode. *Conf Proc IEEE EMBC.* 2009;31:3191-3194.

223. Rhee EK. Finite element modeling of novel ICD configurations in pediatric and congenital heart disease: validation of the MacGyver principle? *Heart Rhythm.* 2008;5(4):573-574.

224. Panescu D, Kroll MW, Stratbucker RA. Theoretical possibility of ventricular fibrillation during use of TASER neuromuscular incapacitation devices. *Conf Proc IEEE EMBC.* 2008;30:5671-5674.

225. Jolley M, Stinstra J, Pieper S, et al. A computer modeling tool for comparing novel ICD electrode orientations in children and adults. *Heart Rhythm.* 2008;5(4):565-572.

226. Sun H, Webster JG. Estimating neuromuscular stimulation within the human torso with Taser stimulus. *Phys Med Biol.* 2007;52(21):6401-6411.

227. Stratbucker RA, Kroll MW, McDaniel W, Panescu D. Cardiac current density distribution by electrical pulses from TASER devices. *Conf Proc IEEE EMBC.* 2006;28:6305-6307.

228. Hunt LC, de Jongh Curry AL. Transthoracic atrial defibrillation energy thresholds are correlated to uniformity of current density distributions. *Conf Proc IEEE EMBC.* 2006;26:4374-4377.

229. Singh S, Saha S. Electrical properties of bone. A review. *Clinical orthopaedics and related research.* 1984(186):249-271.

230. Panescu D, Kroll MW, Brave M. New Conducted Electrical Weapons: Thoracic Cage Shielding Effects. . *Conf Proc IEEE EMBC.* 2017;39:2191-2196.

231. Stanik-Hutt JA. Management options for angina refractory to maximal medical and surgical interventions. *AACN Clin Issues.* 2005;16(3):320-332.

232. Gowda RM, Khan IA, Punukollu G, Vasavada BC, Nair CK. Treatment of refractory angina pectoris. *Int J Cardiol.* 2005;101(1):1-7.

233. Jessurun GA, Hautvast RW, Tio RA, DeJongste MJ. Electrical neuromodulation improves myocardial perfusion and ameliorates refractory angina pectoris in patients with syndrome X: fad or future? *Eur J Pain.* 2003;7(6):507-512.

234. Dawes DM, Ho JD, Kroll MW, Miner JR. Electrical characteristics of an electronic control device under a physiologic load: a brief report. *Pacing Clin Electrophysiol.* 2010;33(3):330-336.

235. Pak HN, Kim YH, Lim HE, et al. Role of the posterior papillary muscle and purkinje potentials in the mechanism of ventricular fibrillation in open chest dogs and Swine: effects of catheter ablation. *J Cardiovasc Electrophysiol.* 2006;17(7):777-783.

236. Hamlin RL. Animal models of ventricular arrhythmias. *Pharmacol Ther.* 2007;113(2):276-295.

237. Allison JS, Qin H, Dosdall DJ, et al. The transmural activation sequence in porcine and canine left ventricle is markedly different during long-duration ventricular fibrillation. *J Cardiovasc Electrophysiol.* 2007;18(12):1306-1312.

238. Holland RP, Brooks H. The QRS complex during myocardial ischemia. An

experimental analysis in the porcine heart. *J Clin Invest.* 1976;57(3):541-550.

239. Newton JC, Smith WM, Ideker RE. Estimated global transmural distribution of activation rate and conduction block during porcine and canine ventricular fibrillation. *Circ Res.* 2004;94(6):836-842.

240. Dawes DM, Ho JD, Johnson MA, Lundin E, Janchar TA, Miner JR. 15-Second conducted electrical weapon exposure does not cause core temperature elevation in non-environmentally stressed resting adults. *Forensic Sci Int.* 2008;176(2-3):253-257.

241. Ho J, Dawes D. The Effect of the eXtended Range Electronic Projectile (XREP) on Breathing. Australian College of Emergency Medicine Winter Symposium; July, 2008; Newcastle, NSW.

242. Ho JD, Dawes DM, Heegaard WG, Calkins HG, Moscati RM, Miner JR. Absence of electrocardiographic change after prolonged application of a conducted electrical weapon in physically exhausted adults. *J Emerg Med.* 2011;41(5):466-472.

243. Ho JD, Dawes DM, Bultman LL, et al. Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers. *Acad Emerg Med.* 2007;14:197-201.

244. Pasquier M, Carron PN, Vallotton L, Yersin B. Electronic control device exposure: a review of morbidity and mortality. *Ann Emerg Med.* 2011;58(2):178-188.

245. Ho JD, Dawes DM, Bultman LL, Moscati RM, Janchar TA, Miner JR. Prolonged TASER use on exhausted humans does not worsen markers of acidosis. *Am J Emerg Med.* 2009;27(4):413-418.

246. Ho JD, Miner JR, Lakireddy DR, Bultman LL, Heegaard WG. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med.* 2006;13(6):589-595.

247. Vilke GM, Sloane CM, Suffecool A, et al. Physiologic effects of the TASER after exercise. *Acad Emerg Med.* 2009;16(8):704-710.

248. Vilke GM, Sloane CM, Bouton KD, et al. Physiological effects of a conducted electrical weapon on human subjects. *Ann Emerg Med.* 2007;50(5):569-575.

249. Chan T, Sloane C, Neuman T, et al. The Impact of the Taser Weapon on Respiratory And Ventilatory Function in Human Subjects. *Acad Emerg Med* 2007;14:191-192.

250. Taylor B, Woods D, Kubu B, et al. Comparing safety outcomes in police use-of-force cases for law enforcement agencies that have deployed conducted energy devices and a matched comparison group that have not: A quasi-experimental evaluation. *Police Executive Research Forum.* 2009.

251. Mesloh C, Henych M, Wolf R. Less Lethal Weapon Effectiveness, Use of Force, and Suspect & Officer Injuries: A Five-Year Analysis. *Report to the National Institute of Justice.* 2008;224081:1-103.

252. Smith M, Kaminski R, Rojek J, Alpert G, Mathis J. The impact of conducted energy devices and other types of force and resistance on officer and suspect injuries. *Policing: An International Journal of Police Strategies & Management.* 2007;30(3):423-446.

253. Butler C, Hall C. Police/Public Interaction: Arrests, Use of Force by Police, and Resulting Injuries to Subjects and Officers—A Description of Risk in One Major Canadian City. *Law Enforcement Executive Forum.* 2008;8(6):139-155.

254. White M, Ready J. The TASER as a Less Lethal Force Alternative. Findings on Use and Effectiveness in a Large Metropolitan Police Agency. *Police Quarterly.* 2006.

255. White M, Ready J. Examining fatal and nonfatal incidents involving the TASER: Identifying predictors of suspect death reported in the media. *Criminology & Public Policy.* 2009;8(4):863-889.

256. Haileyesus T, Annest JL, Mercy JA. Non-fatal conductive energy device-related injuries treated in US emergency departments, 2005-2008. *Inj Prev.* 2011;17(2):127-130.

257. Mesloh C, Wolf R, Henych M, Thompson F. Less Lethal Weapons for Law Enforcement: A Performance-Based Analysis. *Law Enforcement Executive Forum.* 2008;8(1):133-149.

258. Ho JD, Clinton JE, Lappe MA, Heegaard WG, Williams MF, Miner JR. Introduction of the conducted electrical weapon into a hospital setting. *J Emerg Med.* 2011;41(3):317-323.

259. Jenkinson E, Neeson C, Bleetman A. The relative risk of police use-of-force options: evaluating the potential for deployment of electronic weaponry. *J Clin Forensic Med.* 2006;13(5):229-241.

260. Bozeman WP, Hauda WE, 2nd, Heck JJ, Graham DD, Jr., Martin BP, Winslow JE. Safety and injury profile of conducted electrical weapons used by law enforcement officers against criminal suspects. *Ann Emerg Med*. 2009;53(4):480-489.

261. Bozeman WP, Stopyra JP, Klinger DA, et al. Injuries associated with police use of force. *J Trauma Acute Care Surg*. 2018;84(3):466-472.

262. Brandl S. An Analysis Of 2010 Use Of Force Incidents In The Milwaukee Police Department. 2011:21, Milwaukee.

263. Grove N, Grove C, Peschel O, Kunz S. Welfare effects of substituting traditional police ballistic weapons with non-lethal alternativesWohlfahrtseffekte der Substitution traditioneller ballistischer Schusswaffen durch nichtletale Alternativen. *Rechtsmedizin*. 2016;26(5):418-424.