UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSE MARIE CELESTIN, as Next of Kin and Personal Representative of the Estate of JEAN SAMUEL CELESTIN, deceased,

Plaintiff,

-against-

CITY OF OCOEE, Officer JOSHUA BODE, individually, Officer CHRISTOPHER BONNER, individually, Officer DOMINIC CHIUCHIARELLI, individually, Officer BRIAN HARRIS, individually, TOWN OF WINDERMERE, and Officer GRIFFIN HEBEL, individually,

Defendants.

CASE NO: 6:21-cv-00896-RBD-EJK

## PLAINTIFF'S REBUTTAL EXPERT WITNESS DISCLOSURE

Plaintiff, ROSE MARIE CELESTIN, as Next of Kin and Personal Representative of the Estate of JEAN SAMUEL CELESTIN, deceased, by and through the undersigned attorneys, in accordance with the March 2, 2022 Second Amended Case Management and Scheduling Order, *see* ECF No. 73, and Federal Rule of Civil Procedure 26, files this Rebuttal Expert Witness Disclosure and states as follows:

1. Plaintiff designates the following rebuttal expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)(b) to testify on Plaintiff's behalf:

    a. Michael Baden, M.D.
    b. Alon Steinberg, M.D.

2. The Verified Reports are attached. The attached Verified Reports contain a complete statement of rebuttal opinions formulated to date to be expressed at trial and the bases and reasons therefor; the data or other information considered by the above-named experts in

informing the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the experts listed above, including a list of all publications authored by the experts within the preceding ten years; the compensation to be paid for the study and testimony; and the listing of any other cases in which the experts has testified as an expert at trial or by deposition within the preceding four years.

4. Plaintiff reserves the right to rely on the testimony of any of Defendants' experts. Furthermore, Plaintiff reserves the right to rely on the testimony of any of Defendants' hybrid fact and/or expert witnesses.

Dated: June 17, 2022
Orlando, Florida

/s/ Jeremy K. Markman
JEREMY K. MARKMAN, Esquire
Florida Bar No.: 0080594
KING & MARKMAN, P.A.
941 Lake Baldwin Lane, Ste. 101
Orlando, Florida 32814
Tel: (407) 447-0848
Fax: (407) 271-8999
markman@kingmarkman.com
cuwabera@kingmarkman.com
*Attorney for Plaintiff*

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

By: /s/
Andrew G. Celli, Jr.*
Jonathan S. Abady*
Earl S. Ward*
Andrew K. Jondahl*

600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000
*Attorneys for Plaintiff*

*\* Admitted pro hac vice*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via email to: Gail C. Bradford (gbradford@drml-law.com), Frank Mari (fmari@roperpa.com), and Benjamin Lawrence Bedard (bbedard@rrbpa.com) this 17th day of June, 2021.

　/s/ Andrew K. Jondahl

Andrew K. Jondahl*
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000
ajondahl@ecbawm.com
*Attorney for Plaintiff*

* *Admitted pro hac vice*