UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:21-cv-00896-RBD-EJK

ROSE MARIE CELESTIN, as
Next of Kin and Personal
Representative of the Estate of JEAN
SAMUEL CELESTIN, deceased,

      Plaintiff,

v.

CITY OF OCOEE, Officer JOSHUA BODE,
individually, Officer CHRISTOPHER BONNER,
individually, Officer DOMINIC
CHIUCHIARELLI, individually, Officer
BRIAN HARRIS, individually, TOWN OF
WINDERMERE, and Officer GRIFFIN
HEBEL, individually,

      Defendants.
_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, FOR LEAVE TO SERVE SURREBUTTAL EXPERT REPORTS AND EXTENSION OF TIME TO TAKE ALON STEINBERG'S DEPOSITION**

Plaintiff Rose Marie Celestin opposes Defendants' motion to strike the rebuttal expert report by Dr. Alon Steinberg, or in the alternative, to amend the Second Amended Case Management and Scheduling Order. Doc. 81.

## ARGUMENT

Dr. Steinberg's rebuttal report is proper because it is on the same subject matter as the reports of Defendants' experts and meticulously contradicts their opinions. *See* Fed. R. Civ. P. 26(a)(2)(D)(ii). For example, Dr. Steinberg, a cardiologist, rebuts Dr. Vilke's opinion that Mr. Celestin's enlarged heart contributed to his death by explaining that his heart was of normal size, Doc. 81-12 at 12, and he rebuts Dr. Vilke's opinion that the officers' conduct could not have caused Mr. Celestin's death by summarizing various studies (including Dr. Vilke's own studies) that contradict that conclusion, Doc. 81-12 at 6-8.

A rebuttal expert report is proper so long as it "present[s] evidence that contradicts or rebuts evidence on the same subject matter identified by an initial expert witness." *Northrup v. Werner Enter., Inc.*, No. 8:14-cv-1627, 2015 WL 4756947, at *2 (M.D. Fla. Aug. 11, 2015); *see also Teledyne Instruments, Inc. v. Cairns*, No. 6:12-cv-854, 2013 WL 5781274, at *17 (M.D. Fla. Oct. 25, 2013) (rebuttal report need only "repel other expert testimony") (cleaned up).

The rebuttal reports in the three cases Defendants rely on "[did] not specifically identify or attack the testimony of [the other parties'] experts." *See, e.g.*, *In re Trasylol Prod. Liab. Litig.*, No. 1:09-MD-01928, 2010 WL 4065436, at *2 (S.D. Fla. Aug. 6, 2010). Here, Dr. Steinberg's expert report is organized by each expert opinion he rebuts and mentions Defendants' experts a combined 73 times.

*See generally* Doc. 81-12. Under these circumstances, Dr. Steinberg's report is a "bona fide rebuttal report," which should be admitted with no changes to the Court's scheduling order. *Teledyne Instruments*, 2013 WL 5781274, at *18 (report was "bona fide" where it mentioned other party's expert 30 times); *see also Johnson v. Petsmart, Inc.*, No. 6:06-cv-1716, 2007 WL 3024029, at *2 (M.D. Fla. Oct. 15, 2007) (rebuttal report proper because it responded to another expert's enumerated opinions).

In any event, Defendants' motion to strike the report in its entirety must be denied because it "is a drastic remedy, which is disfavored by the courts." *Kearney Constr. Co. LLC v. Travelers Cas. & Sur. Co. of Am.*, No. 8:09-cv-1850, 2017 WL 2172200, at *1 (M.D. Fla. Apr. 19, 2017) (cleaned up); *see also Brown v. Nocco*, No. 8:16-CV-3155, 2018 WL 7502408, at *2 (M.D. Fla. June 11, 2018) (motion to strike "too severe a sanction" where rebuttal expert offered new information on causation).

WHEREFORE Plaintiff respectfully requests that this Court (1) deny Defendants' motion (Doc. 81) in its entirety, or (2) in the alternative, if the Court grants Defendants' request for surrebuttal reports, deny Defendants' request to extend the deadline to depose Dr. Steinberg (whose report has already been served) and grant Plaintiff an extension of the deadline to depose Defendants' experts until one month after such reports are served.

Dated:     June 28, 2022
              Orlando, Florida

/s/ Jeremy K. Markman
Jeremy K. Markman, Esquire
Florida Bar No.: 0080594
KING & MARKMAN, P.A.
941 Lake Baldwin Lane, Ste. 101
Orlando, Florida 32814
Tel:     (407) 447-0848
Fax:    (407) 271-8999
markman@kingmarkman.com
cuwabera@kingmarkman.com
*Attorney for Plaintiff*

/s/ Andrew G. Celli, Jr.
Andrew G. Celli, Jr.*
Jonathan S. Abady*
Earl S. Ward*
Andrew K. Jondahl *
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000
*Attorneys for Plaintiff*

* *Admitted pro hac vice*

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2022, I filed the foregoing with the court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Andrew K. Jondahl
Andrew K. Jondahl *
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000
*Attorneys for Plaintiff*

* *Admitted pro hac vice*