UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSE MARIE CELESTIN, as Next of Kin and Proposed Personal Representative of the Estate of Jean Samuel Celestin, deceased,

    Plaintiff,

v.

CITY OF OCOEE, OFFICER JOSHUA BODE, OFFICER CHRISTOPHER BONNER, OFFICER DOMINIC CHIUCHIARELLI, OFFICER BRIAN HARRIS, TOWN OF WINDERMERE, AND OFFICER GRIFFIN HEBEL,

    Defendants.
_____/

Case No. 6:21-cv-896-RBD-EJK

**DEFENDANTS' NOTICE REGARDING MOTION TO STRIKE, OR IN THE ALTERNATIVE, FOR LEAVE TO SERVE SURREBUTTAL EXPERT REPORTS AND EXTENSION OF TIME TO TAKE ALON STEINBERG'S DEPOSITION**

COME NOW, Defendants, through their respective undersigned attorneys, file and serve their Notice Regarding Motion to Strike, or in the Alternative, for Leave to Serve Surrebuttal Expert Reports and Extension of Time to Take Alon Steinberg's Deposition.

    1.    On June 23, 2022, Defendants filed their Motion to Strike, or in the Alternative, for Leave to Serve Surrebuttal Expert Reports and Extension of Time to Take Alon Steinberg's Deposition (Doc. 81).

2.  In the alternative to Defendants' request that the Court strike Dr. Steinberg's report, Defendants requested that the Court grant Defendants leave to serve surrebuttal expert reports and an extension of time through August 15, 2022 for Dr. Steinberg's deposition.

3.  Based on availability of Dr. Alon Steinberg and counsel, Defendants file this notice to modify their alternative requested relief to seek an extension of time through August 20, 2022 to complete Dr. Steinberg's deposition (along with an unmodified request for leave to serve surrebuttal expert reports).

Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL  32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary email:  fmari@roperpa.com
Secondary email:  ihaines@roperpa.com
Attorney for Defendants Town of Windermere and Officer Griffin Hebel

*/s/ Gail C. Bradford*
Gail C. Bradford
Florida Bar No. 295980
Dean, Ringers, Morgan & Lawton, P.A.
201 E Pine St
Ste 1200
PO Box 2928
Orlando, FL 32802-2928
(407) 422-4310
gbradford@drml-law.com
Attorney for City of Ocoee
(signed by filing attorney with permission of Gail Bradford)

*/s/ Benjamin L. Bedard*
Benjamin L. Bedard
Florida Bar No. 983772
Roberts, Reynolds, Bedard & Tuzzio, P.A.
470 Columbia Dr, Ste 101C
West Palm Beach, FL 33409
(561) 688-6560
(561) 688-2343 (fax)
bbedard@rrbpa.com
skaufer@rrbpa.com
Attorneys for Officer Brian Harris, Officer Christopher Bonner, Officer Dominic Chiuchiarelli, and Officer Joshua Bode
(signed by filing attorney with permission of Benjamin L. Bedard)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Frank Mari*
Attorney for Defendants Town of Windermere and Officer Griffin Hebel