UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSE MARIE CELESTIN, as Next of Kin and Proposed Personal Representative of the Estate of Jean Samuel Celestin, deceased,

    Plaintiff,

v.

Case No. 6:21-cv-896-RBD-EJK

CITY OF OCOEE, OFFICER JOSHUA BODE, OFFICER CHRISTOPHER BONNER, OFFICER DOMINIC CHIUCHIARELLI, OFFICER BRIAN HARRIS, TOWN OF WINDERMERE, AND OFFICER GRIFFIN HEBEL,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    COME NOW, Defendant Town of Windermere and Defendant Officer Griffin Hebel, through their attorney, hereby notify the Court pursuant to United States District Court for the Middle District of Florida Local Rule 3.09(a) that all parties have reached a settlement of all claims.

Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL  32803

Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary email:  fmari@roperpa.com
Secondary email:  ihaines@roperpa.com
Attorney for Defendants Town of Windermere and Officer Griffin Hebel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Frank Mari*
Attorney for Defendants Town of Windermere and Officer Griffin Hebel