# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ROSE MARIE CELESTIN,

    Plaintiff,

v.                                                     Case No:   6:21-cv-896-RBD-EJK

CITY OF OCOEE, JOSHUA BODE,
CHRISTOPHER BONNER,
DOMINIC CHIUCHIARELLI,
BRIAN HARRIS, TOWN OF
WINDERMERE and GRIFFIN
HEBEL,

    Defendants.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement (Doc. 89), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

    1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 12, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record